Clay M. Taylor
Texas Bar I.D. No. 24033261
C. Joshua Osborne
Texas Bar I.D. No. 24065856
Bryan C. Assink
Texas Bar I.D. No. 24089009
Harrison A. Pavlasek
Texas Bar I.D. No. 24126906
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: clay.taylor@bondsellis.com
Email: c.joshosborne@bondsellis.com
Email: bryan.assink@bondsellis.com
Email: harrison.pavlasek@bondsellis.com

**COUNSEL FOR THE DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| WITH PURPOSE, INC., | § | CASE NO. 23-30246-mvl7 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## NOTICE OF RESET 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the § 341 meeting of creditors, originally scheduled for March 14, 2023, at 10:00 a.m. (CT) via telephonic conference, has been reset to **March 10, 2023, at 10:00 a.m. (CT)**, which shall take place via telephonic conference via the information below.

**PLEASE TAKE FURTHER NOTICE** that any creditors who wish to participate in the meeting may do so via telephonic conference via the following information:

    Toll Free Number:    877-558-6034

    Alternate Number:    517-233-6351

    Participant Code:    4157023

---

[1] The Debtor's address is 11700 Preston Road, Suite 660-394, Dallas, TX 75230.

1

Dated: February 14, 2023      Respectfully submitted,

*/s/ Clay M. Taylor*
Clay M. Taylor
Texas Bar I.D. No. 24033261
C. Joshua Osborne
Texas Bar I.D. No. 24065856
Bryan C. Assink
Texas Bar I.D. No. 24089009
Harrison A. Pavlasek
Texas Bar I.D. No. 24126906
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: clay.taylor@bondsellis.com
Email: c.joshosborne@bondsellis.com
Email: bryan.assink@bondsellis.com
Email: harrison.pavlasek@bondsellis.com

**COUNSEL FOR THE DEBTOR**

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2023, I caused a copy of the foregoing document to be served via the Court's CM/ECF system or otherwise by first class mail, postage prepaid, upon each of the parties on the mailing matrix as currently constituted by the Court, a copy of which is attached hereto.

*/s/ Clay M. Taylor*
Clay M. Taylor