Elizabeth M. Guffy
Texas State Bar No. 08592525
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas  77002
Telephone: 713-226-1200
Facsimile: 713-223-3717
eguffy@lockelord.com

*Counsel for Locke Lord LLP*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| WITH PURPOSE, INC., | § § § | Case No. 23-30246-mvl7 |
| Debtor.[1] | § § § § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** Locke Lord LLP ("Locke Lord") enters its appearance by and through its counsel set forth below, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such party in interest hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the name of the undersigned counsel be added to the mailing list maintained by the Clerk in the above-captioned case, and that the Clerk and all other parties in interest in this case provide all notices and papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in the above-captioned case, to:

---

[1] The Debtor's address is 11700 Preston road, Suite 660-394, Dallas, Texas  75230.

132006904v.1

       Elizabeth M. Guffy
       LOCKE LORD LLP
       600 Travis Street, Suite 2800
       Houston, TX 77002
       Telephone: 713-226-1200
       Facsimile: 713-223-3717
       eguffy@lockelord.com

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the above-referenced case and the proceedings therein, all of which shall be sent to the attorney listed above.

    **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any right of Locke Lord (i) to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Locke Lord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

Dated: February 23, 2023
Houston, Texas

Respectfully submitted,

/s/ Elizabeth M. Guffy
Elizabeth M. Guffy
Texas State Bar No. 08592525
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: 713-226-1200
Facsimile: 713-223-3717
E-mail: eguffy@lockelord.com

**Counsel for Locke Lord LLP**

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading was served electronically through the Court's ECF system on February 23, 2023, on all parties registered for electronic service.

/s/ Elizabeth M. Guffy
Elizabeth M. Guffy

3