Clay M. Taylor
Texas Bar I.D. No. 24033261
C. Josh Osborne
Texas Bar I.D. No. 24065856
Bryan C. Assink
Texas Bar I.D. No. 24089009
Harrison A. Pavlasek
Texas Bar I.D. No. 24126906
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: clay.taylor@bondsellis.com
Email: c.joshosborne@bondsellis.com
Email: bryan.assink@bondsellis.com
Email: harrison.pavlasek@bondsellis.com

**COUNSEL FOR THE DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| WITH PURPOSE, INC., | § | CASE NO. 23-30246-7 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
## METHODS, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULE
## OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned debtor (the "**Debtor**"), by and through its undersigned counsel, is filing its Schedule of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "**Bankruptcy Court**"). The Debtor prepared the Schedules and SOFA in accordance with § 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. These Global Notes should be referred to and reviewed in connection with any review of the Schedules and SOFA.

---

[1] The Debtor's address is 11700 Preston Road, Suite 660-394, Dallas, TX 75230.

{00010160:1}

The Schedules and SOFA have been prepared by the Debtor's management and are unaudited and subject to further review and potential revision. In preparing the Schedules and SOFA, the Debtor relied on financial data derived from its books and records as it was available at the time of preparation. The Debtor's management and advisors have made reasonable efforts to ensure that they are as accurate and complete as possible under the circumstances. However, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information however, the Debtor may, but shall not be required to, update the Schedules and SOFA.

**Reservation of Rights.** Nothing contained in the Schedules and SOFA or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its bankruptcy case, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**Description of the Case and "as of" Information Date.** On February 8, 2023 (the "**Petition Date**"), the Debtor filed a petition for relief with the Bankruptcy Court under chapter 7 of the Bankruptcy Code.

Given the nature of the case and the Debtor's assets, the valuations given are estimates at varying points in time. This is because those values fluctuate in time and given the fractured nature of the Debtor's allegedly foreclosed upon assets and lack of access to its own books, records, and intellectual property, the Debtor is presenting these filings in its best attempt to "mark to market" the types of assets its owns in each category of assets and liabilities.

**Amendment.** Although reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. Thus, the Debtor reserves all rights, but shall not be required to, to amend or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Basis of Presentation.** Although these Schedules and SOFA may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("**GAAP**"), the Schedules and SOFA do not purport to represent or reconcile financial statements otherwise prepared or distributed by the Debtor in accordance with GAAP, income tax basis, or otherwise. To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date.

**Insiders.** For purposes of the Schedules and SOFA, the term "insiders" shall have the meaning set forth in Bankruptcy Code § 101(31).

Persons listed in the SOFA as insiders have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of

the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA correctly. The Debtor reserves all rights to recharacterize, reclassify, recategorize, and redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired post-petition.

**Subpoenas.** Upon the Debtor filing its voluntary petition for relief under Chapter 7 of the Bankruptcy Code, on February 13, 2023, the Bankruptcy Court issued its *Order Granting Debtor's Motion to File Amended Schedules of Assets and Liabilities, Statement of Financial Affairs, and Other Documents* (the "**Order**") [Bankr. ECF No. 23]. As contained in the Order, the Bankruptcy Court endowed the Debtor with the power to issue subpoenas. Since the entry of the Order, the Debtor has, or will have, issued a subpoena *duces tecum* to the following:

a.      Origin Bank;

b.      The former members of the board of directors (the "**Board**") for With Purpose, Inc., d/b/a/ GloriFif, Inc. ("**WPI**"); and

c.      Certain other persons or entities that the Debtor believes has or has had relevant information regarding the Debtor's Schedules and SOFA.

## Summary of Significant Reporting Policies.

Current Market Value and Net Book Value. In many instances, current market valuations are neither maintained by nor readily ascertainable by the Debtor. The Debtor has used its best efforts to estimate the assets value or provided that the value is unknown.

Liabilities. Unless otherwise indicated, all liabilities are listed as of the Petition Date.

Credits and Adjustments. The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

Totals. All totals that are included in the Schedules and SOFA's represent totals of all currently known amounts included in the Debtor's books and records as of the Petition Date. To the extent that there are undetermined amounts, the actual total may be different from the listed total.

Classifications. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim, contract, or lease.

Claims Description. Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on its respective Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor, and the Debtor reserves the right, but shall not be required, to amend the Schedules accordingly.

Guarantees and Other Secondary Liability Claims. The Debtor has used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "**Guarantees**") in its executory contracts, unexpired leases, secured financing, debt instruments, and other such agreements. The Debtor's review of its contracts in such regard is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor. Further, certain Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtor reserves its right to amend the Schedules to the extent that additional Guarantees are identified. In addition, the Debtor reserves the right, but shall not be required, to amend the Schedules and SOFA to recharacterize or reclassify any such contract, lease, claim, or Guarantee.

Causes of Action. The Debtor, despite its best efforts, may not have listed all of its causes of action (filed or potential) against third parties as assets in the Schedules and SOFA. The Debtor reserves all of its rights with respect to any causes of action they may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Schedule A – Real Property.** The Debtor's failure to list any rights in real property on Schedule A should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**Schedule B – Personal Property.** Personal property owned by the Debtor is listed in the Schedule B. To the extent that the Debtor has not been able to identify the actual physical location of certain personal property, the Debtor has reported the address of the Debtor's principal place of business.

Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

{00010160:1}

**Schedule D – Creditors Holding Secured Claims.** All parties in interest and the Chapter 7 Trustee have whatever rights they may have under the Bankruptcy Code and hereby reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of the Debtor. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such all creditors may have a lien has been undertaken.

Moreover, as indicated above, parties in interest and the Chapter 7 Trustee, presumably each reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions in Schedule D are intended to be only a summary. Reference to the applicable agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements or related documents.

**Schedule E – Creditors Holding Unsecured Priority Claims.** Listing a claim on Schedule E as "unsecured priority" does not constitute the Debtor taking a position on the legal rights of the claimant. The Debtor hereby expressly reserves the right for all parties to assert that any claim listed on Schedule E, does not constitute an unsecured priority claim under § 507 of the Bankruptcy Code thereby constituting an unsecured nonpriority claim.

The claims listed on Schedule E arose, or were incurred on, various dates and a determination of each date upon which each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E, however, appear to have arisen, or to have been incurred, on or before the Petition Date.

**Schedule F – Creditors Holding Unsecured Nonpriority Claims.** Listing a claim on Schedule F as "unsecured nonpriority" does not constitute an admission by the Debtor of any legal rights of the claimant. The Debtor hereby expressly reserves the right for all parties to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim (including the right to assert that any such claim constitutes a secured or priority claim). Additionally, noting that a claim on Schedule F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of the claimant. The Debtor hereby expressly reserves the right for all parties to assert that any claim listed on Schedule F is not subject to setoff or dispute any claim to such setoff.

Certain creditors may assert mechanic's, materialman's, or other statutory liens against the Debtor for amounts listed on Schedule F. The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

The claims listed on Schedule F arose, or were incurred, on various dates, and a determination of each date upon which each claim arose, or was incurred, would be unduly burdensome and cost

prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule F, however, appear to have arisen, or to have been incurred, prior to the Petition Date.

**Schedule G – Executory Contracts and Unexpired Leases.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing, and inadvertent errors, omissions, or over- inclusion may have occurred.

The Debtor reserves all of the Chapter 7 Trustee's and other parties in interest's rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in the Schedule. Further, the Debtor may be a party to various other agreements concerning real property, such as supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G.

**Schedule H – Co-Obligors.** Although the Debtor has made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtor hereby reserves all rights for all parties to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtor further reserves all rights, claims, and causes of action for all parties with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

**SOFA – Transfers Outside of the Ordinary Course of Business.** Nothing in the Debtor's response to Question 10 constitutes an admission by the Debtor that such transfers were outside of the ordinary course of the Debtor's business.

**Fill in this information to identify the case:**

Debtor name  **With Purpose, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **23-30246**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................. $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................... $    **595,956.41**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................ $    **595,956.41**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **29,500,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$    **10,580,301.74**

4.  Total liabilities ........................................................................................
   Lines 2 + 3a + 3b

$    **40,080,301.74**

**Fill in this information to identify the case:**

Debtor name    **With Purpose, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **23-30246**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Frost Bank** | **Checking** | **1812** | **$32,522.98** |
| 3.2. | **Frost Bank** | **Checking** | **8219** | **$23.49** |
| 3.3. | **Origin Bank**<br>**The Debtor has been unable to access its account at Origin Bank and the balance as of the Petition Date is therefore unknown. Upon the commencement of this case, the Debtor has issued a subpoena to Origin Bank** | **Checking** | | **Unknown** |
| 3.4. | **Silicon Valley Bank** | **Checking** | **9060** | **$2,327.91** |
| 3.5. | **Silicon Valley Bank Operating** | **Checking** | **9056** | **$3,653.32** |

**4.    Other cash equivalents** *(Identify all)*

Debtor **With Purpose, Inc.**                                 Case number *(if known)* **23-30246**
Name

| 4.1. | **Silicon Valley Bank Lockbox Account X9496** | **$68.71** |

| 5. | **Total of Part 1.** | **$38,596.41** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment
**Prepayments for D&O Insurance**
**$280,000 Premium for Directors & Officers Insurance, National Union Fire Insurance Company of Pittsburgh, PA**
8.1. **$60,432 Premium for Tail Directors & Officers Insurance, Federal Insurance Company**                 **$340,432.00**

| 9. | **Total of Part 2.** | **$340,432.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **216,928.00** | - | **0.00** | = .... | **$216,928.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$216,928.00** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Debtor  **With Purpose, Inc.**                                    Case number *(if known)*  **23-30246**
Name

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | **Animo Services, LLC - EIN 87-1053276** | **100** | % | **Unknown** |
| 15.2. | **GloriFi Securities LLC - EIN 87-4221607** | **100** | % | **Unknown** |
| 15.3. | **GloriFi Receivables Acquisition Company LLC - EIN 88-2841778** | **100** | % | **Unknown** |
| 15.4. | **GloriFi Insurance Holding Company LLC - EIN 87-2443781** | **100** | % | **Unknown** |
| 15.5. | **GloriFi Risk Management Services, LLC - EIN 87-2434543** | **100** | % | **Unknown** |
| 15.6. | **GloriFi Reciprocal Funding Company, LLC - EIN 88-0773596** | **100** | % | **Unknown** |
| 15.7. | **GloriFi Managing General Agency, LLC - EIN 87-3558988** | **100** | % | **Unknown** |
| 15.8. | **GloriFi Insurance Agency Holding Company, LLC f/k/a RubiQon Holdings - EIN 85-0530180** | **100** | % | **Unknown** |
| 15.9. | **GloriFi Risk and Insurance Services, LLC f/k/a RubiQon Risk and Insurance Services - EIN 85-0557801** | **100** | % | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                                    **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |

| Debtor | **With Purpose, Inc.** | Case number *(if known)* **23-30246** |
|---|---|---|
| | Name | |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**
**The Debtor may have some miscellaneous marketing materials in its possession.** | | **Unknown** | | **Unknown**

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84. | **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**The Debtor has, or may have, limited furniture, fixtures, and equipment it purchased that are held in its office space. At present, the Debtor does not have full records of these items, but is in process of obtaining this information and will amend and/or supplement this Schedule if and when appropriate.** | **Unknown** | | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**The Debtor has, or may have, limited furniture, fixtures, equipment, computers, and office equipment it purchased that are held in its office space. At present, the Debtor does not have full records of these items, but is in process of obtaining this information and will** | **Unknown** | | **Unknown** |

Debtor   **With Purpose, Inc.**                                    Case number *(If known)*  **23-30246**
_____
Name

**amend and/or supplement this Schedule if and**
**when appropriate.**

---

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        | **$0.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **The Debtor owned a variety of Intellectual Property assets, including, without limitation, software, software assets, trademarks, domain names, copyrights, and other intellectual property. On or about January 5, 2023, the Debtor's Intellectual Property was purportedly foreclosed upon by OnPoint Companies, LLC as the Collateral Agent for the Secured Noteholders. A full and complete list of the Software and related IP subject to this foreclosure is not available at this time. However, the Debtor is attaching hereto (i) a list of certain Trademarks and Copyrights held or previously held by the Debtor and; (ii) a list of Domain Names held or previously held by the Debtor.** | **Unknown** | | **Unknown** |

---

Debtor   **With Purpose, Inc.**                                    Case number *(If known)* **23-30246**
       <span style="font-size:smaller">Name</span>

61.   **Internet domain names and websites**
       **The Debtor owned a variety of Intellectual
       Property assets, including, without limitation,
       software, software assets, trademarks, domain
       names, copyrights, and other intellectual
       property. On or about January 5, 2023, the
       Debtor's Intellectual Property was purportedly
       foreclosed upon by OnPoint Companies, LLC
       as the Collateral Agent for the Secured
       Noteholders. A full and complete list of the
       Software and related IP subject to this
       foreclosure is not available at this time.
       However, a list of the domain names owned by
       the Debtor is included in the attached
       addendum.**                                       Unknown                      Unknown

62.   **Licenses, franchises, and royalties**
       **The Debtor has or had a variety of licenses
       related to the formation and operation of its
       business. A list of these licenses is not
       available, but the Debtor will supplement this
       response if and when it receives such
       information.**                                     Unknown                      Unknown

63.   **Customer lists, mailing lists, or other compilations**
       **The Debtor maintains a list of customers and
       account holders.**                                 Unknown                      Unknown

64.   **Other intangibles, or intellectual property**
       **The Debtor owned a variety of Intellectual
       Property assets, including, without limitation,
       software, software assets, trademarks, domain
       names, copyrights, and other intellectual
       property. On or about January 5, 2023, the
       Debtor's Intellectual Property was purportedly
       foreclosed upon by OnPoint Companies, LLC
       as the Collateral Agent for the Secured
       Noteholders. A full and complete list of the
       Software and related IP subject to this
       foreclosure is not available at this time.**       Unknown                      Unknown

65.   **Goodwill**

Debtor    **With Purpose, Inc.**                                    Case number *(If known)*  **23-30246**
_____
Name

**The Debtor had established significant goodwill during the period it operated. Some of this goodwill was evidenced by the Intellectual Property and other intangible assets it owned, such as its software, software assets, trademarks, domain names, copyrights, and other intellectual property.  On or about January 5, 2023, the Debtor's Intellectual Property was purportedly foreclosed upon by OnPoint Companies, LLC as the Collateral Agent for the Secured Noteholders. A full and complete list of the Software and related IP subject to this foreclosure is not available at this time.**

| | **Unknown** | | **Unknown** |

---

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Unknown** | Tax year _____ | **Unknown** |

---

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | **With Purpose, Inc.** | Case number *(If known)* **23-30246** |
|---|---|---|
| | Name | |

**The Debtor owns significant and valuable causes of actions against third parties. Some of these causes of action have been filed and are pending, whereas others have not been commenced. A complete list of such causes of action is included in the attached addendum and incorporated herein by reference.**

**Unknown**

| Nature of claim | See attached |
|---|---|
| Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**The Debtor owns significant and valuable causes of actions against third parties. Some of these causes of action have been filed and are pending, whereas others have not been commenced. A complete list of such causes of action is included in the attached addendum and incorporated herein by reference.**

**Unknown**

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☒ Yes

Debtor **With Purpose, Inc.**        Case number *(If known)* **23-30246**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $38,596.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $340,432.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $216,928.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $595,956.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $595,956.41 |

**Fill in this information to identify the case:**

Debtor name **With Purpose, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **23-30246**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **OnPoint Companies, LLC**<br>Creditor's Name<br>**As Collateral Agent of Noteholders**<br>**c/o Steven T. Holmes**<br>**900 Jackson Street, Suite 570**<br>**Dallas, TX 75202**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Collateral as Described in Collateral Agreement, including substantially all of Debtor's assets but not including various "Excluded Property" as more fully described in the Collateral Agreement.** | **$29,500,000.00** | **Unknown** |
| | Describe the lien<br>**Security Agreement**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**On or about June 8, 2022**<br>Last 4 digits of account number | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| | | |
| --- | --- | --- |
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$29,500,000.00** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Banzai Capital Partners LLC**<br>**Address on file** | Line **2.1** | |

| Debtor | With Purpose, Inc. | Case number (if known) | 23-30246 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **CCR FLP Holdings LP**<br>**500 West 5th Street, Suite 700**<br>**Austin, TX 78701** | Line __**2.1**__ |
| **Charles Lynn Hamilton**<br>**Address on file** | Line __**2.1**__ |
| **D. Nevill Manning**<br>**2112 Indiana Avenue**<br>**Lubbock, TX 79410** | Line __**2.1**__ |
| **Dalton and Susannah Donaldson**<br>**PO BOx 51990**<br>**Midland, TX 79710** | Line __**2.1**__ |
| **DRJ Properties Ltd**<br>**550 W. Texas Avenue**<br>**Suite 700**<br>**Midland, TX 79701** | Line __**2.1**__ |
| **J. Paul Manning**<br>**2112 Indiana Avenue**<br>**Lubbock, TX 79410** | Line __**2.1**__ |
| **Jake McAlister**<br>**3000 Racquet Club Drive**<br>**Midland, TX 79705** | Line __**2.1**__ |
| **Lynwood Partners LLC**<br>**Address on file** | Line __**2.1**__ |
| **Magic Rise Group Ltd** | Line __**2.1**__ |
| **Margaret Morgan Purvis**<br>**PO Box 51990**<br>**Midland, TX 79710** | Line __**2.1**__ |
| **Matthew Malouf**<br>**Address on file** | Line __**2.1**__ |
| **Moriah Investment Partners**<br>**PO Box 5562**<br>**Midland, TX 79710** | Line __**2.1**__ |
| **Neugebauer Family Enterprises, LLC**<br>**PO Box 863376**<br>**Plano, TX 75086** | Line __**2.1**__ |
| **OnPoint GloriFi II, LP**<br>**Address on file** | Line __**2.1**__ |
| **Pfluger Revocable Trust**<br>**Address on file** | Line __**2.1**__ |
| **Reed Williams** | Line __**2.1**__ |
| **Richard H. Coats**<br>**PO Box 2412**<br>**Midland, TX 79702** | Line __**2.1**__ |

| Debtor | **With Purpose, Inc.** | Case number (if known) | **23-30246** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Spencer Beal** | Line __**2.1**__ |

| | |
|---|---|
| **The Kevin and Kendra Granger Trust**<br>**Address on file** | Line __**2.1**__ |

| | |
|---|---|
| **The Peus Family Trust dated 7/3/08**<br>**Address on file** | Line __**2.1**__ |

| | |
|---|---|
| **Toby and Melissa Neugebauer**<br>**Address on file** | Line __**2.1**__ |

| | |
|---|---|
| **Word B. Wilson Investments LP**<br>**PO Box 51790**<br>**Midland, TX 79710** | Line __**2.1**__ |

**Fill in this information to identify the case:**

Debtor name __**With Purpose, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) __**23-30246**__

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**1892 LLC**<br>**PO Box 1832**<br>**Gallatin, TN 37066**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$67,000.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AiAdvertising**<br>**321 6th Street**<br>**San Antonio, TX 78215**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$150,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**American Conservative Union Foundation**<br>**1199 N Fairfax Street**<br>**Ste. 500**<br>**Alexandria, VA 22314**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,000.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Avalon**<br>**1360 East 9th Street**<br>**Ste. 150**<br>**Cleveland, OH 44114**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,479.16** |

| Debtor | **With Purpose, Inc.** | Case number (if known) | **23-30246** |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$513,557.47**

**Blackstone Investments I, LTD**
**Address on file**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,277.50**

**BreakAway Loyalty, LLC**
**1805 Old Alabama Road**
**Ste. 250**
**Roswell, GA 30076**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316,678.72**

**Buckley, LLP**
**P.O. Box 990**
**New York, NY 10008-0990**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,000.00**

**CE Insurance Services Executive Search**
**6013 Bowen Daniel Drive**
**Unit 107**
**Tampa, FL 33616**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$519,963.37**

**Chapman & Cutler LLP**
**1270 Avenue of the Americas**
**30th Floor**
**New York, NY 10020-1708**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,985.02**

**Cision US Inc**
**Address on file**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,937.50**

**Collective Dallas**
**Address on file**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **With Purpose, Inc.** | Case number (if known) | **23-30246** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,460.07**

Contentful
1801 California Street
Ste. 4600
Denver, CO 80202

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,545.60**

Cove Strategies
1020 Bernard Street
Alexandria, VA 22314

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$121,700.00**

Crowe LLP
750 North St. Paul Suite 850
Dallas, TX 75201

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$239.60**

Crown Limousine
P.O. Box 82036
Austin, TX 78708

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,970.66**

DEC Secure
Digitally Encrypted Communications Group
#408-55 Water Street
Vancouver BC V6B 1A1, Canada

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,996.19**

Deserve
195 Page Mill Road
Ste. 109
Palo Alto, CA 94306

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,050.79**

Diamond McCarthy LLP
909 Fannin Street
Ste. 3700
Houston, TX 77010

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **With Purpose, Inc.** | Case number (if known) | **23-30246** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$869.00** |
|---|---|---|---|

**Echelon Transportation**
**2411 Tivoli Drive**
**Cedar Park, TX 78613**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Economic Partners**
**13155 Noel Road**
**Ste. 100**
**Dallas, TX 75240**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00** |
|---|---|---|---|

**Emily Williams**
**Address on file**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Equifax**
**4076 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,529.73** |
|---|---|---|---|

**Faegre Drinker Biddle & Reath LLP**
**222 Delaware Ave., Suite 1410**
**Wilmington, DE 19801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Finsight**
**530 7th Ave., 27th Floor**
**New York, NY 10018**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241.42** |
|---|---|---|---|

**Flores & Associates**
**2634 Reynolds Road**
**Winston-Salem, NC 27106**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **With Purpose, Inc.** | Case number *(if known)* | **23-30246** |
|---|---|---|---|

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,878.66**

**FORVIS BKD**
**Dixon Hughes Goodman**
**P.O. Box 602828**
**Charlotte, NC 28260-2828**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,687.50**

**FORVIS DHG**
**Dixon Hughes Goodman**
**P.O. Box 602828**
**Charlotte, NC 28260-2828**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,957.50**

**Freeman - Leonard VI, LLC**
**PO Box 223561**
**Dallas, TX 75000-3561**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**Gabriel Strategies**
**14 Bingham Hill Circle**
**Rumson, NJ 07760**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.72**

**Global Relay**
**220 Cambie Street**
**2nd Floor**
**Vancouver BC V6B 2M9, Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,008.00**

**Greenberg Traurig**
**8400 NW 36th Street**
**Ste. 400**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,100.79**

**Haynes Boone LLP**
**2323 Victory Ave**
**Ste. 700**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **With Purpose, Inc.** | Case number (if known) | **23-30246** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,706.25**

**Help Systems**
**NW5955**
**P.O. Box 1450**
**Minneapolis, MN 55485-5955**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,550.00**

**iBeta**
**iBeta Quality Assurance**
**2675 S. Abilene Street**
**Ste.300**
**Aurora, CO 80014**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,601.13**

**Intralinks**
**P.O. Box 392134**
**Pittsburgh, PA 15251-9134**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,081.50**

**Jackson Walker**
**2323 Ross Ave**
**Ste. 600**
**Dallas, TX 75201**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,260.00**

**JJH Productions- Agile4Solutions**
**P.O. Box 4210**
**Portsmout, NH 03802-4210**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185,900.00**

**Korn Ferry (Lucas Group)**
**NW 5854**
**P.O. Box 1450**
**Minneapolis, MN 55485-5854**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$517,430.00**

**KPMG**
**3 Chestnut Ridge Road**
**Montvale, NJ 07645**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

| Debtor | **With Purpose, Inc.** | Case number (if known) | **23-30246** |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,942.32**

**Locke Lord LLP**
P.O. Box 301170
**Dallas, TX 75303-1170**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,746.00**

**Lockton**
**Southeast Series of Lockton Companies LL**
**3280 Peachtree Road NE**
**Ste. 250**
**Atlanta, GA 30305**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,705.84**

**Lumen**
**100 CenturyLink Drive**
**Monroe, LA 71203**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,099.65**

**Manatt Phelps & Phillips**
**2049 Century Park East**
**Ste. 1700**
**Los Angeles, CA 90067-3101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,212.52**

**Matic Digital**
**3000 Lawrence Street**
**#134**
**Denver, CO 80205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114,480.00**

**Mentor**
**Mentor Creative Group, LLC**
**3417 Fremont Ave N**
**Ste. 400**
**Seattle, WA 98103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255,408.00**

**Mercer**
P.O. Box 13793
**Newark, NJ 07188-0793**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **With Purpose, Inc.** | Case number (if known) | **23-30246** |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,470.45**

**Metropolitan Technologies**
**5965 Peachtree Corners East**
**Suite C-2**
**Norcross, GA 30071**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118,670.91**

**Michael Best Friedrich**
**790 North Water Street**
**Ste. 2509**
**Milwaukee, WI 53202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,500.00**

**Nigel Frank International**
**500 N. Akard Street, Suite 2400**
**Dallas, TX 75201**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,061.68**

**Optum Health**
**PO Box 271629**
**Salt Lake City, UT 84127**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,455.00**

**Patrick Lara**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$192,069.45**

**Paul Hastings LLP**
**Lockbox 4803**
**PO Box 894803**
**Los Angeles, CA 90189-4803**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,350.00**

**Red Leader**
**216 Livingston Dr.**
**Hickory Creek, TX 75065**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **With Purpose, Inc.** | Case number (if known) | **23-30246** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,925.00** |
|---|---|---|---|

**RedPoint Media LLC**
**Address on file**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,850.00** |
|---|---|---|---|

**Reed Marketing Consultants**
**Address on file**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,193.55** |
|---|---|---|---|

**Relentless Strategies**
**Address on file**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$593,435.75** |
|---|---|---|---|

**Resources Global Professionals**
**P.O. Box 740909**
**Los Angeles, CA 90074-0909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,058.95** |
|---|---|---|---|

**Retarus**
**300 Lighting Way**
**Suite 315**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,783.90** |
|---|---|---|---|

**Revolution Pictures**
**Address on file**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,582.96** |
|---|---|---|---|

**SAP Concur**
**601 108th Avenue NE Suite 1000**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **With Purpose, Inc.** | Case number (if known) | **23-30246** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,890,793.74** |
|---|---|---|---|
| | **Savana, Inc.**<br>**50 Valley Stream Parkway**<br>**Malvern, PA 19355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$957.26** |
|---|---|---|---|
| | **SendGrid**<br>**P.O. Box 735926**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,400.51** |
|---|---|---|---|
| | **Slate Group**<br>**Address on file** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133,658.62** |
|---|---|---|---|
| | **Stinson**<br>**P.O. Box 843052**<br>**Kansas City, MO 64184-3052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$540.35** |
|---|---|---|---|
| | **T-Mobile**<br>**12920 SE 38th Street**<br>**Bellevue, WA 98006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,780.15** |
|---|---|---|---|
| | **TopTal**<br>**Taso Duval**<br>**2810 N. Church Street**<br>**Ste. 36879**<br>**Wilmington, DE 19802-4447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|
| | **Tower Street - The Cincinnati Insurance**<br>**6200 S. Gilmore Road**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **With Purpose, Inc.** | | Case number (if known) | **23-30246** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$304,638.00** |
|---|---|---|---|
| | **TrailRunner International** | ■ Contingent | |
| | **Address on file** | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|
| | **Transpecos** | ■ Contingent | |
| | **217 W. 3rd Sreet** | ☐ Unliquidated | |
| | **Pecos, TX 79772** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$565,604.66** |
|---|---|---|---|
| | **TTEC Financial Services - 1** | ■ Contingent | |
| | **Address on file** | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,735.80** |
|---|---|---|---|
| | **TTEC Financial Services - 2** | ■ Contingent | |
| | **Address on file** | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,213.00** |
|---|---|---|---|
| | **Turnberry Solutions (Three Bridge)** | ☐ Contingent | |
| | **100 South Fifth Street** | ☐ Unliquidated | |
| | **Ste. 300** | ☐ Disputed | |
| | **Minneapolis, MN 55402** | **Basis for the claim:** _ | |
| | **Date(s) debt was incurred** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| | **Last 4 digits of account number** _ | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,755.03** |
|---|---|---|---|
| | **Twilio** | ☐ Contingent | |
| | **101 Spear Street** | ☐ Unliquidated | |
| | **Ste. 100** | ☐ Disputed | |
| | **San Francisco, CA 94105** | **Basis for the claim:** _ | |
| | **Date(s) debt was incurred** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| | **Last 4 digits of account number** _ | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.05** |
|---|---|---|---|
| | **Upfluence** | ☐ Contingent | |
| | **1178 Broadway** | ☐ Unliquidated | |
| | **3rd Floor #1254** | ☐ Disputed | |
| | **New York, NY 10001** | **Basis for the claim:** _ | |
| | **Date(s) debt was incurred** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| | **Last 4 digits of account number** _ | | |

---

| Debtor | With Purpose, Inc. | Case number (if known) | 23-30246 |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Walnut Creek Advisors**
**Address on file**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Wavy Records**
**188 Front Street**
**Ste. 116-44**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,740.00 |
|---|---|---|---|

**WeRPolitics**
**Address on file**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,755,588.26 |
|---|---|---|---|

**Winston & Strawn LLP**
**P.O. Box 36235**
**Chicago, IL 60694-6235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.53 |
|---|---|---|---|

**Zoom**
**55 Almaden Blvd., 6th Floor**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 10,580,301.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,580,301.74 |

**Fill in this information to identify the case:**

Debtor name      **With Purpose, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **23-30246**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Tail for Directors & Officers liability insurance** |
| State the term remaining | |
| List the contract number of any government contract | **Federal Insurance Company**<br>**PO Box 1600**<br>**Whitehouse Station, NJ 08889** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Directors & Officers liability insurance** |
| State the term remaining | |
| List the contract number of any government contract | **National Union Fire Insurance Company**<br>**2701 Gateway Oaks Drive, Suite 150N**<br>**Sacramento, CA 95833** |

**Fill in this information to identify the case:**

Debtor name __**With Purpose, Inc.**_____

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF TEXAS____

Case number (if known) __**23-30246**_____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **See attached addendum** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| WITH PURPOSE, INC., | § | CASE NO. 23-30246-mvl7 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## ADDENDUM TO DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES

In addition to the limitations, disclaimers, and conditions identified in the *Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs* (the "**Global Notes**"), filed with these Schedules of Assets and Liabilities (the "**Schedules**"), the Debtor identifies the following specific additional disclosures, limitations, disclaimers, and conditions regarding the Debtor's responses to certain questions in the Schedules identified below.

## Form 206A/B: Assets—Real and Personal Property

### *Part 1—Does the Debtor Have Cash or Cash Equivalents*

### *Question 3—Checking, Savings, Money Market, or Financial Brokage Accounts*

The cash held in the Debtor's bank accounts is an estimate based on funds held on or about the Petition Date. However, the Debtor does not have access to its account at Origin Bank and is therefore unable to determine what funds, if any, remain in this account as of the Petition Date. If and when the Debtor obtains this information, it will amend and/or supplement this response.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued a subpoena to Origin Bank for information related to and necessary for a complete and accurate depiction of the Debtor's finances.

### *Part 4—Investments*

### *Question 15—Non-publicly Traded Stocks and Interest in Incorporated and Unincorporated Businesses, Including any Interest in an LLC, Partnership, or Joint Venture*

Based upon a detailed review of the information available to the Debtor as of the Petition Date, the Debtor has identified all entities in which it has an ownership interest. The subsidiaries disclosed are wholly-owned by the Debtor. At present, the Debtor is unaware of any other ownership interest it may have in any other entity. To the extent the Debtor identifies any other

---

[1] The Debtor's address is 11700 Preston Road, Suite 660-394, Dallas, TX 75230.

1

ownership interest in any entity not identified in this response, the Debtor will amend and/or supplement its response to this question.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board for information related to and necessary for a complete and accurate depiction of the Debtor's finances and any interest in property the Debtor owns.

## Part 5—Inventory, Excluding Agriculture Assets

### Question 22—Other Inventory or Supplies

Upon a detailed review of the information available to the Debtor as of the Petition Date, the Debtor is unaware of other inventory and materials that the Debtor has an interest with the exception of certain marketing materials identified in this response. Upon information and belief, the Debtor suspects that assets related to various credit cards may be in existence, but, as of the Petition Date, the Debtor lacks sufficient information to confirm whether such assets exist and where they are located. If and when the Debtor obtains this information, it will amend and/or supplement this response.

### Question 26—Has any of the property listed in Part 5 been appraised by a professional in the last year?

While the Debtor does not believe any specific property in Part 5 was appraised by a professional in the last year, the Debtor was in process of going public and had discussions with multiple advisors as to the value of its assets and enterprise as a whole.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board for information related to and necessary for a complete and accurate depiction of the Debtor's finances and value of any property of or related to the Debtor.

## Part 10—Intangibles and Intellectual Property
### Questions 59–65—Does the Debtor have any interests in intangibles or intellectual property?

The Debtor owned a variety of intellectual property, including, without limitation, software, software assets, trademarks, domain names, copyrights, and other intellectual property. On or about January 5, 2023, the Debtor's Intellectual Property was purportedly foreclosed upon by OnPoint Companies, LLC as the Collateral Agent for the Secured Noteholders. A full and complete list of the Software and related intellectual property subject to this foreclosure is not available at this time. However, the Debtor is attaching hereto (i) a list of certain Trademarks and Copyrights held or previously held by the Debtor and; (ii) a list of Domain Names held or previously held by the Debtor. If and when the Debtor obtains more detail and information related to its intellectual property and the intellectual property purportedly subject to the foreclosure, the Debtor will amend and/or supplement this response.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board for information related to and necessary for a complete and accurate depiction of the Debtor's finances and value of any property of or related to the Debtor.

### Question 69—Has any of the property listed in Part 10 been appraised by a professional in the last year?

As of the Petition Date, the Debtor is unaware as to whether a formal appraisal was conducted specifically as it relates solely to the intellectual property and other intangibles owned by the Debtor. However, in 2022, the Debtor was in process of going public and had discussions with multiple advisors as to the value of the Debtor's assets and its enterprise as a whole, including its intellectual property. In connection with such discussions and in preparing to go public, the Debtor was presented with a tentative valuation of $1.7 billion. The Debtor believes that its intellectual property was a significant and integral part of that valuation. The Debtor's investigation as to its intellectual property and its valuation remains ongoing. If and when the Debtor obtains more information as to the value of its intellectual property and other intangibles, it will amend and/or supplement this response.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board for information related to and necessary for a complete and accurate depiction of the Debtor's finances and value of any property of or related to the Debtor.

### Part 11—All other assets.
### Questions 74—Causes of action against third parties (whether or not a lawsuit has been filed)

### Question 75—Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

### Schedule A/B. Questions 74 and 75. Causes of Action against Third Parties
The Debtor owns a number of significant causes of action and potential causes of action against third parties. Some of these causes of action are pending, whereas some causes of action have not yet been filed.

### I.        List of Pending Causes of Action Against Third Parties:

**Case Style**: *With Purpose, Inc. d/b/a GloriFi and Animo Services LLC, v. Stephen Curry*
**Case No.:** JAMS No. 5310000154
**Causes of Action:** Breach of Confidentiality and Proprietary Rights Agreement, Breach of antidisparagement clause, tortious interference.
**Demand:** Over $15 million

Upon a review of the information available to the Debtor, it noticed an error with respect to the Case No. for the JAMS proceeding. Accordingly, the Case No. has been changed.

3

**Case Style:** *With Purpose, Inc. d/b/a GloriFi v. James Nicholas Ayers*
**Case No.:** JAMS No. 5310000148
**Causes of Action:** Breach of Confidentiality and Proprietary Rights Agreement, Breach of antidisparagement clause, tortious interference.
**Demand:** Over $100 million

Upon a review of the information available to the Debtor, it noticed an error with respect to the Case No. for the JAMS proceeding. Accordingly, the Case No. has been changed.

**Case Style:** *With Purpose, Inc. d/b/a GloriFi and Animo Services LLC, v. Manuel Rios*
**Case No.:** JAMS No. 5310000156
**Causes of Action:** Breaches of Employment and Confidentiality Agreements, fraud, breach of fiduciary duty, tortious interference with existing and prospective contracts.
**Demand:** Over $15 million

**Case Style:** *With Purpose, Inc. d/b/a GloriFi and Animo Services LLC, v. Jerome Fadden*
**Case No.:** JAMS No. 5310000155
**Causes of Action:** Breaches of Employment and Confidentiality Agreements, fraud, breach of fiduciary duty, tortious interference with existing and prospective contracts.
**Demand:** Over $15 million

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board for information related to and necessary for a complete and accurate depiction of the Debtor's finances and any other pending litigation the Debtor is involved in.

## II.    List of Potential Causes of Action Against Third Parties

The Debtor possesses a number of significant and valuable causes of action against third parties. These causes of action include, but are not necessarily limited to, causes of action against the following persons and entities:

1. **OnPoint Companies, LLC as the Collateral Agent (the "Collateral Agent") of the Secured Noteholders.** The Debtor has potential claims against the Collateral Agent relating to and/or arising out of the alleged partial foreclosure of the Debtor's Intellectual Property that purportedly occurred on or about January 5, 2023. Such causes of action may include, but are not limited to, claims related to the commercially unreasonable foreclosure sale, lack of reasonable and/or proper valuation of the Collateral, other claims arising out of the Uniform Commercial Code, breach of contract, preferential transfer of property, and fraudulent transfers.

2. **Hunter Bywaters and Bywaters Consulting.** The Debtor has potential claims against Hunter Bywaters related to his role as a director for the Debtor and in connection with his purported consent to the Collateral Agent's alleged foreclosure of the Debtor's intellectual property that occurred on or about January 5, 2023. Such causes of action related to this improper conduct include, but are not necessarily limited to, breaches of employment and confidentiality agreements, breach of fiduciary duty, tortious

4

interference with existing and prospective contracts, preferential transfer of property, fraudulent transfer, and other causes of action arising under state and federal law.

   3. **Unqork, Inc.** The Debtor has potential claims against Unqork related to professional services rendered by Unqork on the Debtor's behalf. Such claims may include, but are not necessarily limited to, breach of contract, right of setoff and/or recoupment, and other claims existing under state or federal law.

   4. **KPMG.** The Debtor has potential claims against KPMG related to professional services rendered by KPMG on the Debtor's behalf. Such claims may include, but are not necessarily limited to, breach of contract, right of setoff and/or recoupment, and other claims existing under state or federal law.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board for information related to and necessary for a complete and accurate depiction of the Debtor's finances and any other potential litigation the Debtor could be or will be involved in.

## Reservation of Rights

Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counter-claim, credits, or recoupment and any claim on contracts or leases or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and these Schedules and Statements shall not be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action by the Debtor and its estate.

***Question 79—Has any of the property listed in Part 11 been appraised by a professional in the last year?***

As of the Petition Date, the Debtor does not believe a formal appraisal has been done as to any of the property listed in Part 11. However, in 2022, the Debtor was in process of going public and had discussions with multiple advisors as to the value of the Debtor's assets and its enterprise as a whole. In connection with such discussions and in preparing to go public, the Debtor was presented with a tentative valuation of $1.7 billion. The Debtor believes that certain individuals and/or entities caused significant damage to the Debtor as it relates to this process and otherwise in connection with its business. Prepetition, the Debtor commenced litigation against four former directors, officers, and/or employees of the Debtor in which the Debtor has asserted claims for, *inter alia*, breach of confidentiality and proprietary rights agreement, breach of antidisparagement

clause, tortious interference, fraud, and breach of fiduciary duty. The Debtor believes that the actions of these individuals caused the Debtor and its business significant and irreparable harm, entitling the Debtor to monetary damages well in excess of $100 million. In addition, the Debtor possesses certain potential causes of action against individuals and entities that have not been filed. The Debtor believes that these causes of action may ultimately provide a significant return for the estate and its creditors. The Debtor's investigation as to its current and potential litigation claims remains ongoing. If and when the Debtor obtains more information relevant to this question, it will amend and/or supplement this response.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board for information related to and necessary for a complete and accurate depiction of the Debtor's finances and value of any property of or related to the Debtor.

## Form 206D: Creditors who have Secured Claims

On Schedule D, the Debtor has listed a disputed claim asserted by OnPoint Companies, LLC as the Collateral Agent (the "**Collateral Agent**") for the Secured Noteholders. The Collateral subject to the alleged security interest of the Collateral Agent is specifically described in the Collateral Agreement. The individual noteholders are listed separately as parties to be notified related to this debt.

## Form 206E/F: Creditors who have Unsecured Claims

### *Part 1—List all Creditors with Priority Unsecured Claims*

Upon information and belief and the information available to the Debtor as of the Petition Date, the Debtor does not believe it owes employee wages subject to a priority expense. The Debtor is working to confirm this and whether any other priority claims may exist. To the extent this list contains inaccuracies, the Debtor will amend and/or supplement this response.

### *Part 2—List all Creditors with Nonpriority Unsecured Claims*

Upon information and belief and the information available to the Debtor as of the Petition Date, the Debtor believes that this is an accurate list of the nonpriority unsecured claims held against the Debtor. To the extent this list contains inaccuracies, the Debtor will amend and/or supplement this response.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board and Origin Bank for information related to and necessary for a complete and accurate depiction of the Debtor's finances and any relevant information related to any other unsecured claims that may be asserted against the Debtor.

Upon the commencement of this case, the Debtor obtained a bank record from Origin Bank unrelated to the subpoena that the Debtor issued to Origin Bank. Accordingly, the bank record contained information relating the payment of a certain, potential vendors.

6

## **Form 206G: Executory Contracts and Unexpired Leases**

The Debtor believes it has a voluminous list of contracts with vendors and other parties spread across the Debtor and its subsidiaries. Many of these contracts were transferred to the Debtor and/or its subsidiaries from certain affiliated entities. The Debtor is in process of identifying these contracts and will amend and/or supplement Schedule G if and when it assembles such information. Any such amendment or supplement will be provided as soon as possible to the Bankruptcy Court, the Trustee, creditors, and other parties in interest.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board for information related to and necessary for a complete and accurate depiction of the Debtor's finances and any relevant information related to any executory contracts or unexpired leases.

Upon the commencement of this case, the Debtor obtained a bank record from Origin Bank unrelated to the subpoena that the Debtor issued to Origin Bank. Accordingly, the bank record contained information relating to the payment of a certain, potential vendor. As a result, it is possible that the Debtor may be a party to another executory contract.

## **Form 206H: Your Codebtors**

Upon information and belief and the information available to the Debtor as of the Petition Date, the Debtor's records indicate that there are, or may be, voluminous amounts of possible codebtors. The Debtor will amend and/or supplement Schedule H if and when it assembles such information. Any such amendment or supplement will be provided as soon as possible to the Bankruptcy Court, the Trustee, creditors, and other parties in interest.

Since the Debtor filed its voluntary petition for relief under Chapter 7, the Debtor has issued or will issue subpoenas to the former members of WPI's Board for information related to and necessary for a complete and accurate depiction of the Debtor's finances and any relevant information related to any codebtors.

## **Reservation of Rights**

Although the Debtor's management team has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification and potential adjustment, there can be no assurance that the Schedules and Statements are complete and accurate. The Debtor reserves all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate.

Trademark and Copyright

| Trademark | Country | Status | International Classes | Goods/Services | Application Number | Filed Date | Status as per USPTO Website on June 28, 2022 |
|-----------|---------|--------|----------------------|----------------|--------------------|-----------|-----------------------------------------------|
| 1776 GLORIFI (Stylized) | United States of America | Application | 9 | 9 - Magnetically encoded credit cards | 97/398,947 | 2022-05-06 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| ALLEGIANCE | United States of America | Application | 35 | 35 - Customer loyalty services and customer club services, for commercial, promotional and/or advertising purposes | 97/447,402 | 2022-06-07 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| DRIVE WITH PURPOSE | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides reward points that can be used for financial products<br>36 - Administration of a customer loyalty program which provides reward points that can be used for financial products<br>42 - Software as a service (SAAS) services featuring software for use in online banking, mortgage, financial and insurance-related services | 90/882,180 | 2021-08-13 | Office Action issued. Response Due November 14, 2022. |
| FINANCIAL COCKPIT | United States of America | Application | 9,42 | 9 - Downloadable computer software application for use as a digital wallet<br>42 - Providing temporary use of on-line non-downloadable computer software for use as a digital wallet | 97/444,293 | 2022-06-06 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| GloriFi | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides reward points that can be used for financial products<br>36 - Online banking; mortgage banking; banking and financial services; Online banking services accessible by means of downloadable mobile applications; insurance administration; Insurance brokerage in the field of home insurance<br>42 - Software as a service (SAAS) services featuring software for use in online banking, mortgage, financial and insurance-related services | 90/882,184 | 2021-08-13 | Office Action issued. Response Due November 16, 2022. |
| GloriFi | United States of America | Application | 35,42 | 35 - Advertising services<br>42 - Business technology software consultation services; Information technology consulting services; Technology advisory services related to financial services, mortgage services, and insurance services | 97/459,307 | 2022-06-15 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| GLORIFI (Stylized Gold/Yellow) | United States of America | Application | 9 | 9 - Magnetically encoded credit cards | 97/398,941 | 2022-05-06 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| GLORIFI (Stylized) | United States of America | Application | 9 | 9 - Magnetically encoded credit cards | 97/398,940 | 2022-05-06 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| GloriFi Financial Lifestyle | United States of America | Application | 9,42 | 9 - Downloadable computer software application for use as a digital wallet<br>42 - Providing temporary use of on-line non-downloadable computer software for use as a digital wallet | 97/444,297 | 2022-06-06 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| GLORIFI Logo | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides points that can be used for financial products.<br>36 - Online banking; mortgage banking; banking and financial services; Online banking services accessible by means of downloadable mobile applications; insurance administration; Insurance brokerage in the field of home insurance<br>42 - Software as a service (SAAS) services featuring software for use in online banking and financial services. | 97/237,958 | 2022-01-25 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| HOME WITH PURPOSE | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides points that can be used for financial products<br>36 - Online banking; mortgage banking; banking and financial services; Online banking services accessible by means of downloadable mobile applications; insurance administration; Insurance brokerage in the field of home insurance<br>42 - Software as a service (SAAS) services featuring software for use in online banking and financial services | 97/001,313 | 2021-08-30 | Office Action issued. Response Due November 17, 2022. |

| Trademark | Country | Status | International Classes | Goods/Services | Application Number | Filed Date | Status as per USPTO Website on June 28, 2022 |
|---|---|---|---|---|---|---|---|
| INSURE WITH PURPOSE | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides reward points that can be used for financial products 36 - Online banking; mortgage banking; banking and financial services; Online banking services accessible by means of downloadable mobile applications; insurance administration; Insurance brokerage in the field of home insurance 42 - Software as a service (SAAS) services featuring software for use in online banking, mortgage, financial and insurance-related services | 90/882,179 | 2021-08-13 | Office Action issued. Response Due November 16, 2022. |
| IVY | United States of America | Application | 9 | 9 - Recorded and downloadable computer programs and computer software for chat bot, communication channels featuring on line chat conversation via text or text to speech; Recorded and downloadable application software for mobile phones and computer platforms for chat bot, communication channels featuring on line chat conversation via text or text to speech; Personal digital assistants (PDA); downloadable voice command and recognition software | 97/444,132 | 2022-06-06 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| IVY | United States of America | Application | 42 | 42 - Software as a service (SaaS) featuring computer software used for controlling stand-alone voice controlled information and personal assistant devices; Software as a service (SaaS) featuring computer software for use in facilitating interactive voice response in connection with consumer transactions; Software as a service (SaaS) services featuring software for automating customer interactions and data collection; Software as a service (SAAS) services featuring software for interacting, connecting, and conversing between users in fields of digital engagement, conversational commerce, messaging, artificial intelligence, bots and automation, and customer engagement. | 97/444,144 | 2002-06-06 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| PAY WITH PURPOSE | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides reward points that can be used for financial products 36 - Online banking; mortgage banking; banking and financial services; Online banking services accessible by means of downloadable mobile applications; insurance administration; Insurance brokerage in the field of home insurance 42 - Software as a service (SAAS) services featuring software for use in online banking, mortgage, financial and insurance-related services | 90/882,177 | 2021-08-13 | Office Action issued. Response Due November 16, 2022. |
| PROTECT WITH PURPOSE | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides reward points that can be used for financial products 36 - Insurance; Online banking; mortgage banking; banking and financial services; Online banking services accessible by means of downloadable mobile applications; insurance administration; Insurance brokerage in the field of home insuranceaffairs; monetary affairs; real estate affairs. 42 - Software as a service (SAAS) services featuring software for use in online banking, mortgage, financial and insurance-related services | 90/882,175 | 2021-08-13 | Office Action issued. Response Due November 16, 2022. |
| PURPOSEFI | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides points that can be used for financial products 36 - Online banking; mortgage banking; banking and financial services; Online banking services accessible by means of downloadable mobile applications; insurance administration; Insurance brokerage in the field of home insurance 42 - Software as a service (SAAS) services featuring software for use in online banking and financial services | 97/001,493 | 2021-08-30 | Office Action issued. Response Due November 16, 2022. |
| SAVE WITH PURPOSE | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides reward points that can be used for financial products 36 - Online banking; mortgage banking; banking and financial services; Online banking services accessible by means of downloadable mobile applications; insurance administration; Insurance brokerage in the field of home insurance 42 - Software as a service (SAAS) services featuring software for use in online banking, mortgage, financial and insurance-related services | 90/882,170 | 2021-08-13 | Office Action issued. Response Due November 16, 2022. |

| Trademark | Country | Status | International Classes | Goods/Services | Application Number | Filed Date | Status as per USPTO Website on June 28, 2022 |
|---|---|---|---|---|---|---|---|
| WE THE PEOPLE | United States of America | Application | 35,36,42 | 35 - Administration of a customer loyalty program which provides reward points that can be used for financial products<br>36 - Online banking; mortgage banking; banking and financial services; Online banking services accessible by means of downloadable mobile applications; insurance administration; Insurance brokerage in the field of home insurance<br>42 - Software as a service (SAAS) services featuring software for use in online banking, mortgage, financial and insurance-related services | 90/882,168 | 2021-08-13 | Office Action issued. Response Due November 19, 2022. |
| WE THE PEOPLE | United States of America | Application | 9,36 | 9 - Magnetically encoded credit cards<br>36 - Charge card and credit card payment processing services; Issuing credit cards; Processing of credit card payments; Providing electronic processing of credit card transactions and electronic payments via a global computer network | 97/398,944 | 2022-05-06 | New application will be assigned to an examining attorney approximately 6 months after filing date. |
| WE THE PEOPLE GLORIFI (Stylized) | United States of America | Application | 9 | 9 - Magnetically encoded credit cards | 97/398,935 | 2022-05-06 | New application will be assigned to an examining attorney approximately 6 months after filing date. |

**Exhibit B - Domain Names**

| Domain Name | Status | Expiration Date | Auto-renew | Estimated Value | Lock |
|---|---|---|---|---|---|
| alabamaglorifi.com | Active | 3/30/2027 | Off | $201.00 | Locked |
| alaskaglorifi.com | Active | 3/30/2027 | Off | $224.00 | Locked |
| allamericanphotocontest.com | Active | 2/9/2023 | Off | $554.00 | Locked |
| animobancorp.com | Active | 9/8/2028 | Off | $760.00 | Locked |
| animobank.org | Active | 10/25/2023 | Off | $904.00 | Locked |
| animobanks.com | Active | 10/25/2023 | Off | $1,298.00 | Locked |
| animobanks.net | Active | 10/25/2023 | Off | $114.00 | Locked |
| animobanks.org | Active | 10/25/2023 | Off | $517.00 | Locked |
| animoinsurance.com | Active | 10/15/2023 | Off | $1,274.00 | Locked |
| animoinsurance.net | Active | 10/25/2023 | Off | $149.00 | Locked |
| animoinsurance.org | Active | 10/25/2023 | Off | $609.00 | Locked |
| animoinsurancescam.com | Active | 10/25/2023 | Off | $421.00 | Locked |
| animoinsurancescam.net | Active | 10/25/2023 | Off | $41.00 | Locked |
| animoinsurancescam.org | Active | 10/25/2023 | Off | $234.00 | Locked |
| animoinsurancesuck.com | Active | 10/25/2023 | Off | $277.00 | Locked |
| animoinsurancesuck.net | Active | 10/25/2023 | Off | $24.00 | Locked |
| animoinsurancesuck.org | Active | 10/25/2023 | Off | $151.00 | Locked |
| animoinsurancesucks.com | Active | 10/25/2023 | Off | $237.00 | Locked |
| animoinsurancesucks.net | Active | 10/25/2023 | Off | $23.00 | Locked |
| animoinsurancesucks.org | Active | 10/25/2023 | Off | $154.00 | Locked |
| animomortgage.com | Active | 10/15/2023 | Off | $1,324.00 | Locked |
| animomortgage.net | Active | 10/25/2023 | Off | $103.00 | Locked |
| animomortgage.org | Active | 10/25/2023 | Off | $432.00 | Locked |
| animomortgagecompany.com | Active | 4/12/2027 | Off | $591.00 | Locked |
| animomortgagecompany.net | Active | 4/12/2027 | Off | $61.00 | Locked |
| animomortgagecompany.org | Active | 4/12/2027 | Off | $236.00 | Locked |
| animomortgagescam.com | Active | 10/25/2023 | Off | $206.00 | Locked |
| animomortgagescam.net | Active | 10/25/2023 | Off | $11.00 | Locked |
| animomortgagescam.org | Active | 10/25/2023 | Off | $129.00 | Locked |
| animomortgagesuck.com | Active | 10/25/2023 | Off | $300.00 | Locked |
| animomortgagesuck.net | Active | 10/25/2023 | Off | $20.00 | Locked |
| animomortgagesuck.org | Active | 10/25/2023 | Off | $108.00 | Locked |
| animomortgagesucks.com | Active | 10/25/2023 | Off | $211.00 | Locked |
| animomortgagesucks.net | Active | 10/25/2023 | Off | $13.00 | Locked |
| animomortgagesucks.org | Active | 10/25/2023 | Off | $87.00 | Locked |
| animoservicesllc.com | Active | 1/19/2027 | Off | $394.00 | Locked |
| animoservicesllc.net | Active | 1/19/2027 | Off | $33.00 | Locked |
| animoservicesllc.org | Active | 1/19/2027 | Off | $185.00 | Locked |
| arizonaglorifi.com | Active | 3/30/2027 | Off | $222.00 | Locked |
| arkansasglorifi.com | Active | 3/30/2027 | Off | $180.00 | Locked |
| californiaglorifi.com | Active | 3/30/2027 | Off | $219.00 | Locked |
| coloradoglorifi.com | Active | 3/30/2027 | Off | $214.00 | Locked |
| connecticutglorifi.com | Active | 3/30/2027 | Off | $124.00 | Locked |
| delawareglorifi.com | Active | 3/30/2027 | Off | $192.00 | Locked |
| dev-glorifi.com | Active | 11/4/2023 | Off | $0.00 | Locked |

| | | | | | |
|---|---|---|---|---|---|
| dev-glorifi.io | Active | 11/4/2023 | Off | $0.00 | Locked |
| dev-glorifi.net | Active | 11/4/2023 | Off | $0.00 | Locked |
| dev-glorifi.org | Active | 11/4/2023 | Off | $0.00 | Locked |
| dev-glorifi.us | Active | 11/4/2023 | Off | $0.00 | Locked |
| floridaglorifi.com | Active | 3/30/2027 | Off | $267.00 | Locked |
| fuckanimoinsurance.com | Active | 10/25/2023 | Off | $562.00 | Locked |
| fuckanimoinsurance.net | Active | 10/25/2023 | Off | $37.00 | Locked |
| fuckanimoinsurance.org | Active | 10/25/2023 | Off | $159.00 | Locked |
| fuckanimomortgage.com | Active | 10/25/2023 | Off | $417.00 | Locked |
| fuckanimomortgage.net | Active | 10/25/2023 | Off | $24.00 | Locked |
| fuckanimomortgage.org | Active | 10/25/2023 | Off | $84.00 | Locked |
| fuckglorifi.com | Active | 9/20/2023 | Off | $206.00 | Locked |
| fuckglorifi.net | Active | 9/20/2023 | Off | $4.00 | Locked |
| fuckglorifi.org | Active | 9/20/2023 | Off | $29.00 | Locked |
| fuckglorifibankingservices.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| fuckglorifibankingservices.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| fuckglorifibankingservices.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| fuckglorififinancialservices.com | Active | 10/25/2023 | Off | $5.00 | Locked |
| fuckglorififinancialservices.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| fuckglorififinancialservices.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| fuckglorifiinsurance.com | Active | 10/25/2023 | Off | $37.00 | Locked |
| fuckglorifiinsurance.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| fuckglorifiinsurance.org | Active | 10/25/2023 | Off | $1.00 | Locked |
| fuckglorifimortgage.com | Active | 10/25/2023 | Off | $34.00 | Locked |
| fuckglorifimortgage.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| fuckglorifimortgage.org | Active | 10/25/2023 | Off | $1.00 | Locked |
| fuckglorifiriskmanagement.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| fuckglorifiriskmanagement.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| fuckglorifiriskmanagement.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| georgiaglorifi.com | Active | 3/30/2027 | Off | $211.00 | Locked |
| glarifi.com | Active | 6/15/2027 | Off | $1,058.00 | Locked |
| glorifi-technologies.com | Active | 3/7/2027 | Off | $54.00 | Locked |
| glorifi-technologies.io | Active | 3/7/2027 | Off | $0.00 | Locked |
| glorifi-technologies.net | Active | 3/7/2027 | Off | $1.00 | Locked |
| glorifi-technologies.org | Active | 3/7/2027 | Off | $15.00 | Locked |
| glorifi-technology.com | Active | 3/3/2027 | Off | $56.00 | Locked |
| glorifi-technology.io | Active | 3/3/2027 | Off | $0.00 | Locked |
| glorifi.art | Active | 6/15/2027 | Off | $65.00 | Locked |
| glorifi.biz | Active | 6/15/2027 | Off | $15.00 | Locked |
| glorifi.cc | Active | 6/15/2027 | Off | $67.00 | Locked |
| glorifi.com | Active | 12/25/2024 | Off | $1,987.00 | Locked |
| glorifi.fun | Active | 6/16/2027 | Off | $65.00 | Locked |
| glorifi.io | Active | 1/26/2027 | Off | $123.00 | Locked |
| glorifi.life | Active | 6/15/2027 | Off | $65.00 | Locked |
| glorifi.love | Active | 6/15/2027 | Off | $65.00 | Locked |
| glorifi.pro | Active | 6/15/2027 | Off | $45.00 | Locked |
| glorifi.shop | Active | 6/15/2027 | Off | $65.00 | Locked |
| glorifi.tech | Active | 3/3/2027 | Off | $37.00 | Locked |

| | | | | |
|---|---|---|---|---|
| glorifi.today | Active | 6/15/2027 Off | $65.00 | Locked |
| glorifi.us | Active | 3/3/2027 Off | $4.00 | Locked |
| glorifi.website | Active | 6/16/2027 Off | $65.00 | Locked |
| glorifi.work | Active | 6/15/2027 Off | $65.00 | Locked |
| glorifi.xyz | Active | 6/15/2027 Off | $19.00 | Locked |
| glorifialabama.com | Active | 3/30/2027 Off | $214.00 | Locked |
| glorifialaska.com | Active | 3/30/2027 Off | $215.00 | Locked |
| glorifiapp.co | Active | 6/16/2027 Off | $0.00 | Locked |
| glorifiapp.info | Active | 6/15/2027 Off | $0.00 | Locked |
| glorifiapp.net | Active | 6/15/2027 Off | $0.00 | Locked |
| glorifiapp.org | Active | 6/15/2027 Off | $0.00 | Locked |
| glorifiapps.com | Active | 6/15/2027 Off | $0.00 | Locked |
| glorifiarizona.com | Active | 3/30/2027 Off | $206.00 | Locked |
| glorifiarkansas.com | Active | 3/30/2027 Off | $203.00 | Locked |
| glorifiassetmanagement.com | Active | 3/1/2027 Off | $149.00 | Locked |
| glorifibank.com | Active | 9/20/2023 Off | $0.00 | Locked |
| glorifibank.net | Active | 9/20/2023 Off | $0.00 | Locked |
| glorifibank.org | Active | 9/20/2023 Off | $0.00 | Locked |
| glorifibankingservices.com | Active | 9/20/2023 Off | $141.00 | Locked |
| glorifibankingservices.net | Active | 9/20/2023 Off | $1.00 | Locked |
| glorifibankingservices.org | Active | 9/20/2023 Off | $15.00 | Locked |
| glorifibankingservicesscam.com | Active | 10/25/2023 Off | $0.00 | Locked |
| glorifibankingservicesscam.net | Active | 10/25/2023 Off | $0.00 | Locked |
| glorifibankingservicesscam.org | Active | 10/25/2023 Off | $0.00 | Locked |
| glorifibankingservicessuck.com | Active | 10/25/2023 Off | $0.00 | Locked |
| glorifibankingservicessuck.net | Active | 10/25/2023 Off | $0.00 | Locked |
| glorifibankingservicessuck.org | Active | 10/25/2023 Off | $0.00 | Locked |
| glorifibankingservicessucks.com | Active | 10/25/2023 Off | $0.00 | Locked |
| glorifibankingservicessucks.net | Active | 10/25/2023 Off | $0.00 | Locked |
| glorifibankingservicessucks.org | Active | 10/25/2023 Off | $0.00 | Locked |
| glorificalifornia.com | Active | 3/30/2027 Off | $187.00 | Locked |
| glorificolorado.com | Active | 3/30/2027 Off | $206.00 | Locked |
| glorificonnecticut.com | Active | 3/30/2027 Off | $181.00 | Locked |
| glorifidelaware.com | Active | 3/30/2027 Off | $209.00 | Locked |
| glorififinancial.com | Active | 9/20/2023 Off | $196.00 | Locked |
| glorififinancial.net | Active | 9/20/2023 Off | $7.00 | Locked |
| glorififinancial.org | Active | 9/20/2023 Off | $51.00 | Locked |
| glorififinancialservices.com | Active | 9/20/2023 Off | $128.00 | Locked |
| glorififinancialservicesscam.com | Active | 10/25/2023 Off | $0.00 | Locked |
| glorififinancialservicesscam.net | Active | 10/25/2023 Off | $0.00 | Locked |
| glorififinancialservicesscam.org | Active | 10/25/2023 Off | $0.00 | Locked |
| glorififinancialservicessuck.com | Active | 10/25/2023 Off | $0.00 | Locked |
| glorififinancialservicessuck.net | Active | 10/25/2023 Off | $0.00 | Locked |
| glorififinancialservicessuck.org | Active | 10/25/2023 Off | $0.00 | Locked |
| glorififinancialservicessucks.com | Active | 10/25/2023 Off | $0.00 | Locked |
| glorififinancialservicessucks.net | Active | 10/25/2023 Off | $0.00 | Locked |
| glorififinancialservicessucks.org | Active | 10/25/2023 Off | $0.00 | Locked |
| glorififlorida.com | Active | 3/30/2027 Off | $211.00 | Locked |

| Domain | Status | Date | | Price | Locked |
|---|---|---|---|---|---|
| glorifigeorgia.com | Active | 3/30/2027 | Off | $204.00 | Locked |
| glorifigiving.co | Active | 5/5/2027 | Off | $0.00 | Locked |
| glorifigiving.com | Active | 5/5/2025 | Off | $210.00 | Locked |
| glorifigiving.net | Active | 5/5/2023 | Off | $7.00 | Locked |
| glorifigiving.org | Active | 5/5/2023 | Off | $50.00 | Locked |
| glorifihawaii.com | Active | 3/30/2027 | Off | $281.00 | Locked |
| glorifihome.com | Active | 3/1/2027 | Off | $273.00 | Locked |
| glorifii.com | Active | 6/15/2027 | Off | $1,100.00 | Locked |
| glorifiidaho.com | Active | 3/30/2027 | Off | $236.00 | Locked |
| glorifiillinois.com | Active | 3/30/2027 | Off | $201.00 | Locked |
| glorifiindiana.com | Active | 3/30/2027 | Off | $211.00 | Locked |
| glorifiinsurance.com | Active | 9/20/2023 | Off | $210.00 | Locked |
| glorifiinsurance.net | Active | 9/20/2023 | Off | $9.00 | Locked |
| glorifiinsurance.org | Active | 9/20/2023 | Off | $50.00 | Locked |
| glorifiinsurancescam.com | Active | 10/25/2023 | Off | $174.00 | Locked |
| glorifiinsurancescam.net | Active | 10/25/2023 | Off | $9.00 | Locked |
| glorifiinsurancescam.org | Active | 10/25/2023 | Off | $65.00 | Locked |
| glorifiinsurancesuck.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiinsurancesuck.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiinsurancesuck.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiinsurancesucks.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiinsurancesucks.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiinsurancesucks.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiiowa.com | Active | 3/30/2027 | Off | $0.00 | Locked |
| glorifikansas.com | Active | 3/30/2027 | Off | $214.00 | Locked |
| glorifikentucky.com | Active | 3/30/2027 | Off | $212.00 | Locked |
| glorifilouisiana.com | Active | 3/30/2027 | Off | $189.00 | Locked |
| glorifimaine.com | Active | 3/30/2027 | Off | $232.00 | Locked |
| glorifimaryland.com | Active | 3/30/2027 | Off | $212.00 | Locked |
| glorifimassachusetts.com | Active | 3/30/2027 | Off | $178.00 | Locked |
| glorifimichigan.com | Active | 3/30/2027 | Off | $206.00 | Locked |
| glorifiminnesota.com | Active | 3/30/2027 | Off | $200.00 | Locked |
| glorifimississippi.com | Active | 3/30/2027 | Off | $167.00 | Locked |
| glorifimissouri.com | Active | 3/30/2027 | Off | $198.00 | Locked |
| glorifimontana.com | Active | 3/30/2027 | Off | $213.00 | Locked |
| glorifimortgage.com | Active | 9/20/2023 | Off | $206.00 | Locked |
| glorifimortgage.net | Active | 9/20/2023 | Off | $8.00 | Locked |
| glorifimortgage.org | Active | 9/20/2023 | Off | $49.00 | Locked |
| glorifimortgagescam.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifimortgagescam.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifimortgagescam.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifimortgageservices.com | Active | 9/20/2023 | Off | $125.00 | Locked |
| glorifimortgageservices.net | Active | 9/20/2023 | Off | $1.00 | Locked |
| glorifimortgageservices.org | Active | 9/20/2023 | Off | $12.00 | Locked |
| glorifimortgagesuck.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifimortgagesuck.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifimortgagesuck.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifimortgagesucks.com | Active | 10/25/2023 | Off | $0.00 | Locked |

| | | | | | |
|---|---|---|---|---|---|
| glorifimortgagesucks.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifimortgagesucks.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifinancial.net | Active | 4/20/2027 | Off | $39.00 | Locked |
| glorifinancial.org | Active | 4/20/2027 | Off | $88.00 | Locked |
| glorifinebraska.com | Active | 3/30/2027 | Off | $208.00 | Locked |
| glorifinevada.com | Active | 3/30/2027 | Off | $273.00 | Locked |
| glorifinewhampshire.com | Active | 3/30/2027 | Off | $264.00 | Locked |
| glorifinewjersey.com | Active | 3/30/2027 | Off | $313.00 | Locked |
| glorifinewmexico.com | Active | 3/30/2027 | Off | $295.00 | Locked |
| glorifinewyork.com | Active | 3/30/2027 | Off | $359.00 | Locked |
| glorifinorthcarolina.com | Active | 3/30/2027 | Off | $142.00 | Locked |
| glorifinorthdakota.com | Active | 3/30/2027 | Off | $157.00 | Locked |
| glorifinow.com | Active | 6/15/2027 | Off | $361.00 | Locked |
| glorifiohio.com | Active | 3/30/2027 | Off | $233.00 | Locked |
| glorifioklahoma.com | Active | 3/30/2027 | Off | $211.00 | Locked |
| glorifioregon.com | Active | 3/30/2027 | Off | $212.00 | Locked |
| glorifipennsylvania.com | Active | 3/30/2027 | Off | $181.00 | Locked |
| glorifirentals.com | Active | 3/1/2027 | Off | $224.00 | Locked |
| glorifirhodeisland.com | Active | 3/30/2027 | Off | $160.00 | Locked |
| glorifiriskmanagementscam.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiriskmanagementscam.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiriskmanagementscam.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiriskmanagementsuck.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiriskmanagementsuck.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiriskmanagementsuck.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiriskmanagementsucks.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiriskmanagementsucks.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiriskmanagementsucks.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| glorifiscam.com | Active | 9/20/2023 | Off | $0.00 | Locked |
| glorifiscam.net | Active | 9/20/2023 | Off | $0.00 | Locked |
| glorifiscam.org | Active | 9/20/2023 | Off | $0.00 | Locked |
| glorifisecurities.com | Active | 2/16/2027 | Off | $179.00 | Locked |
| glorifisecurities.io | Active | 2/16/2027 | Off | $2.00 | Locked |
| glorifisecurities.net | Active | 2/16/2027 | Off | $5.00 | Locked |
| glorifisecurities.org | Active | 2/16/2027 | Off | $41.00 | Locked |
| glorifiservices.com | Active | 8/5/2027 | Off | $222.00 | Locked |
| glorifiservices.io | Active | 8/5/2027 | Off | $3.00 | Locked |
| glorifiservices.net | Active | 8/5/2027 | Off | $11.00 | Locked |
| glorifiservices.org | Active | 8/5/2027 | Off | $55.00 | Locked |
| glorifisouthcarolina.com | Active | 3/30/2027 | Off | $145.00 | Locked |
| glorifisouthdakota.com | Active | 3/30/2027 | Off | $158.00 | Locked |
| glorifisuck.com | Active | 9/20/2023 | Off | $0.00 | Locked |
| glorifisuck.net | Active | 9/20/2023 | Off | $0.00 | Locked |
| glorifisuck.org | Active | 9/20/2023 | Off | $0.00 | Locked |
| glorifisucks.com | Active | 9/20/2023 | Off | $0.00 | Locked |
| glorifisucks.net | Active | 9/20/2023 | Off | $0.00 | Locked |
| glorifisucks.org | Active | 9/20/2023 | Off | $0.00 | Locked |
| glorifitennessee.com | Active | 3/30/2027 | Off | $194.00 | Locked |

| | | | | | |
|---|---|---|---|---|---|
| glorifitexas.com | Active | 3/30/2027 | Off | $244.00 | Locked |
| glorifiutah.com | Active | 3/30/2027 | Off | $0.00 | Locked |
| glorifivermont.com | Active | 3/30/2027 | Off | $217.00 | Locked |
| glorifivirginia.com | Active | 3/30/2027 | Off | $202.00 | Locked |
| glorifiwashington.com | Active | 3/30/2027 | Off | $199.00 | Locked |
| glorifiwealth.com | Active | 3/1/2027 | Off | $219.00 | Locked |
| glorifiweb.com | Active | 6/15/2027 | Off | $309.00 | Locked |
| glorifiwestvirginia.com | Active | 3/30/2027 | Off | $143.00 | Locked |
| glorifiwisconsin.com | Active | 3/30/2027 | Off | $189.00 | Locked |
| glorifiwyoming.com | Active | 3/30/2027 | Off | $209.00 | Locked |
| glorifund.com | Active | 3/1/2027 | Off | $999.00 | Locked |
| greatamericancontest.com | Active | 2/16/2023 | Off | $1,089.00 | Locked |
| greatamericanpics.com | Active | 2/16/2023 | Off | $987.00 | Locked |
| greatamericanvideos.com | Active | 2/16/2023 | Off | $1,064.00 | Locked |
| hawaiiglorifi.com | Active | 3/30/2027 | Off | $245.00 | Locked |
| idahoglorifi.com | Active | 3/30/2027 | Off | $225.00 | Locked |
| illinoisglorifi.com | Active | 3/30/2027 | Off | $189.00 | Locked |
| indepedencebank.com | Active | 2/3/2027 | Off | $813.00 | Locked |
| indepedencebank.net | Active | 2/3/2027 | Off | $55.00 | Locked |
| indepedencebank.org | Active | 2/4/2027 | Off | $305.00 | Locked |
| independencebankoftexas.com | Active | 2/3/2027 | Off | $779.00 | Locked |
| independencebankoftexas.net | Active | 2/3/2027 | Off | $8.00 | Locked |
| independencebankoftexas.org | Active | 2/4/2027 | Off | $236.00 | Locked |
| indianaglorifi.com | Active | 3/30/2027 | Off | $197.00 | Locked |
| iowaglorifi.com | Active | 3/30/2027 | Off | $190.00 | Locked |
| joinglorifi.com | Active | 3/22/2027 | Off | $318.00 | Locked |
| joinglorifi.io | Active | 3/22/2027 | Off | $4.00 | Locked |
| joinglorifi.net | Active | 3/22/2027 | Off | $8.00 | Locked |
| joinglorifi.org | Active | 3/22/2027 | Off | $76.00 | Locked |
| kansasglorifi.com | Active | 3/30/2027 | Off | $176.00 | Locked |
| kentuckyglorifi.com | Active | 3/30/2027 | Off | $190.00 | Locked |
| louisianaglorifi.com | Active | 3/30/2027 | Off | $166.00 | Locked |
| maineglorifi.com | Active | 3/30/2027 | Off | $291.00 | Locked |
| marylandglorifi.com | Active | 3/30/2027 | Off | $138.00 | Locked |
| massachusettsglorifi.com | Active | 3/30/2027 | Off | $111.00 | Locked |
| michiganglorifi.com | Active | 3/30/2027 | Off | $196.00 | Locked |
| minnesotaglorifi.com | Active | 3/30/2027 | Off | $153.00 | Locked |
| mississippiglorifi.com | Active | 3/30/2027 | Off | $105.00 | Locked |
| missouriglorifi.com | Active | 3/30/2027 | Off | $166.00 | Locked |
| montanaglorifi.com | Active | 3/30/2027 | Off | $214.00 | Locked |
| nebraskaglorifi.com | Active | 3/30/2027 | Off | $174.00 | Locked |
| nevadaglorifi.com | Active | 3/30/2027 | Off | $151.00 | Locked |
| newhampshireglorifi.com | Active | 3/30/2027 | Off | $42.00 | Locked |
| newjerseyglorifi.com | Active | 3/30/2027 | Off | $66.00 | Locked |
| newmexicoglorifi.com | Active | 3/30/2027 | Off | $60.00 | Locked |
| newyorkglorifi.com | Active | 3/30/2027 | Off | $10.00 | Locked |
| northcarolinaglorifi.com | Active | 3/30/2027 | Off | $33.00 | Locked |
| northdakotaglorifi.com | Active | 3/30/2027 | Off | $28.00 | Locked |

| | | | | | |
|---|---|---|---|---|---|
| ohioglorifi.com | Active | 3/30/2027 | Off | $219.00 | Locked |
| oklahomaglorifi.com | Active | 3/30/2027 | Off | $191.00 | Locked |
| oregonglorifi.com | Active | 3/30/2027 | Off | $269.00 | Locked |
| pat-glorifi.com | Active | 2/9/2027 | Off | $0.00 | Locked |
| pat-glorifi.io | Active | 2/15/2027 | Off | $0.00 | Locked |
| pennsylvaniaglorifi.com | Active | 3/30/2027 | Off | $124.00 | Locked |
| rhodeislandglorifi.com | Active | 3/30/2027 | Off | $38.00 | Locked |
| sbx-glorifi.com | Active | 11/4/2023 | Off | $0.00 | Locked |
| sbx-glorifi.io | Active | 11/4/2023 | Off | $0.00 | Locked |
| sbx-glorifi.net | Active | 11/4/2023 | Off | $0.00 | Locked |
| sbx-glorifi.org | Active | 11/4/2023 | Off | $0.00 | Locked |
| sbx-glorifi.us | Active | 11/4/2023 | Off | $0.00 | Locked |
| scamanimoinsurance.com | Active | 10/25/2023 | Off | $406.00 | Locked |
| scamanimoinsurance.net | Active | 10/25/2023 | Off | $43.00 | Locked |
| scamanimoinsurance.org | Active | 10/25/2023 | Off | $262.00 | Locked |
| scamanimomortgage.com | Active | 10/25/2023 | Off | $357.00 | Locked |
| scamanimomortgage.net | Active | 10/25/2023 | Off | $30.00 | Locked |
| scamanimomortgage.org | Active | 10/25/2023 | Off | $179.00 | Locked |
| scamglorifi.com | Active | 9/20/2023 | Off | $0.00 | Locked |
| scamglorifi.net | Active | 9/20/2023 | Off | $0.00 | Locked |
| scamglorifi.org | Active | 9/20/2023 | Off | $0.00 | Locked |
| scamglorifibankingservices.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| scamglorifibankingservices.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| scamglorifibankingservices.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| scamglorififinancialservices.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| scamglorififinancialservices.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| scamglorififinancialservices.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| scamglorifiinsurance.com | Active | 10/25/2023 | Off | $116.00 | Locked |
| scamglorifiinsurance.net | Active | 10/25/2023 | Off | $1.00 | Locked |
| scamglorifiinsurance.org | Active | 10/25/2023 | Off | $13.00 | Locked |
| scamglorifimortgage.com | Active | 10/25/2023 | Off | $116.00 | Locked |
| scamglorifimortgage.net | Active | 10/25/2023 | Off | $1.00 | Locked |
| scamglorifimortgage.org | Active | 10/25/2023 | Off | $12.00 | Locked |
| scamglorifiriskmanagement.com | Active | 10/25/2023 | Off | $0.00 | Locked |
| scamglorifiriskmanagement.net | Active | 10/25/2023 | Off | $0.00 | Locked |
| scamglorifiriskmanagement.org | Active | 10/25/2023 | Off | $0.00 | Locked |
| southcarolinaglorifi.com | Active | 3/30/2027 | Off | $35.00 | Locked |
| southdakotaglorifi.com | Active | 3/30/2027 | Off | $29.00 | Locked |
| stateofindependencebank.com | Active | 2/3/2027 | Off | $1,125.00 | Locked |
| stateofindependencebank.net | Active | 2/3/2027 | Off | $47.00 | Locked |
| stateofindependencebank.org | Active | 2/4/2027 | Off | $503.00 | Locked |
| stg-glorifi.com | Active | 11/4/2023 | Off | $0.00 | Locked |
| stg-glorifi.io | Active | 11/4/2023 | Off | $0.00 | Locked |
| stg-glorifi.net | Active | 11/4/2023 | Off | $0.00 | Locked |
| stg-glorifi.org | Active | 11/4/2023 | Off | $0.00 | Locked |
| stg-glorifi.us | Active | 11/4/2023 | Off | $0.00 | Locked |
| tennesseeglorifi.com | Active | 3/30/2027 | Off | $168.00 | Locked |
| testglorifi.com | Active | 9/20/2023 | Off | $266.00 | Locked |

| | | | | | |
|---|---|---|---|---|---|
| texasglorifi.com | Active | 3/30/2027 | Off | $253.00 | Locked |
| tst-glorifi.io | Active | 1/26/2027 | Off | $0.00 | Locked |
| utahglorifi.com | Active | 3/30/2027 | Off | $193.00 | Locked |
| vermontglorifi.com | Active | 3/30/2027 | Off | $237.00 | Locked |
| virginiaglorifi.com | Active | 3/30/2027 | Off | $194.00 | Locked |
| washingtonglorifi.com | Active | 3/30/2027 | Off | $136.00 | Locked |
| westvirginiaglorifi.com | Active | 3/30/2027 | Off | $27.00 | Locked |
| wisconsinglorifi.com | Active | 3/30/2027 | Off | $146.00 | Locked |
| wyomingglorifi.com | Active | 3/30/2027 | Off | $178.00 | Locked |