IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 7 |
| WITH PURPOSE, INC. | § § | CASE NO. 23-30246-mvl7 |
| Debtor. | § | |

| | | |
|---|---|---|
| SEVEN TALENTS, LLC, RHYTHMIC CAPITAL FUND II, LLC, AND J.I.G., LLC, | § § § | |
| Plaintiffs, | § § | ADV. NO. 23-03032-mvl |
| v. | § § | |
| TOBY NEUGEBAUER and BANZAI ADVISORY GROUP, LLC, | § § § | |
| Defendants. | § | |

## PLAINTIFFS' MOTION TO REMAND AND ABSTAIN

Pursuant to 28 U.S.C. §§ 1334(c) and 1452(b), Plaintiffs Seven Talents, LLC, Rhythmic Capital Fund II, LLC, and J.I.G., LLC (collectively, "Plaintiffs") hereby move this Court for an order remanding this action to the state court in which it was originally filed.

Pursuant to Rule 7007-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas, the grounds, contentions of facts and law, and argument and authorities supporting Plaintiffs' request for this Court to grant their motion to remand and/or abstain and send this lawsuit back to the state court in which it was originally filed are set forth in the separate brief being filed concurrently herewith.

Respectfully submitted,

*/s/ Chase J. Potter*
**ROGGE DUNN**
State Bar No. 06249500

E-mail: Dunn@trialtested.com

**CHASE J. POTTER**
State Bar No. 24088245

E-mail: Potter@roggedunngroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard Street
Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile:  (214) 220-3833

**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument was served on the Parties' counsel of record pursuant to the Rules, on this 12th day of May 2023 addressed as follows:

| | |
|---|---|
| Jennifer H. Doan, Esq.<br>Darby V. Doan, Esq.<br>Joshua R. Thane, Esq.<br>Cole A. Riddell, Esq.<br>Haltom & Doan<br>6500 Summerhill Road, Suite 100<br>Texarkana, TX 75503<br>Counsel for Toby Neugebauer and Banzai Advisory Group, LLC | ☑ Via ECF / Portal<br>☐ Via Overnight Delivery<br>☐ Via Hand-Delivery<br>☐ Via First Class Mail<br>☐ Via Fax:<br>☑ Via Email: JDoan@haltomdoan.com<br>☑ Via Email: DDoan@haltomdoan.com<br>☑ Via Email: JThane@haltomdoan.com<br>☑ Via Email: CRiddell@haltomdoan.com<br>☐ Via CMRRR: |
| Clay M. Taylor, Esq.<br>Christian N. Ellis, Esq.<br>C. Joshua Osborne, Esq.<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102<br>Counsel for Toby Neugebauer and Banzai Advisory Group, LLC | ☑ Via ECF / Portal<br>☐ Via Overnight Delivery<br>☐ Via Hand-Delivery<br>☐ Via First Class Mail<br>☐ Via Fax:<br>☑ Via Email: Clay.Taylor@bondsellis.com<br>☑ Via Email: Christian@bondsellis.com<br>☑ Via Email: C.JoshOsborne@bondsellis.com<br>☐ Via CMRRR: |

*/s/ Chase J. Potter*
**ROGGE DUNN**
**CHASE J. POTTER**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on May 12, 2023, I conducted a telephonic conference with counsel for Defendants (Clay Taylor) regarding the issues presented in this Motion, and Mr. Taylor confirmed that Defendants are opposed to the relief requested in this Motion.

*/s/ Chase J. Potter*
CHASE J. POTTER