JAMS

| | | |
|---|---|---|
| JAMES NICHOLAS AYERS, THE J. NICHOLAS AYERS 2021 IRREVOCABLE TRUST, and AYERS FAMILY HOLDINGS, LLC, | § § § § § | |
| Claimants, | § § | JAMS ARBITRATION NO. 5310000148 |
| TOBY NEUGEBAUER | § § § | |
| Respondent. | § | |

# SANCTIONS ORDER

**Parties and Counsel**: The parties are identified in the caption and are represented as follows:

Rogge Dunn
Chase J. Potter
Greg P. McAllister
Rogge Dunn Group
500 N. Akard, Suite 1900
Dallas, TX 75201
Telephone: 214-888-5000; Fax: 214-220-3833
Email: dunn@roggedunngroup.com
Email: Potter@RoggeDunnGroup.com
Email: McAllister@RoggeDunnGroup.com
Counsel for Claimants, James Nichols Ayers, The J. Nicholas Ayers 2021 Irrevocable Trust and Ayers Family Holdings, LLC

Toby Neugebauer
10777 Strait Lane
Dallas, TX 75229
Telephone: 512-289-3106
Email: toby@doradocp.com
Pro Se Respondent

**Arbitrator:** Harlan A. Martin
JAMS – Local Solutions. Global Reach ™
8401 N. Central Expressway, Suite 610
Dallas, TX 75225
Telephone: 214-744-5267

Following hearing on Claimants' Motion for Sanctions, at which time Attorneys Rogge Dunn and Chase Potter appeared for Claimant and Attorneys Josh Romero and Brad Knippa appear for the limited purpose of assisting pr se Respondent Toby Neugebauer at the hearing, this arbitrator ORDERS as follows:

1. Claimant's Motion for Sanctions is sustained.
2. Respondent Toby Neugebauer is ordered to pay monetary sanctions for his failure to appear at previously noticed and ordered depositions.
3. On or before May 23, 2023, Respondent Toby Neugebauer shall pay attorneys Rogge Dunn Group the sum of Seven Thousand Nine Hundred Eighty-Four and 99/100 Dollars ($7,984.99) for fees and costs incurred incident to his failure to appear at noticed and ordered depositions.
4. Respondent Toby Neugebauer shall appear and offer his sworn deposition at 10:00 AM, CT on May 23, 2023, at the offices of Claimant's attorneys:

   Rogge Dunn Group
   500 N. Akard, Suite 1900
   Dallas, TX 75201
5. JAMS administrator shall schedule a status conference call the week of June 5, 2023.

SO ORDERED.

Date: May 9, 2023

Harlan A. Martin, Arbitrator