**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| WITH PURPOSE, INC. | § | CASE NO. 23-30246-mvl7 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| SEVEN TALENTS, LLC, RHYTHMIC CAPITAL FUND II, LLC, AND J.I.G., LLC, | § § § | |
| Plaintiffs, | § § | ADV. NO. 23-03032-mvl |
| v. | § § | |
| TOBY NEUGEBAUER and BANZAI ADVISORY GROUP, LLC, | § § § | |
| Defendants. | § | |

**PLAINTIFFS' WITNESS AND EXHIBIT LIST FOR THE HEARING ON PLAINITFFS' MOTION FOR DETERMINATION THAT AUTOMATIC STAY DOES NOT APPLY TO THEIR LAWSUIT AGAINST TOBY NEUGEBAUER OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

Plaintiffs Seven Talents, LLC, Rhythmic Capital Fund II, LLC, and J.I.G., LLC (collectively, "Plaintiffs") hereby file this Witness and Exhibit List containing the exhibits that Plaintiffs intend to or may offer, and the witnesses Plaintiffs may call, during the hearing on *Seven Talents, LLC's, Rhythmic Capital Fund II, LLC's, and J.I.G., LLC's Motion for Determination that Automatic Stay Does Not Apply to Their Lawsuit Against Toby Neugebauer or, in the Alternative, for Relief from the Automatic Stay* [Docket No. 87] (the "Motion").

**EXHIBITS**

A.   Plaintiffs' Original Petition (Dkt. No. 87-1).

B.   Proposed Plaintiffs' First Amended Petition (Dkt. No. 87-2).

## WITNESSES

Plaintiffs do not currently anticipate calling any witnesses during the hearing. However, Plaintiffs reserve the right to call as witnesses (i) any persons who are disclosed by any other party as potential witnesses, or (ii) any person with relevant knowledge who is present in the courthouse during the hearing.

Plaintiffs reserve the right to supplement this Witness and Exhibit List.

Respectfully submitted,

*/s/ Chase J. Potter*
**ROGGE DUNN**
State Bar No. 06249500

E-mail: Dunn@trialtested.com

**CHASE J. POTTER**
State Bar No. 24088245

E-mail: Potter@roggedunngroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard Street
Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile:  (214) 220-3833

**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument is being served on the individuals listed below via the Court's ECF system:

| | |
|---|---|
| Jennifer H. Doan, Esq. | ☒ Via ECF / Portal |
| Darby V. Doan, Esq. | ☐ Via Overnight Delivery |
| Joshua R. Thane, Esq. | ☐ Via Hand-Delivery |
| Cole A. Riddell, Esq. | ☐ Via First Class Mail |
| Haltom & Doan | ☐ Via Fax: |
| 6500 Summerhill Road, Suite 100 | ☐ Via Email: JDoan@haltomdoan.com |
| Texarkana, TX 75503 | ☐ Via Email: DDoan@haltomdoan.com |
| Counsel for Toby Neugebauer and Banzai | ☐ Via Email: JThane@haltomdoan.com |
| Advisory Group, LLC | ☐ Via Email: CRiddell@haltomdoan.com |
| | ☐ Via CMRRR: |

| | |
|---|---|
| Clay M. Taylor, Esq. | ☒ Via ECF / Portal |
| Christian N. Ellis, Esq. | ☐ Via Overnight Delivery |
| C. Joshua Osborne, Esq. | ☐ Via Hand-Delivery |
| Joshua N. Eppich, Esq. | ☐ Via First Class Mail |
| H. Brandon Jones, Esq. | ☐ Via Fax: |
| Bonds Ellis Eppich Schafer Jones LLP | ☐ Via Email: Clay.Taylor@bondsellis.com |
| 420 Throckmorton Street, Suite 1000 | ☐ Via Email: Christian@bondsellis.com |
| Fort Worth, TX 76102 | ☐ Via Email: C.JoshOsborne@bondsellis.com |
| Counsel for Toby Neugebauer and Banzai | ☐ Via Email: Joshua@bondsellis.com |
| Advisory Group, LLC | ☐ Via Email: Brandon@bondsellis.com |
| | ☐ Via CMRRR: |

| | |
|---|---|
| Davor Rukavina, Esq. | ☒ Via ECF / Portal |
| Thomas D. Berghman, Esq. | ☐ Via Overnight Delivery |
| Conor P. White, Esq. | ☐ Via Hand-Delivery |
| Munsch Hardt Kopf & Harr, P.C. | ☐ Via First Class Mail |
| 500 N. Akard Street, Suite 3800 | ☐ Via Fax: |
| Dallas, TX 75201-6659 | ☐ Via Email: DRukavina@munsch.com |
| Counsel for Scott M. Seidel, Trustee | ☐ Via Email: TBerghman@munsch.com |
| | ☐ Via Email: CWhite@munsch.com |
| | ☐ Via CMRRR: |

| | |
|---|---|
| Meredyth A. Kippes, Esq.<br>Office of the United States Trustee (Region 6)<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242<br>Counsel for the United States Trustee | ☒ **Via ECF / Portal**<br>☐ **Via Overnight Delivery**<br>☐ **Via Hand-Delivery**<br>☐ **Via First Class Mail**<br>☐ **Via Fax:**<br>☐ **Via Email:** Meredyth.Kippes@usdoj.gov<br>☐ **Via CMRRR:** |

*/s/ Chase J. Potter*
**ROGGE DUNN**
**CHASE J. POTTER**