# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| WITH PURPOSE, INC. | §  CASE NO:  23-30246-mvl-7 |
| | § |
| | §  Chapter 7 |
| DEBTOR. | § |

## TRUSTEE'S CASE STATUS

The Trustee wishes to advise the Court, creditors, and parties in interest that counsel is reviewing debtor transactions and potential actions. A sale process is being proposed.

Respectfully Submitted,

 */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE