Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 7 |
| WITH PURPOSE, INC., | § § | |
| | § | Case No. 23-30246-mvl-7 |
| Debtors. | § | |

**NOTICE OF WITHDRAWAL**

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

COMES NOW, Scott M. Seidel, Trustee, and hereby withdraws his *Motion for Approval of Settlement Agreement with OnPoint Companies, LLC* filed at Docket No. 172 without prejudice.

Dated: April 5, 2024

                                         **MUNSCH HARDT KOPF & HARR, P.C.**

                                         By: */s/ Thomas Berghman*
                                               Davor Rukavina, Esq.
                                               Texas Bar No. 24030781
                                               Thomas D. Berghman, Esq.
                                               Texas Bar No. 24082683
                                               500 N. Akard Street, Suite 4000
                                               Dallas, Texas 75201-6659
                                               Telephone: (214) 855-7500
                                               Facsimile: (214) 855-7584

                                         **ATTORNEYS FOR SCOTT M. SEIDEL,**
                                         **TRUSTEE**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that, on this the 5th day of April, 2024, true and correct copies of this notice were served by the Court's ECF system on all parties entitled to notice thereof and that, on the same date, he caused true and correct copies of this notice to be served by U.S. first-class mail, postage prepaid, upon all parties listed on the attached service list.

           By: /s/ *Conor White*
             Conor White