Label Matrix for local noticing
0539-3
Case 23-30246-mvl7
Northern District of Texas
Dallas
Wed Jul 17 07:02:10 CDT 2024

MBO Partners, Inc.
20405 Exchange St.
Ashburn, VA 20147-5934

Mentor Creative Group, LLC
5325 Ballard Ave. NW #303
Seattle, WA 98107-4193

Neugebauer Family Enterprises LLC, Toby Neug
c/o Jackson Walker LLP
Attn: Bruce J. Ruzinsky
1401 McKinney Street, Suite 1900
Houston, TX 77010-1900

Oracle America, Inc.
Buchalter PC
c/o Shawn M. Christianson, Esq.
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Pinewood 2300, LLC
c/o Kerry L. Haliburton
Naman, Howell, Smith & Lee, PLLC
400 Austin Avenue, Suite 800
Waco, TX 76701-2145

Resources Connection LLC, d/b/a Resources Gl
c/o Ross, Smith & Binford, PC
Attn: Jason Binford
2003 N. Lamar Blvd., Suite 100
Austin, TX 78705-4932

Savana, Inc.
c/o Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201-2721

With Purpose, Inc.
11700 Preston Road, Ste. 660-394
Dallas, TX 75230-6112

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

1892 LLC
PO Box 1832
Gallatin, TN 37066-1832

A.M. Best Company, Inc.
1 Ambest Road
Oldick, NJ 08858-0700

ADP
1 ADP Blvd
Roseland, NJ 07068-1786

AKEYLESS Security US Inc
122 Grand Street
New York, NY 10013-2614

Accredited Surety & Casualty Co
4798 New Broad Street
Ste. 200
Orlando, FL 32814-6436

Add Source Group LLC
P.O. Box 660832
Birmingham, AL 35266-0832

Advanced Career Networks
196 Willow Springs Dr
Talent, OR 97540-9646

Agile Acumen, LLC
30 N Gould St
Ste. R
Sheridan, WY 82801-6317

AiAdvertising
321 6th Street
San Antonio, TX 78215-1802

Alan J. Carr
Drivetrain Advisors Ltd.
410 Park Ave., Suite 900
New York, NY 10022-9492

Allogent
35 Technology Parkway South
Suite 300
Norcross, GA 30092-2996

Alvarez & Marsal
600 Midson Avenue
8th Floor
New York, NY 10022

American Conservative Union Foundation
1199 N Fairfax Street
Ste. 500
Alexandria, VA 22314-1445

American Property Casualty Ins
8700 W. Bryn Mawr
Ste. 1200S
Chicago, IL 60631-3512

Andalusian Marketing Inc.
26521 N 114th PL
Scottsdale, AZ 85255-5768

Anexinet
4 Sentry Parkway
Ste. 300
Blue Bell, PA 19422-2327

Animo Services LLC
Attn: Kenneth A. Hill
QSLWM, P.C.
2001 Bryan Street
Suite 1800
Dallas, TX 75201-3070

Appliable
Karloveska 21
Bratislava 841 04
Slovak Republic

Ardalyst Federal LLC
1290 Bay Dale Drive, Ste. 89
Arnold, MD 21012-2325

Arity, LLC
222 W. Merchandise Mart Plaza
Ste. 875
Chicago, IL 60654-1070

| | | |
|---|---|---|
| Asana<br>633 Folsom Street<br>San Francisco, CA 94107-3600 | Ashburn Hunter Bywaters III<br>3605 Northwest Pkwy<br>Dallas, TX 75225-3901 | Aspirent Consulting LLC<br>6600 Peachtree Dunwoody Rd, NE<br>400 Embassy Row - Suite 260<br>Atlanta, GA 30328-7003 |
| Astrella<br>1010 El Camino Real<br>Ste. 360<br>Menlo Park, CA 94025-4345 | Atlanta Tech Village<br>3423 Piedmont Road<br>Atlanta, GA 30305-1751 | Aurora Strategic Marketing LLC<br>1512 E. Broward Blvd<br>Ste. 104B<br>Fort Lauderdale, FL 33301-2147 |
| Austen Paul Productions<br>325 Felton Empire Road<br>Felton, CA 95018-9167 | Avalon<br>1360 East 9th Street<br>Ste. 150<br>Cleveland, OH 44114-1736 | Ayers Family Holdings, LLC<br>Chase J. Potter<br>Rogge Dunn Group, PC<br>500 North Akard, Suite 1900<br>Dallas, TX 75201-6629 |
| BPM<br>One California Street<br>Ste. 2500<br>San Francisco, CA 94111-5426 | BPW Communications<br>2967 S. Columbus Street, A2<br>Arlington, VA 22206-1436 | BVS Performance Solutions<br>P.O. Box 735<br>Marion, IA 52302-0735 |
| Backbase<br>1201 Peachtree St NE<br>Building 400, Suite 900<br>Atlanta, GA 30361-3507 | Banzai Advisory Group, LLC<br>PO Box 863376<br>Plano, TX 75086-3376 | Banzai Capital Partners LLC<br>1077 Strait Lane<br>Dallas, TX 75229 |
| Banzai Capital Partners, LLC<br>PO Box 863376<br>Plano, TX 75086-3376 | Bassett Capital Group<br>45 Rockefeller Plaza<br>Ste. 200<br>New York, NY 10111-0100 | Bitly Inc<br>P.O. Box 843522<br>Boston, MA 02284-3522 |
| Black Knight Technology<br>601 Riverside Ave<br>Jacksonville, FL 32204-2963 | BlackCloak<br>7025 Country Road 46A<br>Ste. 1071 #342<br>Lake Mary, FL 32746-4753 | Blackstone Investments I, LTD<br>10777 Strait Lane<br>Dallas, TX 75229-5428 |
| Blackstone Investments I, Ltd.<br>PO Box 863376<br>Plano, TX 75086-3376 | Blend Labs Inc<br>415 Kearny Street<br>San Francisco, CA 94108-2803 | Boomi LP<br>P.O. Box 842848<br>Boston, MA 02284-2848 |
| Braze, Inc<br>330 W 34th Street, 18th Floor<br>New York, NY 10001-2427 | Braze, Inc., Attn: General Counsel<br>330 W. 34th Street, 18th Floor<br>New York, NY 10001-2427<br>, | BreakAway Loyalty, LLC<br>12600 Deerfield Pkwy., Suite 100<br>Alpharetta, GA 30004-6130 |
| Brewster Consulting Group<br>5905 Herrick Road<br>Beggs, OK 74421-2904 | Buckley, LLP<br>P.O. Box 990<br>New York, NY 10008-0990 | Bywaters Company Management, LLC<br>400 N St Paul Suite 1420<br>Dallas, TX 75201-6836 |

| | | |
|---|---|---|
| CCR FLP Holdings LP<br>500 West 5th Street, Suite 700<br>Austin, TX 78701-3833 | CE Insurance Services Ins<br>6013 Bowen Daniel Drive<br>Unit 107<br>Tampa, FL 33616-1464 | CR3 Partners, LLC<br>13355 Noel Road<br>Ste. 2005<br>Dallas, TX 75240-6635 |
| CRC Advisors<br>2850 Eisenhower Ave<br>Ste. 100<br>Alexandria, VA 22314-4567 | Chapman & Cutler LLP<br>1270 Avenue of the Americas<br>30th Floor<br>New York, NY 10020-1708 | Charles Lynn Hamilton<br>1381 Paseo Don Juan<br>San Juan, PR 00907-1430 |
| Charter 10000 NCX Owner, LLC<br>47 Highland Park Village<br>Ste. 200<br>Dallas, TX 75205-2786 | Chartwell Executive Search LLC<br>300 Crescent<br>Ste. 1425<br>Dallas, TX 75201-1890 | Chase J. Potter<br>Rogge Dunn Group, PC<br>500 N. Akard Street, Suite 1900<br>Dallas, TX 75201-6629 |
| Checkr Inc<br>1 Montgomery Street<br>Ste. 2400<br>San Francisco, CA 94104-5524 | Cision US Inc<br>12051 Indian Creek Court<br>Beltsville, MD 20705-1261 | Cision US Legal<br>1785 Greensboro Station<br>1785 Greensboro Station<br>McClean, VA 22102-3577 |
| City of Staunton<br>P.O. Box 58<br>Staunton, VA 24402-0058 | CoNetrix<br>Tandem, LLC<br>5225 S Loop 289, Ste. 207<br>Lubbock, TX 79424-1319 | Collective Dallas<br>15961 Custer Trail<br>Frisco, TX 75035-6615 |
| Commerce Street Capital<br>1445 Ross Avenue<br>Ste. 2700<br>Dallas, TX 75202-2739 | (p)CONCUR TECHNOLOGIES  INC<br>Attn: 601 108th Avenue NE<br>Suite 1000<br>Bellevue, WA 98004 | Conservative Campaign Technology<br>1512 E Broward Blvd, Ste. 104B<br>Fort Lauderdale, FL 33301-2147 |
| Contentful<br>1801 California Street<br>Ste. 4600<br>Denver, CO 80202-2664 | (p)CORELOGIC<br>40 PACIFICA<br>SUITE 800<br>IRVINE CA 92618-7485 | Cotton Capital Printing<br>3000 Quebec Street<br>Dallas, TX 75247-6714 |
| Cove Strategies<br>1020 Bernard Street<br>Alexandria, VA 22314-1223 | Critical Path Security<br>PO Box 4903<br>Canton, GA 30114-0246 | Crowe LLP<br>750 North St. Paul Street, Suite 850<br>Dallas, TX 75201-3246 |
| Crown Limousine<br>P.O. Box 82036<br>Austin, TX 78708-2036 | Cyber Watch Systems LLC<br>5717 Legacy Drive<br>Ste. 250<br>Plano, TX 75024-4246 | CyberHub USA LLC<br>930 Park Lane Ct<br>Johns Creek, GA 30022-2623 |
| D. Nevill Manning<br>2112 Indiana Avenue<br>Lubbock, TX 79410-1444 | DEC Secure<br>Digitally Encrypted Comm Group<br>#408-55 Water Street<br>Vancouver BC V6B 1A1, Canada | DRJ Properties Ltd<br>550 W. Texas Avenue<br>Suite 700<br>Midland, TX 79701-4250 |

| | | |
|---|---|---|
| Dalton and Susannah Donaldson<br>PO Box 51990<br>Midland, TX 79710-1990 | Dark Rhino Security<br>5695 Avery Road, Ste. E<br>Dublin, OH 43016-7907 | Databank<br>Databank Holdings Ltd<br>P.O. Box 732200<br>Dallas, TX 75373-2200 |
| David John Lakamp<br>8531 Nichols Rim<br>Boerne, TX 78015-5009 | Demyst Data<br>149 E. 23rd St.<br>Ste. 2035<br>New York, NY 10010-3765 | (p)DESERVE INC CELTIC BANK<br>PO BOX 57780<br>MURRAY UT 84157-0780 |
| Diamond McCarthy LLP<br>909 Fannin Street<br>Ste. 3700<br>Houston, TX 77010-1049 | Diligent Corporation<br>P.O. Box 419829<br>Boston, MA 02241-9829 | Dixon Hughes Goodman<br>P.O. Box 602828<br>Charlotte, NC 28260-2828 |
| Dizzion<br>600 17th Street<br>Ste. 2600S<br>Denver, CO 80202-5405 | DocuSign Inc<br>14800 Frye Road, 2nd Floor<br>Fort Worth, TX 76155-2732 | Don Sadler LLC<br>6270 Sterling Drive<br>Suwanee, GA 30024-3471 |
| Drivetrain Advisors Ltd<br>410 Park Ave<br>Ste. 900<br>New York, NY 10022-9492 | Dynatrace<br>P.O. Box 74008118<br>Chicago, IL 60674-8118 | EastBanc Technologies<br>1211 31st St, NW<br>Washington, DC 20007-3423 |
| Echelon Transportation<br>2411 Tivoli Drive<br>Cedar Park, TX 78613-1592 | Economic Partners<br>13155 Noel Road<br>Ste. 100<br>Dallas, TX 75240-5050 | Economics Partners<br>13155 Noel Road<br>Ste. 100<br>Dallas, TX 75240-5050 |
| EightyTwenty LLC<br>5152 S. Oak Way<br>Ste. B<br>Littleton, CO 80127-1628 | Emily Williams<br>15110 Leafy Lane<br>Dallas, TX 75248-4928 | Endurance Advisory Partners<br>11406 S 69th E Place<br>Bixby, OK 74008-8241 |
| Equifax<br>4076 Paysphere Circle<br>Chicago, IL 60674-0001 | Everbridge Inc<br>Accounts Receivable<br>PO Box 92506<br>Las Vegas, NV 89193-2506 | FORVIS BKD<br>Dixon Hughes Goodman<br>P.O. Box 602828<br>Charlotte, NC 28260-2828 |
| FORVIS DHG<br>Dixon Hughes Goodman<br>P.O. Box 602828<br>Charlotte, NC 28260-2828 | Faegre Drinker Biddle & Reath<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1633 | Faegre Drinker Biddle & Reath LLP<br>Attn: Patrick A. Jackson<br>222 Delaware Avenue, Suite 1410<br>Wilmingon, DE 19801-1633 |
| Federal Express<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481 | Federal Insurance Company<br>PO Box 1600<br>Whitehouse Station, NJ 08889-1600 | Finsight<br>530 7th Ave., 27th Floor<br>New York, NY 10018-4843 |

| | | |
|---|---|---|
| Finxact Inc<br>1301 Riverplace Blvd<br>Ste. 2501<br>Jacksonville, FL 32207-9022 | Finxact, Inc.<br>Attn: Mark Christmas<br>1301 Riverplace Blvd., Suite 2501<br>Jacksonville, FL 32207-9022 | First Mile Group, Inc.<br>41 E. 11th Street<br>2nd Floor<br>New York, NY 10003-4602 |
| Fisher & Phillips LLP<br>PO Box 117253<br>Atlanta, GA 30368-7523 | Flores & Associates<br>2634 Reynolds Road<br>Winston-Salem, NC 27106-3817 | Foley & Lardner LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201-3340 |
| Fortress Credit CO LLC<br>1345 Avenue of the Americas<br>New York, NY 10105-2200 | Forvis LLP<br>14241 Dallas Parkway<br>Ste. 1100<br>Dallas, TX 75254-2961 | Frank Recruitment Group<br>P.O. Box 10921<br>Palatine, IL 60055-0921 |
| Freeman - Leonard VI, LLC<br>PO Box 223561<br>Dallas, TX 75222-3561 | Fulcrum Technology Solutions<br>2603 Augusta Drive<br>Ste. 1325<br>Houston, TX 77057-5681 | Gabriel Strategies<br>14 Bingham Hill Circle<br>Rumson, NJ 07760-1818 |
| Getty Images Inc<br>605 5th Avenue South<br>Ste. 400<br>Seattle, WA 98104-3887 | GitLab Inc<br>268 Bush Street #350<br>San Francisco, CA 94104-3503 | Glass House Strategy<br>3948 Legacy Drive<br>#106 PMB 337<br>Plano, TX 75023-8300 |
| Global Recruiters Network, Inc.<br>P.O. Box 2165<br>Bedford Park, IL 60499-2165 | Global Relay<br>220 Cambie Street, 2nd Fl<br>Vancouver BC V6B 2M9 | Greenberg Traurig<br>8400 NW 36th Street<br>Ste. 400<br>Doral, FL 33166-6657 |
| GuidePoint Security<br>P.O. Box 844716<br>Boston, MA 02284-4716 | Gytpol Ltd<br>8 Hashoftim St, Apt 6<br>Tel Aviv 6435509, Israel | HCM Unlocked<br>21346 Saint Andrews Blvd<br>Unit 424<br>Boca Raton, FL 33433-2432 |
| HSO Enterprise Solutions<br>Dept CH 18100<br>Palatine, IL 60055-8100 | Haynes Boone<br>2323 Victory Ave<br>Ste. 700<br>Dallas, TX 75219-7673 | Help Systems<br>NW5955<br>P.O. Box 1450<br>Minneapolis, MN 55485-5955 |
| Human Interest Inc<br>655 Montgomery Street<br>Ste. 1800<br>San Francisco, CA 94111-2687 | IIX - Insurance Information Exchange<br>1574 Crescent Pointe Pkwy<br>College Station, TX 77845-7392 | (p)INNREG LLC<br>P O BOX 430074<br>SOUTH MIAMI FL 33243-0074 |
| Insurance Services Office, Inc.<br>P.O. Box 27507<br>New York, NY 10087-7507 | Intralinks<br>P.O. Box 392134<br>Pittsburgh, PA 15251-9134 | Intruder Systems Ltd<br>71-75 Shelton Street<br>London WC2H9JQ, UK |

| | | |
|---|---|---|
| J. Nicholas Ayers 2021 Irrevocable Trust<br>Chase J. Potter<br>Rogge Dunn Group, PC<br>500 North Akard, Suite 1900<br>Dallas, TX 75201-6629 | J. Paul Manning<br>2112 Indiana Avenue<br>Lubbock, TX 79410-1444 | JJH Productions<br>P.O. Box 4210<br>Portsmouth, NH 03802-4210 |
| JJH Productions LLC<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | Jackson Investment Group, LLC<br>Paul Rosenblatt<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree St. NE, Suite 2800<br>Atlanta, GA 30309-4530 | Jackson Walker<br>2323 Ross Ave<br>Ste. 600<br>Dallas, TX 75201-2725 |
| (p)JACKSON WALKER LLP<br>ATTN ATTN BANKRUPTCY DEPT<br>2323 ROSS AVE<br>SUITE 600<br>DALLAS TX 75201-2725 | Jacksonville Signs & Graphics<br>9556 Historic Kings Rd. S<br>#304<br>Jacksonville, FL 32257-2012 | Jake McAlister<br>3000 Racquet Club Drive<br>Midland, TX 79705-6424 |
| Jeff Cooley<br>1013 Piedmont Drive<br>McKinney, TX 75071-6093 | Jessica Candage<br>428 High Point Terrace<br>Brentwood, TN 37027-8841 | KPMG<br>3 Chestnut Ridge Road<br>Montvale, NJ 07645-1898 |
| Kathryn Ann Pananen<br>6067 Rustling Oak Drive<br>Agoura Hills, CA 91301-1642 | Kennedy Sutherland LLP<br>PO Box 12747<br>San Antonio, TX 78212-0747 | KnowBe4<br>P.O. Box 734977<br>Dallas, TX 75373-4977 |
| Korn Ferry (Lucas Group)<br>NW 5854<br>P.O. Box 1450<br>Minneapolis, MN 55485-5854 | Kristan Thurman<br>8807 N. 11th Street<br>Phoenix, AZ 85020-3012 | Kublr<br>1211 31st Street NW<br>Washington, DC 20007-3423 |
| Landtroop Strategies<br>2355 Thomas Ave<br>#701<br>Dallas, TX 75201-5417 | Law Offices of Donald Mooers<br>8484 Georgia Ave<br>Ste. 920<br>Silver Spring, MD 20910-5612 | Lexis Nexis Risk Solutions<br>28330 Network Place<br>Chicago, IL 60673-1283 |
| LicenseLogix, LLC<br>140 Grand St.<br>Ste. 300<br>White Plains, NY 10601-4840 | LifeBrands Digital<br>3940-7 Broad Street<br>#386<br>San Luis Obispo, CA 93401-7017 | Locke Lord LLP<br>Attn: Elizabeth M. Guffy<br>600 Travis, Suite 2800<br>Houston, TX 77002-2914 |
| Lockton<br>2100 Ross Avenue<br>Ste. 1400<br>Dallas, TX 75201-6706 | Lockton<br>3280 Peachtree Road NE<br>Ste. 250<br>Atlanta, GA 30305-2450 | Loggerhead Insurance<br>PO Box 2418<br>Lutz, FL 33548-2418 |
| Logix FIber Networks<br>2950 N Loop W, 10th Floor<br>Houston, TX 77092-8891 | Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 | Lucas Group<br>Korn Ferry, NW 5854<br>PO Box 1450<br>Minneapolis, MN 55485-5854 |

| | | |
|---|---|---|
| Lumen<br>100 CenturyLink Drive<br>Monroe, LA 71203-2041 | Lynwood Partners LLC<br>1381 Paseo Don Juan<br>San Juan, PR 00907-1430 | MBO Partners<br>20405 Exchange Street<br>Ste. 301<br>Ashburn, VA 20147-5934 |
| MBO Partners, Inc.<br>Michael Best & Friedrich LLP<br>790 N. Water Street<br>Ste. 2500<br>Milwaukee, WI 53202-4108 | MS Causeway Solutions LLC<br>433 Metairie Rd, Ste. 610<br>Metaireie, LA 70005-4328 | Majesco, USA<br>412 Mt. Kemble Avenue<br>Ste 110C<br>Morristown, NJ 07960-6675 |
| Manatt Phelps & Phillips<br>2049 Century Park East<br>Ste. 1700<br>Los Angeles, CA 90067-3119 | Margaret Morgan Purvis<br>PO Box 51990<br>Midland, TX 79710-1990 | Marquetta<br>180 Grand Avenue, 6th Floor<br>Oakland, CA 94612-3741 |
| Martin & Company<br>Post Office Box 70<br>Edgemont, PA 19028-0070 | Mary Ricks<br>1070 Great Oaks Lane<br>Watkinsville, GA 30677-2539 | MassDrive Insurance Group, LLC<br>25 Dorchester Ave.<br>PO Box 52447<br>Boston, MA 02205-2447 |
| Mastercard International<br>2000 Purchase Street<br>Purchase, NY 10577-2509 | Matic Digital<br>3000 Lawrence Street #134<br>Denver, CO 80205-3422 | Matthew Malouf<br>4143 Maple Ave., #325<br>Dallas, TX 75219-3291 |
| Matthew Wapner<br>McCarter & English, LLP<br>100 Mulberry Street<br>Four Gateway Center<br>Newark, NJ 07102-4062 | McLaren Strategic Solutions<br>1 Park Plaza<br>Ste. 600<br>Irvine, CA 92614-5987 | Medallia, Inc.<br>575 Market Street<br>Ste. 1850<br>San Francisco, CA 94105-5803 |
| Mercer<br>P.O. Box 13793<br>Newark, NJ 07188-0793 | Mercury Communication Services Inc.<br>3333 Earhart Drive<br>Ste. 250<br>Carrollton, TX 75006-5153 | Merlinos & Associates, Inc.<br>5550 Peachtree Parkway<br>Ste. 600<br>Peachtree Corners, GA 30092-2555 |
| Messagepoint Inc.<br>207 Queens Quay West<br>Ste. 802<br>Toronto ON M5J1A7, Canada | Metropolitan Technologies<br>5965 Peachtree Corners East<br>Suite C-2<br>Norcross, GA 30071-1326 | Metropolitan Technology<br>5965 Peachtree Corners East<br>Ste.C-2<br>Norcross, GA 30071-1326 |
| Michael Best & Friedrich LLP<br>c/o Justin M. Mertz<br>790 N. Water St., Ste. 2500<br>Milwaukee, WI 53202-4108 | Michael Best Friedrich<br>790 North Water Street<br>Ste. 2509<br>Milwaukee, WI 53202-4108 | Midwood Partners Consulting<br>2117 Chambwood Drive<br>Charlotte, NC 28205-3617 |
| Mike Lerner Photography LLC<br>P.O. Box 1019 Stainback Ave<br>Nashville, TN 37207 | Milliman, Inc.<br>650 California St., 21st Floor<br>San Francisco, CA 94108-2717 | Mixpanel<br>P.O. Box 92157<br>Las Vegas, NV 89193-2157 |

| | | |
|---|---|---|
| Moelis & Company, LLC<br>Legal Department<br>399 Park Avenue, 4th Floor<br>New York, NY 10022-4417 | Moriah Investment Partners<br>PO Box 5562<br>Midland, TX 79704-5562 | National Assoc. of Ins. Comm.<br>P.O. Box 87-9135<br>Kansas City, MO 64187-9135 |
| National Multistate Licensing System<br>2601 North Lamar, Suite 201<br>Austin, TX 78705-4207 | National Union Fire Insurance Co<br>2701 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | Netrix LLC<br>2801 Lakeside Drive<br>Ste. 125<br>Bannockburn, IL 60015-1253 |
| Neugebauer Family Enterprises, LLC<br>PO Box 863376<br>Plano, TX 75086-3376 | Newsmax Media Inc<br>750 Parl of Commerce Drive<br>Boca Raton, FL 33487-3650 | Nigel Frank International<br>500 N. Akard Street, Suite 2400<br>Dallas, TX 75201-6608 |
| Ninjio<br>880 Hampshire Road<br>Ste. B<br>West Lake Village, CA 91361-2836 | North American Risk Services, Inc.<br>240 E Central Pkwy<br>Altamonte Springs, FL 32701-7848 | Ocean Point Advisors<br>530-B Harkle Road<br>Ste. 100<br>Santa Fe, NM 87505-4739 |
| Odin's Eye Design<br>1011 First Street SE<br>Washington, DC 20003-3392 | (p)OKTA INC<br>100 FIRST STREET<br>SUITE 600<br>SAN FRANCISCO CA 94105-3513 | Oliver Wyman Actuarial Consulting<br>325 John H. McConnell Blvd<br>Ste. 350<br>Columbus, OH 43215-7644 |
| OnPoint Companies, LLC<br>c/o Steven T. Holmes<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-4459 | OnPoint Companies, LLC, as Collateral<br>Agent for the Series 2 Noteholders<br>c/o Steven T. Holmes<br>900 Jackson St., Suite 570<br>Dallas, TX 75202-4459 | OnPoint GloriFi II, LP<br>36114 Cedar Lane<br>Dallas, TX 75234 |
| One Inc<br>620 Coolidge Dr<br>Ste. 200<br>Folsom, CA 95630-3183 | Optimal Blue<br>P.O. Box 12<br>Dept. 3232<br>Dallas, TX 75312-3232 | Options Travel<br>135 Randhurst Village Drive<br>Mount Prospect, IL 60056-1147 |
| Optum Health<br>PO Box 271629<br>Salt Lake City, UT 84127-1629 | OptumHealth<br>PO Box 271629<br>Salt Lake, UT 84127-1629 | Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 |
| Oracle NetSuite<br>500 Oracle Parkway<br>Redwood Shores, CA 94065-1677 | OvalEdge LLC<br>5655 Peachtree Parkway, Suite 216<br>Norcross, GA 30092-2812 | OvalEdge LLC<br>801 E. Campbell Road<br>Ste. 690<br>Richardson, TX 75081-6759 |
| Over Under Clothing<br>4849-1 Dawin Road<br>Jacksonville, FL 32207-9528 | PERR&KNIGHT, INC.<br>401 WILSHIRE BLVD. SUITE 300<br>Santa Monica, CA 90401-1454 | PLRB<br>3025 Highland Parkway<br>Ste. 800<br>Downers Grove, IL 60515-5561 |

| | | |
|---|---|---|
| Patrick Ryan Lara<br>6900 Skillman St<br>Dallas, TX 75231-5800 | Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA 90189-4803 | Paul Rosenblatt<br>Kilpatrick Townsend<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4530 |
| Paylocity<br>1400 American Lane<br>Schaumburg, IL 60173-5670 | Pericles LLC<br>712 H Street NE<br>Ste. 1885<br>Washington, DC 20002-3627 | Perimeter 81<br>134 N 4th St.<br>Brooklyn, NY 11249-3296 |
| Peronetics Technologies Inc.<br>244 Fifth Avenue, Suite 1267<br>New York, NY 10001-7604 | Personetics Technologies Inc<br>244 Fifth Avenue<br>Ste. 1267<br>New York, NY 10001-7604 | Pfluger Revocable Trust<br>3 Santa Anita Lane<br>Midland, TX 79705-1815 |
| Pinewood 2300, LLC<br>c/o Kerry L. Haliburton<br>Naman, Howell, Smith & Lee, PLLC<br>400 Austin Avenue, Suite 800<br>Waco, Texas 76701-2145 | Pinnacle Actuarial Resources, Inc.<br>3109 Cornelius Drive<br>Bloomingron, IL 61704-6448 | Plaid Inc<br>DEPT CH 10801<br>Palatine, IL 60055-0801 |
| Predictive Analytics Group<br>100 Discovery Blvd<br>Ste. 802<br>Newark, DE 19713-1325 | QOMPLX<br>1775 Tysons Blvd<br>Ste. 800<br>Tysons, VA 22102-4272 | Quinn Emanuel Urquhart & Sullivan<br>300 West 6th Street, Suite 2010<br>Austin, TX 78701-3901 |
| R. Braden Copeland<br>577 Third Street<br>Macon, GA 31201-3356 | RGP<br>P.O. Box 740909<br>Los Angeles, CA 90074-0909 | Red Leader<br>216 Livingston Drive<br>Hickory Creek, TX 75065-2959 |
| RedPoint Media LLC<br>555 NW Park Ave<br>Apt. 406<br>Portland, OR 97209-3420 | Reed Marketing Consultants<br>615 S Green Bay Rd.<br>Lake Forest, IL 60045-3025 | Relentless Strategies LLC<br>517 Promontory Drive E<br>Newport Beach, CA 92660-7455 |
| Resources Global Professionals<br>P.O. Box 740909<br>Los Angeles, CA 90074-0909 | Retarus<br>300 Lighting Way<br>Suite 315<br>Secaucus, NJ 07094-3646 | Reverent Media<br>25700 I-45<br>Ste. 400<br>Spring, TX 77386 |
| Revolution Pictures<br>1339 Reliance Dr.<br>Franklin, TN 37067-1758 | Rhythmic Capital Fund II, LLC<br>Chase J. Potter<br>Rogge Dunn Group, PC<br>500 North Akard, Suite 1900<br>Dallas, TX 75201-6629 | Richard H. Coats<br>PO Box 2412<br>Midland, TX 79702-2412 |
| Robert Half<br>Robert Half International<br>PO BOX 743295<br>Los Angeles, CA 90074-3295 | Rodden Reelz<br>Jesse Rodden<br>1003 Windmill Farms Blvd, Apt 211<br>Forney, TX 75126-6332 | Rogge Dunn<br>Rogge Dunn Group PC<br>500 N. Akard Street<br>Dallas, TX 75201-3302 |

| | | |
|---|---|---|
| Rolfes Henry<br>S&P Global Market<br>55 Water St.<br>New York, NY 10041-0004 | Samuel Crowe<br>444 Elmington Ave<br>Apt. 523<br>Nashville, TN 37205-5173 | Savana, Inc.<br>50 Valley Stream Parkway<br>Malvern, PA 19355-1483 |
| SendGrid<br>P.O. Box 735926<br>Dallas, TX 75373-5926 | Seven Talents, LLC<br>Chase J. Potter<br>Rogge Dunn Group, PC<br>500 North Akard, Suite 1900<br>Dallas, TX 75201-6629 | Shackelford, Bowen, McKinley & Norton LL<br>1 Music Circle South<br>Ste. 300<br>Nashville, TN 37203-5760 |
| Shannon Lekas<br>20652 FM 343<br>Cushing, TX 75760-5316 | Shred-it<br>Stericycle Inc<br>235 Waukegan Road<br>Bannockburn, IL 60015 | Siskind Susser Law<br>1028 Oakhaven Rd<br>Memphis, TN 38119-3812 |
| Slack Technologies LLC<br>P.O. Box 207795<br>Dallas, TX 75320-7795 | Slate Group<br>6024 45th Street<br>Lubbock, TX 79407-3706 | Snowflake Inc<br>106 East Babcock Street<br>Bozeman, MT 59715-4819 |
| Softech Partners LLC<br>1089 W. Morse Blvd<br>Ste. B<br>Winter Park, FL 32789-3772 | SonarSource<br>P.O. Box 765<br>Geneva 15 1215, Switzerland | Sparrow and Nest<br>3207 56th Street<br>Lubbock, TX 79413-4810 |
| Spectrum Business<br>400 Atlantic Street<br>Stamford, CT 06901-3512 | (p)SPROUT SOCIAL  INC<br>131 S DEARBORN SUITE 700<br>CHICAGO IL 60603-5569 | Stanley Parsons Insurance Services Inc<br>2601 Capital Medical Blvd<br>Tallahassee, FL 32308-4401 |
| StateCraft Digital<br>2456 Berry Court<br>Heath, TX 75126-0779 | Stinson LLP<br>PO Box 843052<br>Kansas City, MO 64184-3052 | Studio 29<br>2901 N Davidson Street<br>Unit 218<br>Charlotte, NC 28205-1085 |
| Summit Insurance<br>30 Tower Lane, Suite 135<br>Adjuntas, PR 00601 | Syndeo Limited<br>299 Ormeau Road<br>Belfast Antrim<br>BT7 3GG, Ireland | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| TTEC Financial Services - 1<br>9197 South Peoria St<br>Englewood, CO 80112-5833 | TTEC Financial Services - 2<br>9197 South Peoria St<br>Englewood, CO 80112-5833 | TTKA, LLC<br>P.O. Box 803506<br>Dallas, TX 75380-3506 |
| Tandem, LLC<br>5225 S. Loop 289, Suite 207<br>Lubbock, TX 79424-1319 | Task Force BPO LLC<br>116 South Gay Street<br>Unit 107<br>Knoxville, TN 37902-1098 | Teague Campbell Dennis & Gorham LLP<br>PO Box 19207<br>Raleigh, NC 27619-9207 |

| | | |
|---|---|---|
| Texas Office of Consumer Credit<br>2601 N. Lamar Blvd<br>Austin, TX 78705-4262 | The Capital Markets Company<br>233 S. Wacker Drive, Suite 4010<br>Chicago, IL 60606-6312 | The Capital Markets Company<br>77 Water Street, 10th Floor<br>New York, NY 10005-4407 |
| The Cincinnati Insurance Companies<br>PO Box 145620<br>Cincinnati, OH 45250-5620 | The Hartford Insurance Company<br>300 Internet Blvd., Suite 600<br>Frisco, TX 75034 | The Kevin and Kendra Granger Trust<br>408 Rose Branch Way<br>Austin, TX 78738-2138 |
| The Peus Family Trust dated 7/3/08<br>270 Santa Rosa Lane<br>Santa Barbara, CA 93108-2614 | The Software Works Inc<br>4503 Trailridge Drive<br>Sachse, TX 75048-4139 | Thomson Reuters<br>610 Opperman Drive<br>Saint Paul, MN 55123-1340 |
| ThreeBridge Solutions<br>100 South Fifth Street<br>Ste. 300<br>Minneapolis, MN 55402-1237 | TigerRisk Capital Strategies LLC<br>1350 Avenue of the Americas<br>30th Floor, Suite 3005<br>New York, NY 10019-4702 | Timothy Vermeulen<br>4735 N Snowden Place<br>Appleton, WI 54913-7341 |
| Toby Neugebauer<br>c/o Christian Ellis<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102-3727 | Toby and Melissa Neugebauer<br>c/o Christian Ellis<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102-3727 | TopTal<br>Taso Duval<br>2810 N. Church Street<br>Ste. 36879<br>Wilmington, DE 19802-4447 |
| Tower Street - The Cincinnati Insurance<br>6200 S. Gilmore Road<br>Fairfield, OH 45014-5141 | TrailRunner International<br>10925 Pioneer Trail<br>Truckee, CA 96161-0239 | Transmit Security<br>500 Boylson Street<br>Ste. 2570<br>Boston, MA 02116-4044 |
| Transpecos<br>217 W. 3rd Sreet<br>Pecos, TX 79772-3115 | Tri Star Jet Services LLC<br>John McErlean<br>1108 S. Nottingham Drive<br>League City, TX 77573-3647 | Turnberry Solutions (Three Bridge)<br>100 South Fifth Street<br>Ste. 300<br>Minneapolis, MN 55402-1237 |
| Twilio<br>101 Spear Street<br>Ste. 100<br>San Francisco, CA 94105-1524 | Unison Systems<br>6130 Greenwood Plaza Blvd<br>Blvd. 100<br>Greenwood Village, CO 80111-4810 | United Healthcare<br>UHS Premium Billing<br>PO Box 94017<br>Palatine, IL 60094-4017 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | UnitedHealthcare Insurance Company<br>185 Asylum Street - 03B<br>Hartford, CT 06103-3408 | Unqork<br>85 Fifth Avenue, 6th Floor<br>New York, NY 10003-3019 |
| Unum<br>2211 Congress Street<br>Portland, ME 04122-0003 | Upfluence<br>1178 Broadway<br>3rd Floor #1254<br>New York, NY 10001-5666 | User Insight<br>1 Glenlake Parkway<br>Ste. 200<br>Atlanta, GA 30328-7269 |

User Testing, Inc.
144 Townsend Street
San Francisco, CA 94107-1919

VIP Executive Protection Inc
PO Box 630604
Irving, TX 75063-0130

Verafin Solutions
18 Hebron Way
St. John's Newfoundland
A1A 0L9, Canada


Verisk
1574 Crescent Pointe Pkwy
College Station, TX 77845-7392

Video Revolution
7030 C. Lewis Ave
Bldg. 1
Tulsa, OK 74136-3904

Voka Studio LLC
1942 Broadway, Ste. 314C
Boulder, CO 80302-5233


Vouched
506 2nd Ave
Ste. 1400
Seattle, WA 98104-2329

WP Engine, Inc.
504 Lavaca Street, Ste. 1000
Austin, TX 78701-2857

WPP Group USA, Inc.
900 2nd Ave South
Ste. 1800
Minneapolis, MN 55402-3342


Waller Landsen Dortch & Davis
100 Congress Avenue, Suite 1800
Austin, TX 78701-4042

Walnut Creek Advisors
9408 Old Easton Road
Kintnersville, PA 18930-9604

Washington State Employment
PO Box 9046
Olympia, WA 98507-9046


Wavy Records
188 Front Street
Ste. 116-44
Franklin, TN 37064-5078

WeRPolitics
21411 Uppermont Lane
Gaithersburg, MD 20882-4873

Willis Towers Watson US LLC
1735 Market Street
Philadelphia, PA 19103-7501


Wilmer Cutler Pickering Hale
1875 Pennsylvania Ave NW
Washington, DC 20006-3642

Winston & Strawn LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4002

Winston & Strawn LLP
P.O. Box 36235
Chicago, IL 60694-6235


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713-1443

Wolters Kluwer
33082 Collection Center Drive
Chicago, IL 60693-0300

Word B. Wilson Investments LP
PO Box 51790
Midland, TX 79710-1790


Zachary Cate
600 N. Carroll Ave., Ste. 100
Southlake, TX 76092-6496

Zeta
3001 Bishop Drive, Suite 300
San Ramon, CA 94583-5005

Zoom Video Communications
55 Almaden Blvd., 6th Floor
San Jose, CA 95113-1612


iBeta
2675 S. Abilene Street
Ste. 300
Aurora, CO 80014-2363

iStaff Inc
1325 Satellite Blvd NW
Ste. 1305
Suwanee, GA 30024-4672

Areya Holder
c/o Quilling, Selander, Lownds, et al
Attn: Kenneth A. Hill
2001 Bryan Street
Suite 1800
Dallas, TX 75201-3071


Bryan C. Assink
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102-3727

Christopher Joshua Osborne
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street
Suite 1000
Fort Worth, TX 76102-3727

Clay Marshall Taylor
Dentons US LLP
100 Crescent Court, Suite 900
Dallas, TX 75201-2347

```
Frank Jennings Wright                Scott M. Seidel                      Toby Neugebauer
Law Offices of Frank J. Wright, PLLC Seidel Law Firm                      c/o Clay M. Taylor
1800 Valley View Lane                6505 W. Park Blvd., Suite 306        420 Throckmorton Street
Suite 250                            Plano, TX 75093-6212                 Suite 1000
Farmers Branch, TX 75234-8922                                             Fort Worth, TX 76102-3727


Toby Neugebauer
c/o Kenneth
Stohner, Jr.
2323 Ross Avenue
Suite 600
Dallas, TX 75201-2725
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Concur Technologies, Inc             CoreLogic                            Deserve
601 108th Ave. NE, Suite 1000        40 Pacifica                          195 Page Mill Road
Bellevue, WA 98004                   Irvine, CA 92618                     Ste. 109
                                                                          Palo Alto, CA 94306


Inn Reg                              Jackson Walker LLP                   Okta
PO Box 430074                        2323 Ross Ave                        100 First Street
South Miami, FL 33243                Dallas, TX 75201                     Ste. 600
                                                                          San Francisco, CA 94105


(d)SAP Concur                        Sprout Social, Inc.                  T-Mobile
601 108th Avenue NE Suite 1000       131 S. Dearborn Street               12920 SE 38th Street
Bellevue, WA 98004                   Ste. 700                             Bellevue, WA 98006
                                     Chicago, IL 60603
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ayers Family Holdings, LLC        (u)J. Nicholas Ayers 2021 Irrevocable Trust   (u)Jackson Investment Group, LLC




(u)Locke Lord LLP                    (u)OnPoint Companies, LLC            (u)SEVEN TALENTS, LLC, RHYTHMIC CAPITAL FUND
                                                                          ROGGE DUNN GROUP, PC
                                                                          500 N AKARD STREET, SUITE 1900
                                                                          DALLAS


(u)WPI Collateral Management, LLC    (u)Winston & Strawn, LLP             (d)Crown Limousine Inc
                                                                          P.O. Box 82036
                                                                          Austin, TX 78708-2036
```

| | | |
|---|---|---|
| (d)Dizzion Inc<br>600 17th St, Suite 2600S<br>Denver, CO 80202-5405 | (u)Magic Rise Group Ltd | (d)Mentor Creative Group, LLC<br>5325 Ballard Ave. NW #303<br>Seattle, WA 98107-4193 |
| (u)Patrick Lara | (d)Perr&Knight, Inc<br>401 Wilshire Boulevard<br>Ste 300<br>Santa Monica, CA 90401-1454 | (u)Reed Williams |
| (u)Spencer Beal | (d)Walnut Creek Advisors LLC<br>9408 old easton road<br>kintnersville, PA 18930-9604 | (u)James Nicholas Ayers |

End of Label Matrix
Mailable recipients    363
Bypassed recipients     18
Total                  381