Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Brenda P. Funk, Esq.
Texas Bar No. 24012664
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| WITH PURPOSE, INC., | § | |
| | § | Case No. 23-30246-mvl-7 |
| Debtor. | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court has set a hearing (the "Hearing") on **August 15, 2024, at 9:30 a.m.** (prevailing Central Time) to consider the *Trustee's Motion for Approval of Compromise and Settlement Under Bankruptcy Rule 9019 With the Collateral Agent and With Neugebauer Parties and For Approval of Postpetition Financing* [Docket No. 223].

The Hearing will be held in a hybrid format before the Honorable Michelle V. Larson, United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, TX 75242, or via the following WebEx link. Judge Larson's WebEx instructions can be found attached hereto or at https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0.

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/larson; Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1-650-479-3207; Access code: 2301 476 1957

**RESPECTFULLY SUBMITTED** this 19th day of July, 2024.

                              **MUNSCH HARDT KOPF & HARR, P.C.**

                By: */s/ Conor White*
                      Davor Rukavina, Esq.
                      Texas Bar No. 24030781
                      Thomas D. Berghman, Esq.
                      Texas Bar No. 24082683
                      Brenda P. Funk, Esq.
                      Texas Bar No. 24012664
                      Conor P. White, Esq.
                      Texas Bar No. 24125722
                      500 North Akard St., Ste. 4000
                      Dallas, Texas 75201
                      Telephone: (214) 855-7500
                      Facsimile: (214) 978-4375
                      drukavina@munsch.com
                      tberghman@munsch.com
                      bfunk@munsch.com
                      cwhite@munsch.com

                      **ATTORNEYS FOR**
                      **SCOTT M. SEIDEL, TRUSTEE**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on this the 19th day of July, 2024, true and correct copies of this document were electronically served by the Court' ECF system on parties entitled to notice thereof and via U.S. Mail First Class, postage pre-paid upon on all parties listed on the attached service list.

                By: */s/ Conor White*
                      Conor P. White, Esq.