```
Label Matrix for local noticing        Banzai Capital Partners LLC             MBO Partners, Inc.
0539-3                                  1501 S Mopac Expwy, Ste. 220            20405 Exchange St.
Case 23-30246-mvl7                      Austin, TX 78746-7683                   Ashburn, VA 20147-5934
Northern District of Texas
Dallas
Mon Aug 12 19:22:31 CDT 2024

Mentor Creative Group, LLC              Neugebauer Family Enterprises LLC, Toby Neug   Neugebauer Family Enterprises, LLC
5325 Ballard Ave. NW #303               c/o Jackson Walker LLP                  1501 S Mopac Expy, Ste. 220
Seattle, WA 98107-4193                  Attn: Bruce J. Ruzinsky                 Austin, TX 78746-7683
                                        1401 McKinney Street, Suite 1900
                                        Houston, TX 77010-1900

Oracle America, Inc.                    Pinewood 2300, LLC                      Resources Connection LLC, d/b/a Resources Gl
Buchalter PC                            c/o Kerry L. Haliburton                 c/o Ross, Smith & Binford, PC
c/o Shawn M. Christianson, Esq.         Naman, Howell, Smith & Lee, PLLC        Attn: Jason Binford
425 Market St., Suite 2900              400 Austin Avenue, Suite 800            2003 N. Lamar Blvd., Suite 100
San Francisco, CA 94105-2491            Waco, TX 76701-2145                     Austin, TX 78705-4932

Savana, Inc.                            With Purpose, Inc.                      1100 Commerce Street
c/o Bell Nunnally & Martin LLP          11700 Preston Road, Ste. 660-394        Room 1254
2323 Ross Avenue, Suite 1900            Dallas, TX 75230-6112                   Dallas, TX 75242-1305
Dallas, TX 75201-2721

1892 LLC                                A.M. Best Company, Inc.                 ADP
PO Box 1832                             1 Ambest Road                           1 ADP Blvd
Gallatin, TN 37066-1832                 Oldick, NJ 08858-0700                   Roseland, NJ 07068-1786

AKEYLESS Security US Inc                Accredited Surety & Casualty Co         Add Source Group LLC
122 Grand Street                        4798 New Broad Street                   P.O. Box 660832
New York, NY 10013-2614                 Ste. 200                                Birmingham, AL 35266-0832
                                        Orlando, FL 32814-6436

Advanced Career Networks                Agile Acumen, LLC                       AiAdvertising
196 Willow Springs Dr                   30 N Gould St                           321 6th Street
Talent, OR 97540-9646                   Ste. R                                  San Antonio, TX 78215-1802
                                        Sheridan, WY 82801-6317

Alan J. Carr                            Allogent                                Alvarez & Marsal
Drivetrain Advisors Ltd.                35 Technology Parkway South             600 Midson Avenue
410 Park Ave., Suite 900                Suite 300                               8th Floor
New York, NY 10022-9492                 Norcross, GA 30092-2996                 New York, NY 10022

American Conservative Union Foundation  American Property Casualty Ins          Andalusian Marketing Inc.
1199 N Fairfax Street                   8700 W. Bryn Mawr                       26521 N 114th PL
Ste. 500                                Ste. 1200S                              Scottsdale, AZ 85255-5768
Alexandria, VA 22314-1445               Chicago, IL 60631-3512

Anexinet                                Animo Services LLC                      Appliable
4 Sentry Parkway                        Attn: Kenneth A. Hill                   Karloveska 21
Ste. 300                                QSLWM, P.C.                             Bratislava 841 04
Blue Bell, PA 19422-2327                2001 Bryan Street                       Slovak Republic
                                        Suite 1800
                                        Dallas, TX 75201-3070
```

| | | |
|---|---|---|
| Ardalyst Federal LLC<br>1290 Bay Dale Drive, Ste. 89<br>Arnold, MD 21012-2325 | Arity LLC<br>222 W. Merchandise Mart Plaza<br>Ste. 875<br>Chicago, IL 60654-1070 | Asana<br>633 Folsom Street<br>San Francisco, CA 94107-3600 |
| Ashburn Hunter Bywaters III<br>3605 Northwest Pkwy<br>Dallas, TX 75225-3901 | Aspirent Consulting LLC<br>6600 Peachtree Dunwoody Rd, NE<br>400 Embassy Row - Suite 260<br>Atlanta, GA 30328-7003 | Astrella<br>1010 El Camino Real<br>Ste. 360<br>Menlo Park, CA 94025-4345 |
| Atlanta Tech Village<br>3423 Piedmont Road<br>Atlanta, GA 30305-1751 | Aurora Strategic Marketing LLC<br>1512 E. Broward Blvd<br>Ste. 104B<br>Fort Lauderdale, FL 33301-2147 | Austen Paul Productions<br>325 Felton Empire Road<br>Felton, CA 95018-9167 |
| Avalon<br>1360 East 9th Street<br>Ste. 150<br>Cleveland, OH 44114-1736 | Ayers Family Holdings, LLC<br>Chase J. Potter<br>Rogge Dunn Group, PC<br>500 North Akard, Suite 1900<br>Dallas, TX 75201-6629 | BPM<br>One California Street<br>Ste. 2500<br>San Francisco, CA 94111-5426 |
| BPW Communications<br>2967 S. Columbus Street, A2<br>Arlington, VA 22206-1436 | BVS Performance Solutions<br>P.O. Box 735<br>Marion, IA 52302-0735 | Backbase<br>1201 Peachtree St NE<br>Building 400, Suite 900<br>Atlanta, GA 30361-3507 |
| Banzai Advisory Group, LLC<br>PO Box 863376<br>Plano, TX 75086-3376 | Banzai Capital Partners LLC<br>1077 Strait Lane<br>Dallas, TX 75229 | Banzai Capital Partners, LLC<br>PO Box 863376<br>Plano, TX 75086-3376 |
| Bassett Capital Group<br>45 Rockefeller Plaza<br>Ste. 200<br>New York, NY 10111-0100 | Bitly Inc<br>P.O. Box 843522<br>Boston, MA 02284-3522 | Black Knight Technology<br>601 Riverside Ave<br>Jacksonville, FL 32204-2963 |
| BlackCloak<br>7025 Country Road 46A<br>Ste. 1071 #342<br>Lake Mary, FL 32746-4753 | Blackstone Investments I, LTD<br>10777 Strait Lane<br>Dallas, TX 75229-5428 | Blackstone Investments I, Ltd.<br>PO Box 863376<br>Plano, TX 75086-3376 |
| Blend Labs Inc<br>415 Kearny Street<br>San Francisco, CA 94108-2803 | Boomi LP<br>P.O. Box 842848<br>Boston, MA 02284-2848 | Braze, Inc<br>330 W 34th Street, 18th Floor<br>New York, NY 10001-2427 |
| Braze, Inc., Attn: General Counsel<br>330 W. 34th Street, 18th Floor<br>New York, NY 10001-2427 | BreakAway Loyalty, LLC<br>12600 Deerfield Pkwy., Suite 100<br>Alpharetta, GA 30004-6130 | Brewster Consulting Group<br>5905 Herrick Road<br>Beggs, OK 74421-2904 |

| | | |
|---|---|---|
| Buckley, LLP<br>P.O. Box 990<br>New York, NY 10008-0990 | Bywaters Company Management, LLC<br>400 N St Paul Suite 1420<br>Dallas, TX 75201-6836 | CCR FLP Holdings LP<br>500 West 5th Street, Suite 700<br>Austin, TX 78701-3833 |
| CE Insurance Services Inc<br>6013 Bowen Daniel Drive<br>Unit 107<br>Tampa, FL 33616-1464 | CR3 Partners, LLC<br>13355 Noel Road<br>Ste. 2005<br>Dallas, TX 75240-6635 | CRC Advisors<br>2850 Eisenhower Ave<br>Ste. 100<br>Alexandria, VA 22314-4567 |
| Chapman & Cutler LLP<br>1270 Avenue of the Americas<br>30th Floor<br>New York, NY 10020-1708 | Charles Lynn Hamilton<br>1381 Paseo Don Juan<br>San Juan, PR 00907-1430 | Charter 10000 NCX Owner, LLC<br>47 Highland Park Village<br>Ste. 200<br>Dallas, TX 75205-2786 |
| Chartwell Executive Search LLC<br>300 Crescent<br>Ste. 1425<br>Dallas, TX 75201-1890 | Chase J. Potter<br>Rogge Dunn Group, PC<br>500 N. Akard Street, Suite 1900<br>Dallas, TX 75201-6629 | Checkr Inc<br>1 Montgomery Street<br>Ste. 2400<br>San Francisco, CA 94104-5524 |
| Cision US Inc<br>12051 Indian Creek Court<br>Beltsville, MD 20705-1261 | Cision US Legal<br>1785 Greensboro Station<br>1785 Greensboro Station<br>McClean, VA 22102-3577 | City of Staunton<br>P.O. Box 58<br>Staunton, VA 24402-0058 |
| CoNetrix<br>Tandem, LLC<br>5225 S Loop 289, Ste. 207<br>Lubbock, TX 79424-1319 | Collective Dallas<br>15961 Custer Trail<br>Frisco, TX 75035-6615 | Commerce Street Capital<br>1445 Ross Avenue<br>Ste. 2700<br>Dallas, TX 75202-2739 |
| (p)CONCUR TECHNOLOGIES INC<br>Attn: 601 108th Avenue NE<br>Suite 1000<br>Bellevue, WA 98004 | Conservative Campaign Technology<br>1512 E Broward Blvd, Ste. 104B<br>Fort Lauderdale, FL 33301-2147 | Contentful<br>1801 California Street<br>Ste. 4600<br>Denver, CO 80202-2664 |
| (p)CORELOGIC<br>40 PACIFICA<br>SUITE 800<br>IRVINE CA 92618-7485 | Cotton Capital Printing<br>3000 Quebec Street<br>Dallas, TX 75247-6714 | Cove Strategies<br>1020 Bernard Street<br>Alexandria, VA 22314-1223 |
| Critical Path Security<br>PO Box 4903<br>Canton, GA 30114-0246 | Crowe LLP<br>750 North St. Paul Street, Suite 850<br>Dallas, TX 75201-3246 | Crown Limousine<br>P.O. Box 82036<br>Austin, TX 78708-2036 |
| Cyber Watch Systems LLC<br>5717 Legacy Drive<br>Ste. 250<br>Plano, TX 75024-4246 | CyberHub USA LLC<br>930 Park Lane Ct<br>Johns Creek, GA 30022-2623 | D. Nevill Manning<br>2112 Indiana Avenue<br>Lubbock, TX 79410-1444 |

| | | |
|---|---|---|
| DEC Secure<br>Digitally Encrypted Comm Group<br>#408-55 Water Street<br>Vancouver BC V6B 1A1, Canada | DRJ Properties Ltd<br>550 W. Texas Avenue<br>Suite 700<br>Midland, TX 79701-4250 | Dalton and Susannah Donaldson<br>PO Box 51990<br>Midland, TX 79710-1990 |
| Dark Rhino Security<br>5695 Avery Road, Ste. E<br>Dublin, OH 43016-7907 | Databank<br>Databank Holdings Ltd<br>P.O. Box 732200<br>Dallas, TX 75373-2200 | David John Lakamp<br>8531 Nichols Rim<br>Boerne, TX 78015-5009 |
| Demyst Data<br>149 E. 23rd St.<br>Ste. 2035<br>New York, NY 10010-3765 | (p)DESERVE INC CELTIC BANK<br>PO BOX 57780<br>MURRAY UT 84157-0780 | Diamond McCarthy LLP<br>909 Fannin Street<br>Ste. 3700<br>Houston, TX 77010-1049 |
| Diligent Corporation<br>P.O. Box 419829<br>Boston, MA 02241-9829 | Dixon Hughes Goodman<br>P.O. Box 602828<br>Charlotte, NC 28260-2828 | Dizzion<br>600 17th Street<br>Ste. 2600S<br>Denver, CO 80202-5405 |
| DocuSign Inc<br>14800 Frye Road, 2nd Floor<br>Fort Worth, TX 76155-2732 | Don Sadler LLC<br>6270 Sterling Drive<br>Suwanee, GA 30024-3471 | Drivetrain Advisors Ltd<br>410 Park Ave<br>Ste. 900<br>New York, NY 10022-9492 |
| Dynatrace<br>P.O. Box 74008118<br>Chicago, IL 60674-8118 | EastBanc Technologies<br>1211 31st St, NW<br>Washington, DC 20007-3423 | Echelon Transportation<br>2411 Tivoli Drive<br>Cedar Park, TX 78613-1592 |
| Economic Partners<br>13155 Noel Road<br>Ste. 100<br>Dallas, TX 75240-5050 | Economics Partners<br>13155 Noel Road<br>Ste. 100<br>Dallas, TX 75240-5050 | EightyTwenty LLC<br>5152 S. Oak Way<br>Ste. B<br>Littleton, CO 80127-1628 |
| Emily Williams<br>15110 Leafy Lane<br>Dallas, TX 75248-4928 | Endurance Advisory Partners<br>11406 S 69th E Place<br>Bixby, OK 74008-8241 | Equifax<br>4076 Paysphere Circle<br>Chicago, IL 60674-0001 |
| Everbridge Inc<br>Accounts Receivable<br>PO Box 92506<br>Las Vegas, NV 89193-2506 | FORVIS BKD<br>Dixon Hughes Goodman<br>P.O. Box 602828<br>Charlotte, NC 28260-2828 | FORVIS DHG<br>Dixon Hughes Goodman<br>P.O. Box 602828<br>Charlotte, NC 28260-2828 |
| Faegre Drinker Biddle & Reath<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1633 | Faegre Drinker Biddle & Reath LLP<br>Attn: Patrick A. Jackson<br>222 Delaware Avenue, Suite 1410<br>Wilmingon, DE 19801-1633 | Federal Express<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481 |

| | | |
|---|---|---|
| Federal Insurance Company<br>PO Box 1600<br>Whitehouse Station, NJ 08889-1600 | Finsight<br>530 7th Ave., 27th Floor<br>New York, NY 10018-4843 | Finxact Inc<br>1301 Riverplace Blvd<br>Ste. 2501<br>Jacksonville, FL 32207-9022 |
| Finxact, Inc.<br>Attn: Mark Christmas<br>1301 Riverplace Blvd., Suite 2501<br>Jacksonville, FL 32207-9022 | First Mile Group, Inc.<br>41 E. 11th Street<br>2nd Floor<br>New York, NY 10003-4602 | Fisher & Phillips LLP<br>PO Box 117253<br>Atlanta, GA 30368-7523 |
| Flores & Associates<br>2634 Reynolds Road<br>Winston-Salem, NC 27106-3817 | Foley & Lardner LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201-3340 | Fortress Credit CO LLC<br>1345 Avenue of the Americas<br>New York, NY 10105-2200 |
| Forvis LLP<br>14241 Dallas Parkway<br>Ste. 1100<br>Dallas, TX 75254-2961 | Frank Recruitment Group<br>P.O. Box 10921<br>Palatine, IL 60055-0921 | Freeman - Leonard VI, LLC<br>PO Box 223561<br>Dallas, TX 75222-3561 |
| Fulcrum Technology Solutions<br>2603 Augusta Drive<br>Ste. 1325<br>Houston, TX 77057-5681 | Gabriel Strategies<br>14 Bingham Hill Circle<br>Rumson, NJ 07760-1818 | Getty Images Inc<br>605 5th Avenue South<br>Ste. 400<br>Seattle, WA 98104-3887 |
| GitLab Inc<br>268 Bush Street #350<br>San Francisco, CA 94104-3503 | Glass House Strategy<br>3948 Legacy Drive<br>#106 PMB 337<br>Plano, TX 75023-8300 | Global Recruiters Network, Inc.<br>P.O. Box 2165<br>Bedford Park, IL 60499-2165 |
| Global Relay<br>220 Cambie Street, 2nd Fl<br>Vancouver BC V6B 2M9 | Greenberg Traurig<br>8400 NW 36th Street<br>Ste. 400<br>Doral, FL 33166-6657 | GuidePoint Security<br>P.O. Box 844716<br>Boston, MA 02284-4716 |
| Gytpol Ltd<br>8 Hashoftim St, Apt 6<br>Tel Aviv 6435509, Israel | HCM Unlocked<br>21346 Saint Andrews Blvd<br>Unit 424<br>Boca Raton, FL 33433-2432 | HSO Enterprise Solutions<br>Dept CH 18100<br>Palatine, IL 60055-8100 |
| Haynes Boone<br>2323 Victory Ave<br>Ste. 700<br>Dallas, TX 75219-7673 | Help Systems<br>NW5955<br>P.O. Box 1450<br>Minneapolis, MN 55485-5955 | Human Interest Inc<br>655 Montgomery Street<br>Ste. 1800<br>San Francisco, CA 94111-2687 |
| IIX - Insurance Information Exchange<br>1574 Crescent Pointe Pkwy<br>College Station, TX 77845-7392 | (p)INNREG LLC<br>P O BOX 430074<br>SOUTH MIAMI FL 33243-0074 | Insurance Services Office, Inc.<br>P.O. Box 27507<br>New York, NY 10087-7507 |

| | | |
|---|---|---|
| Intralinks<br>P.O. Box 392134<br>Pittsburgh, PA 15251-9134 | Intruder Systems ltd<br>71-75 Shelton Street<br>London WC2H9JQ, UK | J. Nicholas Ayers 2021 Irrevocable Trust<br>Chase J. Potter<br>Rogge Dunn Group, PC<br>500 North Akard, Suite 1900<br>Dallas, TX 75201-6629 |
| J. Paul Manning<br>2112 Indiana Avenue<br>Lubbock, TX 79410-1444 | JJH Productions<br>P.O. Box 4210<br>Portsmouth, NH 03802-4210 | JJH Productions LLC<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 |
| Jackson Investment Group, LLC<br>Paul Rosenblatt<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree St. NE, Suite 2800<br>Atlanta, GA 30309-4530 | Jackson Walker<br>2323 Ross Ave<br>Ste. 600<br>Dallas, TX 75201-2725 | (p)JACKSON WALKER LLP<br>ATTN ATTN BANKRUPTCY DEPT<br>2323 ROSS AVE<br>SUITE 600<br>DALLAS TX 75201-2725 |
| Jacksonville Signs & Graphics<br>9556 Historic Kings Rd. S<br>#304<br>Jacksonville, FL 32257-2012 | Jake McAlister<br>3000 Racquet Club Drive<br>Midland, TX 79705-6424 | Jeff Cooley<br>1013 Piedmont Drive<br>McKinney, TX 75071-6093 |
| Jessica Candage<br>428 High Point Terrace<br>Brentwood, TN 37027-8841 | KPMG<br>3 Chestnut Ridge Road<br>Montvale, NJ 07645-1898 | Kathryn Ann Pananen<br>6067 Rustling Oak Drive<br>Agoura Hills, CA 91301-1642 |
| Kennedy Sutherland LLP<br>PO Box 12747<br>San Antonio, TX 78212-0747 | KnowBe4<br>P.O. Box 734977<br>Dallas, TX 75373-4977 | Korn Ferry (Lucas Group)<br>NW 5854<br>P.O. Box 1450<br>Minneapolis, MN 55485-5854 |
| Kristan Thurman<br>8807 N. 11th Street<br>Phoenix, AZ 85020-3012 | Kublr<br>1211 31st Street NW<br>Washington, DC 20007-3423 | Landtroop Strategies<br>2355 Thomas Ave<br>#701<br>Dallas, TX 75201-5417 |
| Law Offices of Donald Mooers<br>8484 Georgia Ave<br>Ste. 920<br>Silver Spring, MD 20910-5612 | Lexis Nexis Risk Solutions<br>28330 Network Place<br>Chicago, IL 60673-1283 | LicenseLogix, LLC<br>140 Grand St.<br>Ste. 300<br>White Plains, NY 10601-4840 |
| LifeBrands Digital<br>3940-7 Broad Street<br>#386<br>San Luis Obispo, CA 93401-7017 | Locke Lord LLP<br>Attn:  Elizabeth M. Guffy<br>600 Travis, Suite 2800<br>Houston, TX 77002-2914 | Lockton<br>2100 Ross Avenue<br>Ste. 1400<br>Dallas, TX 75201-6706 |
| Lockton<br>3280 Peachtree Road NE<br>Ste. 250<br>Atlanta, GA 30305-2450 | Loggerhead Insurance<br>PO Box 2418<br>Lutz, FL 33548-2418 | Logix FIber Networks<br>2950 N Loop W, 10th Floor<br>Houston, TX 77092-8891 |

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068-1791

Lucas Group
Korn Ferry, NW 5854
PO Box 1450
Minneapolis, MN 55485-5854

Lumen
100 CenturyLink Drive
Monroe, LA 71203-2041

Lynwood Partners LLC
1381 Paseo Don Juan
San Juan, PR 00907-1430

MBO Partners
20405 Exchange Street
Ste. 301
Ashburn, VA 20147-5934

MBO Partners, Inc.
Michael Best & Friedrich LLP
790 N. Water Street
Ste. 2500
Milwaukee, WI 53202-4108

MS Causeway Solutions LLC
433 Metairie Rd, Ste. 610
Metaireie, LA 70005-4328

Majesco, USA
412 Mt. Kemble Avenue
Ste 110C
Morristown, NJ 07960-6675

Manatt Phelps & Phillips
2049 Century Park East
Ste. 1700
Los Angeles, CA 90067-3119

Margaret Morgan Purvis
PO Box 51990
Midland, TX 79710-1990

Marquetta
180 Grand Avenue, 6th Floor
Oakland, CA 94612-3741

Martin & Company
Post Office Box 70
Edgemont, PA 19028-0070

Mary Ricks
1070 Great Oaks Lane
Watkinsville, GA 30677-2539

MassDrive Insurance Group, LLC
25 Dorchester Ave.
PO Box 52447
Boston, MA 02205-2447

Mastercard International
2000 Purchase Street
Purchase, NY 10577-2509

Matic Digital
3000 Lawrence Street #134
Denver, CO 80205-3422

Matthew Malouf
4143 Maple Ave., #325
Dallas, TX 75219-3291

Matthew Wapner
McCarter & English, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102-4062

McLaren Strategic Solutions
1 Park Plaza
Ste. 600
Irvine, CA 92614-5987

Medallia, Inc.
575 Market Street
Ste. 1850
San Francisco, CA 94105-5803

Mercer
P.O. Box 13793
Newark, NJ 07188-0793

Mercury Communication Services Inc.
3333 Earhart Drive
Ste. 250
Carrollton, TX 75006-5153

Merlinos & Associates, Inc.
5550 Peachtree Parkway
Ste. 600
Peachtree Corners, GA 30092-2555

Messagepoint Inc.
207 Queens Quay West
Ste. 802
Toronto ON M5J1A7, Canada

Metropolitan Technologies
5965 Peachtree Corners East
Suite C-2
Norcross, GA 30071-1326

Metropolitan Technology
5965 Peachtree Corners East
Ste.C-2
Norcross, GA 30071-1326

Michael Best & Friedrich LLP
c/o Justin M. Mertz
790 N. Water St., Ste. 2500
Milwaukee, WI 53202-4108

Michael Best Friedrich
790 North Water Street
Ste. 2509
Milwaukee, WI 53202-4108

Midwood Partners Consulting
2117 Chambwood Drive
Charlotte, NC 28205-3617

Mike Lerner Photography LLC
P.O. Box 1019 Stainback Ave
Nashville, TN 37207

| | | |
|---|---|---|
| Milliman, Inc.<br>650 California St., 21st Floor<br>San Francisco, CA 94108-2717 | Mixpanel<br>P.O. Box 92157<br>Las Vegas, NV 89193-2157 | Moelis & Company, LLC<br>Legal Department<br>399 Park Avenue, 4th Floor<br>New York, NY 10022-4417 |
| Moriah Investment Partners<br>PO Box 5562<br>Midland, TX 79704-5562 | National Assoc. of Ins. Comm.<br>P.O. Box 87-9135<br>Kansas City, MO 64187-9135 | National Multistate Licensing System<br>2601 North Lamar, Suite 201<br>Austin, TX 78705-4207 |
| National Union Fire Insurance Co<br>2701 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | Netrix LLC<br>2801 Lakeside Drive<br>Ste. 125<br>Bannockburn, IL 60015-1253 | Neugebauer Family Enterprises, LLC<br>PO Box 863376<br>Plano, TX 75086-3376 |
| Newsmax Media Inc<br>750 Parl of Commerce Drive<br>Boca Raton, FL 33487-3650 | Nigel Frank International<br>500 N. Akard Street, Suite 2400<br>Dallas, TX 75201-6608 | Ninjio<br>880 Hampshire Road<br>Ste. B<br>West Lake Village, CA 91361-2836 |
| North American Risk Services, Inc.<br>240 E Central Pkwy<br>Altamonte Springs, FL 32701-7848 | Ocean Point Advisors<br>530-B Harkle Road<br>Ste. 100<br>Santa Fe, NM 87505-4739 | Odin's Eye Design<br>1011 First Street SE<br>Washington, DC 20003-3392 |
| (p)OKTA INC<br>100 FIRST STREET<br>SUITE 600<br>SAN FRANCISCO CA 94105-3513 | Oliver Wyman Actuarial Consulting<br>325 John H. McConnell Blvd<br>Ste. 350<br>Columbus, OH 43215-7644 | OnPoint Companies, LLC<br>c/o Steven T. Holmes<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-4459 |
| OnPoint Companies, LLC, as Collateral<br>Agent for the Series 2 Noteholders<br>c/o Steven T. Holmes<br>900 Jackson St., Suite 570<br>Dallas, TX 75202-4459 | OnPoint GloriFi II, LP<br>36114 Cedar Lane<br>Dallas, TX 75234 | One Inc<br>620 Coolidge Dr<br>Ste. 200<br>Folsom, CA 95630-3183 |
| Optimal Blue<br>P.O. Box 12<br>Dept. 3232<br>Dallas, TX 75312-3232 | Options Travel<br>135 Randhurst Village Drive<br>Mount Prospect, IL 60056-1147 | Optum Health<br>PO Box 271629<br>Salt Lake City, UT 84127-1629 |
| OptumHealth<br>PO Box 271629<br>Salt Lake, UT 84127-1629 | Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 | Oracle NetSuite<br>500 Oracle Parkway<br>Redwood Shores, CA 94065-1677 |
| OvalEdge LLC<br>5655 Peachtree Parkway, Suite 216<br>Norcross, GA 30092-2812 | OvalEdge LLC<br>801 E. Campbell Road<br>Ste. 690<br>Richardson, TX 75081-6759 | Over Under Clothing<br>4849-1 Dawin Road<br>Jacksonville, FL 32207-9528 |

| | | |
|---|---|---|
| PERR&KNIGHT, INC.<br>401 WILSHIRE BLVD. SUITE 300<br>Santa Monica, CA 90401-1454 | PLRB<br>3025 Highland Parkway<br>Ste. 800<br>Downers Grove, IL 60515-5561 | Patrick Ryan Lara<br>6900 Skillman St<br>Dallas, TX 75231-5800 |
| Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA 90189-4803 | Paul Rosenblatt<br>Kilpatrick Townsend<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4530 | Paylocity<br>1400 American Lane<br>Schaumburg, IL 60173-5670 |
| Pericles LLC<br>712 H Street NE<br>Ste. 1885<br>Washington, DC 20002-3627 | Perimeter 81<br>134 N 4th St.<br>Brooklyn, NY 11249-3296 | Peronetics Technologies Inc.<br>244 Fifth Avenue, Suite 1267<br>New York, NY 10001-7604 |
| Personetics Technologies Inc<br>244 Fifth Avenue<br>Ste. 1267<br>New York, NY 10001-7604 | Pfluger Revocable Trust<br>3 Santa Anita Lane<br>Midland, TX 79705-1815 | Pinewood 2300, LLC<br>c/o Kerry L. Haliburton<br>Naman, Howell, Smith & Lee, PLLC<br>400 Austin Avenue, Suite 800<br>Waco, Texas 76701-2145 |
| Pinnacle Actuarial Resources, Inc.<br>3109 Cornelius Drive<br>Bloomingron, IL 61704-6448 | Plaid Inc<br>DEPT CH 10801<br>Palatine, IL 60055-0801 | Predictive Analytics Group<br>100 Discovery Blvd<br>Ste. 802<br>Newark, DE 19713-1325 |
| QOMPLX<br>1775 Tysons Blvd<br>Ste. 800<br>Tysons, VA 22102-4272 | Quinn Emanuel Urquhart & Sullivan<br>300 West 6th Street, Suite 2010<br>Austin, TX 78701-3901 | R. Braden Copeland<br>577 Third Street<br>Macon, GA 31201-3356 |
| RGP<br>P.O. Box 740909<br>Los Angeles, CA 90074-0909 | Red Leader<br>216 Livingston Drive<br>Hickory Creek, TX 75065-2959 | RedPoint Media LLC<br>555 NW Park Ave<br>Apt. 406<br>Portland, OR 97209-3420 |
| Reed Marketing Consultants<br>615 S Green Bay Rd.<br>Lake Forest, IL 60045-3025 | Relentless Strategies LLC<br>517 Promontory Drive E<br>Newport Beach, CA 92660-7455 | Resources Global Professionals<br>P.O. Box 740909<br>Los Angeles, CA 90074-0909 |
| Retarus<br>300 Lighting Way<br>Suite 315<br>Secaucus, NJ 07094-3646 | Reverent Media<br>25700 I-45<br>Ste. 400<br>Spring, TX 77386 | Revolution Pictures<br>1339 Reliance Dr.<br>Franklin, TN 37067-1758 |
| Rhythmic Capital Fund II, LLC<br>Chase J. Potter<br>Rogge Dunn Group, PC<br>500 North Akard, Suite 1900<br>Dallas, TX 75201-6629 | Richard H. Coats<br>PO Box 2412<br>Midland, TX 79702-2412 | Robert Half<br>Robert Half International<br>PO BOX 743295<br>Los Angeles, CA 90074-3295 |

| | | |
|---|---|---|
| Rodden Reelz<br>Jesse Rodden<br>1003 Windmill Farms Blvd, Apt 211<br>Forney, TX 75126-6332 | Rogge Dunn<br>Rogge Dunn Group PC<br>500 N. Akard Street<br>Dallas, TX 75201-3302 | Rolfes Henry<br>S&P Global Market<br>55 Water St.<br>New York, NY 10041-0004 |
| Samuel Crowe<br>444 Elmington Ave<br>Apt. 523<br>Nashville, TN 37205-5173 | Savana, Inc.<br>50 Valley Stream Parkway<br>Malvern, PA 19355-1483 | SendGrid<br>P.O. Box 735926<br>Dallas, TX 75373-5926 |
| Seven Talents, LLC<br>Chase J. Potter<br>Rogge Dunn Group, PC<br>500 North Akard, Suite 1900<br>Dallas, TX 75201-6629 | Shackelford, Bowen, McKinley & Norton LL<br>1 Music Circle South<br>Ste. 300<br>Nashville, TN 37203-5760 | Shannon Lekas<br>20652 FM 343<br>Cushing, TX 75760-5316 |
| Shred-it<br>Stericycle Inc<br>235 Waukegan Road<br>Bannockburn, IL 60015 | Siskind Susser Law<br>1028 Oakhaven Rd<br>Memphis, TN 38119-3812 | Slack Technologies LLC<br>P.O. Box 207795<br>Dallas, TX 75320-7795 |
| Slate Group<br>6024 45th Street<br>Lubbock, TX 79407-3706 | Snowflake Inc<br>106 East Babcock Street<br>Bozeman, MT 59715-4819 | Softech Partners LLC<br>1089 W. Morse Blvd<br>Ste. B<br>Winter Park, FL 32789-3772 |
| SonarSource<br>P.O. Box 765<br>Geneva 15 1215, Switzerland | Sparrow and Nest<br>3207 56th Street<br>Lubbock, TX 79413-4810 | Spectrum Business<br>400 Atlantic Street<br>Stamford, CT 06901-3512 |
| (p)SPROUT SOCIAL  INC<br>131 S DEARBORN SUITE 700<br>CHICAGO IL 60603-5569 | Stanley Parsons Insurance Services Inc<br>2601 Capital Medical Blvd<br>Tallahassee, FL 32308-4401 | StateCraft Digital<br>2456 Berry Court<br>Heath, TX 75126-0779 |
| Stinson LLP<br>PO Box 843052<br>Kansas City, MO 64184-3052 | Studio 29<br>2901 N Davidson Street<br>Unit 218<br>Charlotte, NC 28205-1085 | Summit Insurance<br>30 Tower Lane, Suite 135<br>Adjuntas, PR 00601 |
| Syndeo Limited<br>299 Ormeau Road<br>Belfast Antrim<br>BT7 3GG, Ireland | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TTEC Financial Services - 1<br>9197 South Peoria St<br>Englewood, CO 80112-5833 |
| TTEC Financial Services - 2<br>9197 South Peoria St<br>Englewood, CO 80112-5833 | TTKA, LLC<br>P.O. Box 803506<br>Dallas, TX 75380-3506 | Tandem, LLC<br>5225 S. Loop 289, Suite 207<br>Lubbock, TX 79424-1319 |

| | | |
|---|---|---|
| Task Force BPO LLC<br>116 South Gay Street<br>Unit 107<br>Knoxville, TN 37902-1098 | Teague Campbell Dennis & Gorham LLP<br>PO Box 19207<br>Raleigh, NC 27619-9207 | Texas Office of Consumer Credit<br>2601 N. Lamar Blvd<br>Austin, TX 78705-4262 |
| The Capital Markets Company<br>233 S. Wacker Drive, Suite 4010<br>Chicago, IL 60606-6312 | The Capital Markets Company<br>77 Water Street, 10th Floor<br>New York, NY 10005-4407 | The Cincinnati Insurance Companies<br>PO Box 145620<br>Cincinnati, OH 45250-5620 |
| The Hartford Insurance Company<br>300 Internet Blvd., Suite 600<br>Frisco, TX 75034 | The Kevin and Kendra Granger Trust<br>408 Rose Branch Way<br>Austin, TX 78738-2138 | The Peus Family Trust dated 7/3/08<br>270 Santa Rosa Lane<br>Santa Barbara, CA 93108-2614 |
| The Software Works Inc<br>4503 Trailridge Drive<br>Sachse, TX 75048-4139 | Thomson Reuters<br>610 Opperman Drive<br>Saint Paul, MN 55123-1340 | ThreeBridge Solutions<br>100 South Fifth Street<br>Ste. 300<br>Minneapolis, MN 55402-1237 |
| TigerRisk Capital Strategies LLC<br>1350 Avenue of the Americas<br>30th Floor, Suite 3005<br>New York, NY 10019-4702 | Timothy Vermeulen<br>4735 N Snowden Place<br>Appleton, WI 54913-7341 | Toby Neugebauer<br>c/o Christian Ellis<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102-3727 |
| Toby and Melissa Neugebauer<br>c/o Christian Ellis<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102-3727 | TopTal<br>Taso Duval<br>2810 N. Church Street<br>Ste. 36879<br>Wilmington, DE 19802-4447 | Tower Street - The Cincinnati Insurance<br>6200 S. Gilmore Road<br>Fairfield, OH 45014-5141 |
| TrailRunner International<br>10925 Pioneer Trail<br>Truckee, CA 96161-0239 | Transmit Security<br>500 Boylson Street<br>Ste. 2570<br>Boston, MA 02116-4044 | Transpecos<br>217 W. 3rd Sreet<br>Pecos, TX 79772-3115 |
| Tri Star Jet Services LLC<br>John McErlean<br>1108 S. Nottingham Drive<br>League City, TX 77573-3647 | Turnberry Solutions (Three Bridge)<br>100 South Fifth Street<br>Ste. 300<br>Minneapolis, MN 55402-1237 | Twilio<br>101 Spear Street<br>Ste. 100<br>San Francisco, CA 94105-1524 |
| Unison Systems<br>6130 Greenwood Plaza Blvd<br>Blvd. 100<br>Greenwood Village, CO 80111-4810 | United Healthcare<br>UHS Premium Billing<br>PO Box 94017<br>Palatine, IL 60094-4017 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| UnitedHealthcare Insurance Company<br>185 Asylum Street - 03B<br>Hartford, CT 06103-3408 | Unqork<br>85 Fifth Avenue, 6th Floor<br>New York, NY 10003-3019 | Unum<br>2211 Congress Street<br>Portland, ME 04122-0003 |

| | | |
|---|---|---|
| Upfluence<br>1178 Broadway<br>3rd Floor #1254<br>New York, NY 10001-5666 | User Insight<br>1 Glenlake Parkway<br>Ste. 200<br>Atlanta, GA 30328-7269 | User Testing, Inc.<br>144 Townsend Street<br>San Francisco, CA 94107-1919 |
| VIP Executive Protection Inc<br>PO Box 630604<br>Irving, TX 75063-0130 | Verafin Solutions<br>18 Hebron Way<br>St. John's Newfoundland<br>A1A 0L9, Canada | Verisk<br>1574 Crescent Pointe Pkwy<br>College Station, TX 77845-7392 |
| Video Revolution<br>7030 C. Lewis Ave<br>Bldg. 1<br>Tulsa, OK 74136-3904 | Voka Studio LLC<br>1942 Broadway, Ste. 314C<br>Boulder, CO 80302-5233 | Vouched<br>506 2nd Ave<br>Ste. 1400<br>Seattle, WA 98104-2329 |
| WP Engine, Inc.<br>504 Lavaca Street, Ste. 1000<br>Austin, TX 78701-2857 | WPP Group USA, Inc.<br>900 2nd Ave South<br>Ste. 1800<br>Minneapolis, MN 55402-3342 | Waller Landsen Dortch & Davis<br>100 Congress Avenue, Suite 1800<br>Austin, TX 78701-4042 |
| Walnut Creek Advisors<br>9408 Old Easton Road<br>Kintnersville, PA 18930-9604 | Washington State Employment<br>PO Box 9046<br>Olympia, WA 98507-9046 | Wavy Records<br>188 Front Street<br>Ste. 116-44<br>Franklin, TN 37064-5078 |
| WeRPolitics<br>21411 Uppermont Lane<br>Gaithersburg, MD 20882-4873 | Willis Towers Watson US LLC<br>1735 Market Street<br>Philadelphia, PA 19103-7501 | Wilmer Cutler Pickering Hale<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006-3642 |
| Winston & Strawn LLP<br>200 Park Avenue, 40th Floor<br>New York, NY 10166-4002 | Winston & Strawn LLP<br>P.O. Box 36235<br>Chicago, IL 60694-6235 | Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53713-1443 |
| Wolters Kluwer<br>33082 Collection Center Drive<br>Chicago, IL 60693-0300 | Word B. Wilson Investments LP<br>PO Box 51790<br>Midland, TX 79710-1790 | Zachary Cate<br>600 N. Carroll Ave., Ste. 100<br>Southlake, TX 76092-6496 |
| Zeta<br>3001 Bishop Drive, Suite 300<br>San Ramon, CA 94583-5005 | Zoom Video Communications<br>55 Almaden Blvd., 6th Floor<br>San Jose, CA 95113-1612 | iBeta<br>2675 S. Abilene Street<br>Ste. 300<br>Aurora, CO 80014-2363 |
| iStaff Inc<br>1325 Satellite Blvd NW<br>Ste. 1305<br>Suwanee, GA 30024-4672 | Areya Holder<br>c/o Quilling, Selander, Lownds, et al<br>Attn: Kenneth A. Hill<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3071 | Bryan C. Assink<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton St., Suite 1000<br>Fort Worth, TX 76102-3727 |

| | | |
|---|---|---|
| Christopher Joshua Osborne<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street<br>Suite 1000<br>Fort Worth, TX 76102-3727 | Clay Marshall Taylor<br>Dentons US LLP<br>100 Crescent Court, Suite 900<br>Dallas, TX 75201-2347 | Frank Jennings Wright<br>Law Offices of Frank J. Wright, PLLC<br>1800 Valley View Lane<br>Suite 250<br>Farmers Branch, TX 75234-8922 |
| Scott M. Seidel<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093-6212 | Toby Neugebauer<br>c/o Clay M. Taylor<br>420 Throckmorton Street<br>Suite 1000<br>Fort Worth, TX 76102-3727 | Toby Neugebauer<br>c/o Kenneth<br>Stohner, Jr.<br>2323 Ross Avenue<br>Suite 600<br>Dallas, TX 75201-2725 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Concur Technologies, Inc<br>601 108th Ave. NE, Suite 1000<br>Bellevue, WA 98004 | CoreLogic<br>40 Pacifica<br>Irvine, CA 92618 | Deserve<br>195 Page Mill Road<br>Ste. 109<br>Palo Alto, CA 94306 |
| Inn Reg<br>PO Box 430074<br>South Miami, FL 33243 | Jackson Walker LLP<br>2323 Ross Ave<br>Dallas, TX 75201 | Okta<br>100 First Street<br>Ste. 600<br>San Francisco, CA 94105 |
| (d)SAP Concur<br>601 108th Avenue NE Suite 1000<br>Bellevue, WA 98004 | Sprout Social, Inc.<br>131 S. Dearborn Street<br>Ste. 700<br>Chicago, IL 60603 | T-Mobile<br>12920 SE 38th Street<br>Bellevue, WA 98006 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ayers Family Holdings, LLC | (u)Banzai Advisory Group, LLC | (u)J. Nicholas Ayers 2021 Irrevocable Trust |
| (u)Jackson Investment Group, LLC | (u)Locke Lord LLP | (u)OnPoint Companies, LLC |
| (u)SEVEN TALENTS, LLC, RHYTHMIC CAPITAL FUND<br>ROGGE DUNN GROUP, PC<br>500 N AKARD STREET, SUITE 1900<br>DALLAS | (u)WPI Collateral Management, LLC | (u)Winston & Strawn, LLP |

| | | |
|---|---|---|
| (d)Crown Limousine Inc<br>P.O. Box 82036<br>Austin, TX 78708-2036 | (d)Rizzion Inc<br>600 17th St, Suite 2600S<br>Denver, CO 80202-5405 | (u)Magic Rise Group Ltd |
| (d)Mentor Creative Group, LLC<br>5325 Ballard Ave. NW #303<br>Seattle, WA 98107-4193 | (u)Patrick Lara | (d)Perr&Knight, Inc<br>401 Wilshire Boulevard<br>Ste 300<br>Santa Monica, CA 90401-1454 |
| (u)Reed Williams | (u)Spencer Beal | (d)Walnut Creek Advisors LLC<br>9408 old easton road<br>kintnersville, PA 18930-9604 |
| (u)James Nicholas Ayers | End of Label Matrix<br>Mailable recipients   365<br>Bypassed recipients    19<br>Total                384 | |