

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 17, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| WITH PURPOSE, INC., | § | |
| | § | Case No. 23-30246-mvl-7 |
| Debtor. | § | |

**ORDER DENYING TRUSTEE'S MOTION FOR APPROVAL
OF COMPROMISE AND SETTLEMENT UNDER BANKRUPTCY
RULE 9019 WITH THE COLLATERAL AGENT AND WITH
NEUGEBAUER PARTIES FOR APPROVAL OF POSTPETITION FINANCING**

CAME ON FOR CONSIDERATION on August 15, 2024 (the "Hearing"), the *Trustee's Motion for Approval of Compromise and Settlement Under Rule 9019 With the Collateral Agent and With Neugebauer Parties and for Approval of Postpetition Financing* [Docket No. 223] (the "Motion") filed by Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee of the estate (the "Estate") of With Purpose, Inc. (the "Debtor") in the above-styled and numbered bankruptcy case. Having considered the Motion, the objections filed opposing the Motion, and based upon the representations of counsel at the Hearing, it is hereby:

**ORDERED** that the Motion is DENIED as moot.

# # # END OF ORDER # # #