

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Michelle V. Larson*
_____
**United States Bankruptcy Judge**

**Signed August 17, 2024**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-30246-mvl-7 |
| WITH PURPOSE, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

### ORDER QUASHING SUBPOENA TO LORA MAYS

CAME ON FOR HEARING on the 15th day of August, 2024 the *Trustee's Expedited Motion to Quash Subpoena to Lora Mays* (the "Motion"), filed by Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above styled and numbered bankruptcy case (the "Bankruptcy Case"). For the reasons stated on the record of said hearing, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the subpoena filed at docket no. 249 in this Bankruptcy Case is QUASHED and is of no force and effect.

### END OF ORDER ###