**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich (TX 24050567)
Christian Ellis (TX 24007154)
Eric T. Haitz (TX 24101851)
C. Joshua Osborne (TX 24065856)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: christian @bondsellis.com
Email: eric.haitz@bondsellis.com
Email: c.joshosborne@bondsellis.com

***Co-Counsel for the Collateral Agent***

**THE TEXAS TRIAL GROUP, PC**
Ryan Downton (TX 24036500)
875 Carr 693, Ste. 103
Dorado, PR 00646
Telephone: (512) 680-7947
Email: ryan@thetexastrialgroup.com

***Co-Counsel for the Collateral Agent***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **WITH PURPOSE, INC.,** | § | **Case No. 23-30246-mvl-7** |
| | § | |
| **Debtor.** | § | |

# NOTICE OF COLLATERAL AGENT'S SUPPLEMENTAL ADMITTED EXHIBITS AND DEPOSITION EXCERPTS

(Related to Docket Nos. 258 and 275)

WPI Collateral Management, LLC, the collateral agent for certain secured creditors (the "Collateral Agent") in the above-styled bankruptcy case, by and through its undersigned counsel, respectfully submits the following supplemental exhibits and deposition excerpts attached hereto that were directed by the Court to be filed of record at the conclusion of the continued hearing held on October 17, 2024 on the *Trustee's Motion for Approval of Compromise and Settlement Under Bankruptcy Rule 9019 and Sale of Assets* [Docket No. 258], and the *Debtor's Amended Motion to Convert to Chapter 11 Pursuant to Section 706(a) of the Bankruptcy Code* [Docket No. 275].

| | Description |
|---|---|
| Exhibit 221 | Ayers-Toby Phone Call Transcripts |
| Exhibit 224 | Findley Deposition Exhibit 2 |
| Exhibit 225 | Findley Deposition Exhibit 4 |
| Exhibit 226 | Findley Deposition Exhibit 5 |
| Exhibit 227 | Findley Deposition Exhibit 8 |
| Exhibit 228 | Findley Deposition Exhibit 20 |
| Exhibit 229 | Findley Deposition Exhibit 23 |
| Exhibit 230 | Findley Deposition Exhibit 31 |
| Exhibit 231 | Findley Deposition Exhibit 32 |
| Exhibit 232 | Findley Deposition Exhibit 34 |
| | Findley Deposition Excerpts (Page and Line Numbers) |
| | Findley Deposition Excerpts (Text) |

Dated: October 28, 2024

Respectfully submitted,

*/s/ Eric T. Haitz*
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich (TX 24050567)
Christian Ellis (TX 24007154)
Eric T. Haitz (TX 24101851)
C. Joshua Osborne (TX 24065856)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: christian @bondsellis.com
Email: eric.haitz@bondsellis.com
Email: c.joshosborne@bondsellis.com

-and-

**THE TEXAS TRIAL GROUP, PC**
Ryan Downton (TX 24036500)
875 Carr 693, Ste. 103
Dorado, PR 00646
Telephone: (512) 680-7947
Email: ryan@thetexastrialgroup.com

COUNSEL FOR THE COLLATERAL AGENT

## CERTIFICATE OF SERVICE

I certify that on October 28, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Eric T. Haitz*
Eric T. Haitz