Ex. 221

Ayers-Toby Phone Call Transcripts

NA: Hey
TN: … is going to have a pretty bad day if we don't fix it. And you and I will have a day that you're not going to like much.
NA: What are you talking about?
TN: Nick, I need you to fix this, ok?
NA: Toby, what are you talking about?
TN: Nick, they are taking notes right now. Everybody knows I have deliberately not .. and Britt is shut. Nick, Vivek acknowledged that you all were trying to get us down to $175 million dollar valuation in front of 5 people.
NA: Oh, come on.
TN: He did. So, I don't give a shit. Give people heard it and we're taking notes.
NA: Ok.
TN: I mean, Nick, I'm actually not joking. He did say it.
NA: Ok. If he did, then that's bad.
TN: Nick, I'm going to put it right on the phone if you want to hear them. I mean, Cathy hasn't stopped crying since she heard it.
NA: Ok, what exactly what did he say?
TN: He said, Why don't we just go back to the $175 million dollar valuation. I was like, I think its worth 750. He said, I think its worth 175. And, I hung up the phone. And, just so you know..
NA: The other night, he was at 750 in front of all the investors with the BOA call and that's ..
TN: No, no, no. Here's the point about … he knows the company is in desperate need of cash.
NA: Yeah, but Sunday night ..
TN: So, he's trying to ..
NA: Sunday night he said, in front of all the investors ..
TN: Hey, hey, here's the deal. I gave him a chance to clarify and I do not know but I'm tired of it. I gave him a chance to clarify. I had notes taken and I had 5 people listening to me.
NA: Well, that's not good. We're not going to accept anybody's 150.
TN: Not good? Just so you know, this is the complication of all this, is here's how fiduciary works – call Keri right now. If the value of the assets is greater than the debt, then the obligations are to the shareholders. I've been in private equity for 30 years.
NA: Hey, why don't we do this. Why don't we do what you laid out on Sunday night.
TN: No, I don't have anymore moments. I'm literally calling bankruptcy attorneys.
NA: Toby … can I finish … why don't you be the first order which is …
TN: I have and it got voted.. I mean, you and Keri – I talked to Blankenship about you Nick and he said he told you you're being full of shit. And he's writing me a memo telling me that. Ok? He's already promised it. You're trying to make a mountain out of a mole hill.
NA: On what?
TN: He said you called him first thing this morning about the whole thing.
NA: No, Toby, about the marketing agreement. We've requested one thing since the board meeting to get the marketing agreement ..

EXHIBIT
221

TN: Three weeks ago, I'm trying … three weeks at GloriFi is forever.
NA: I know. Toby, I followed up on your behalf with them this morning and said, where is the briefing to the board so we can approve ..
TN: Hey hey. The point about the briefing is that none of them know. Its never been done before. So, all you're trying to do is shift the risk to them and they did it Nick. They're not stupid.
NA: Toby, they're our corporate attorneys.
TN: No, Nick, no one has ever ever ever ever done what we're doing.
NA: So, hey, all somebody..
TN: Winston has never – Wachtel has never. I don't know what part of why we're getting valued at 2 billion is because we're trail blazing.
NA: Hey, I got it. But you know what ..
TN: They're not going to do it because you know why?
NA: Noone's told me that.
TN: You know what they told me? You're just trying to shift your risk to them.
NA: Ok, well. That's ridiculous.
TN: You are. Don't lie.
NA: I'm not.
TN: You definitely wanted to shift the risk to them.
NA: Toby.
TN: That's why you wanted the memo.
NA: Toby, the risk is with you.
TN: Hey, hey. I can't make them rich. Ya'll are killing me. And, you almost killed Bryan today just so you know when you lay your little head on the pillow. Literally everyone thought he was going to die.

---

TN: We won't be able to spike and put up the cash for the balance sheet tomorrow. Um, Tom was just here and we've been on the phone with Chris. Tom is going to go to Vegas with me. I mean, you understand ties as close to the family as there is. And, the Kershner's are coming in.
NA: Ok.
TN: Um, He can tell you where Miriam spent every trip again last night. If you're hearing something different, that's fine but …
NA: No, it's the opposite. I was going to say that I know you've told me and I think that checks out. You said that he spends time on the boat. And, that's a rare invite.
TN: I hated to ask him but he goes, 'Miram's in Nashville. She gets to Vegas on Monday. Then she's there through Thursday. Friday she's in Malibu.' That ties the relationship with Mary Adelson.
NA: Man, that's awesome.
TN: So, we're going to do that. So, you know, the term sheet is not really a term sheet – they call it a term sheet – but there's no money behind it. They have no firm commitment behind it. And, I think it was a framework of us fund raising together. Tom's going to go out to Vegas with me cause I think it'll make them, they'll like that.
NA: Right

TN: And, the problem that we've got though is that we don't have .. just so you know what's happening is that the auditors …
NA: Hey, can I give you what I think is good news? Toby, I think and I have just tried to honor back in a way being where you need me to be, telling the story the way you and I tell it. My sense is that – listening to the Sunday night call with Vivek – listening to what I'm hearing he and Cason has discussed with others – that they're, that our guys are, I don't know about fired up, but interested in admitting to the SPAC.
TN: Yeah, I think it is and that's what I was calling you about. That's great. But SPAC's destroyed because our auditors have a funny feeling and that's why they've been delaying. There's no questions asked that were relevant. They have been dealing with the SEC even today coming down on these things. And, Melissa and I are putting in and agreeing, if its not the right price we'll change it, is the world's greatest act of generosity but we have to have that done because I leave for Vegas. So, the real reason I'm going to Vegas is I'm marrying Ty. He likes Fintechs, he likes airplanes and we're getting married in a chapel and then we're meeting with the Adelsons on the side. (laugh) What I'm saying is that I'm going to Vegas and then I'm with every conservative power broker and have to focus on the family a bit. And, then every conservative power broker four days later is coming to my house as the … deal where Jim asked everyone from Dallas. So, we're going to get there. The problem is I have to put the money in. The stakeholders are in. I think we had 73% response already yes on the email. But I need the convert note holders. I only need one of yours. Like, Lauffler's not showing up. I know Rick Jackson ain't going to do it. I've got my Rick Jackson email. So, don't even ask him.
NA: Hey, can I ask you that? I read that email a different way. I mean, he's …
TN: No, everyone's read it Nick. I don't want to debate that tonight cause everyone's read it. The point is basically you're a terrible operator, a crook, but the point is … (interruption) … I'm just trying to get the votes and initiate the wire transfer. By the time I get to the plane, go to see the Adelsons. I didn't plan for this all to happen this way. If its not on the balance sheet, I can assure you – this is the people that promised me an audit – and already audited everything on the 15th and they're waiting us out on the money. That's all they're doing and if we don't put the money in tomorrow then this is the biggest $2B screw up of all time. I need you to get everybody on the phone and we're working our ass off right now to get the powerpoint. Listen, I have no agenda. If you want to call Melissa and say, hey, Melissa will you promise to change the terms – is there any shape or deal- call her. Her number's …
NA: No, come on, hey.
TN: All we're trying to do is save the company right now. Literally, all we're trying to do is save the company. I've got Bryan calling the bankruptcy partners at Winston. Cause I do have very serious fiduciary duties that I'm fully aware of. Can you at least get your guys on to make the case. We'll have a presentation. The problem is I'm damned if I do, damned if I don't. I think the Adelsons are going to say yes. Miriam has already heard all about it, multiple times, from Ty. So, already multiple times. It would almost have to be sabotaged for it not to happen. She thinks it's the coolest idea ever and so Ty is going to get – that's why I was so frustrated with you about Ty and Cannon – Cannon comes from his, grandfather was the captain of the national championship team of Arkansas that Sherry Jones was on. And Ty's family is one of the most prominent Jewish families on planet earth. And, they are proud of what they built. Its game changing. The user scores are testing off the charts. And, so I just need … we've got the right

person in there. Ty didn't even answer when I asked the family discussed it cause he called me back three days later and said, hey, we're all in financially and I'll go out there. Because, he knows damn well what that means. Because they are literally best friends. So, let me get this deal. I can't make it through the end of the week. I'm not committing a crime against payables and all of this shit. I'm just not. I owe vendors, duty and this. Here's the deal – the techstack – if I put the money in, clearly inures to the equity because the 18 people. Would you please, we sent out an invite, I only need one of them. Literally, if only one of them does it, the company's right. Doesn't even have to be the biggest one. A small one. Yusef or one of those guys. If the other guys are going to play it hard, that's fine. I'm telling you, like this is not like this can happen at 4. The SEC is all over this shit. And we're so close. I have to have the deal done by 3.

NA: Have they been sent …

TN: I am doing it right now. Hey, I've been operating … I'm reviewing the materials right now but we have to .. sent invites out to the them and they were notified on January 8th that we'd run out of money on April 1st. Promise delivered. I need you to help me cause this is where its all at and the entire team is going to be up all night.

NA: Toby, I'm going to help.

TN: I need you to get up and make it happen but the problem is that I'm not going to not go to the Adelson's and this. Hey, Tom was fired up. But its not a funded term sheet. And, I've been in the private equity business. Keri knows and Vivek knows, its just a free call option and what I would … 'Chris, this is a framework of how we go out and raise money together'. But this is not really a term sheet. I had higher expectations than that. But, if you could please, I think we sent out – I'll make sure Nick knows the schedule and get it going. I will be up all night so we're doing powerpoints – Rodrigo just sent me a powerpoint right now.

TN hung up and Nick called back.

TN: Did you call me butt dial.

NA: No I called you. Look, I will – I'm going to make calls but I've got to be on the same page with you. The term sheet that you're referring to, that I'm getting them interested in – are you saying that its …

TN: The only term sheet that I can tell you is a real term sheet is the DHI term sheet. The term sheet which is the 1.6 billion valuation. Tom and Chris (I'm sorry, when I say that I've had 40 meetings today, I've had 40) Tom and Chris' is basically a framework of fund-raising money together. There's no money behind it.

NA: So, what is the pitch on … is it even a pitch for funding or is it a consent?

TN: I just need the consent so we can live to fight another day. And, we have to get it, like, tomorrow.

NA: OK, why would …

TN: The reward for doing that is a chance to get the $1.6billion valuation which everyone heard. Bank of America still standing by – I talked to Bank of America today. And, I mean, this'll be the greatest tragedy if it doesn't happen cause its going to trade up. I've seen the freaking deal. I mean, David Solomon will fire the head of Marcus when he sees … I mean, he's going to fire him. I'd hate to be that person cause its going to be embarrassing. Just so you know, every one of your family members, next Saturday, now what we're going to ask them to do is ask them what they didn't like about the experience ..

NA: Right ..

TN: cause its called testing. We are testing. Fuck KPMG. Saturday. Everyone's going to be on. There's not one person (and we've got a 100 here) even worried about that. We're actually worried about the call center – I don't know if we're still worried about the call center, we're still debating back and forth whether were worried about the call centers. But not one person is worried about this. Credit cards soft. … he'll sign. West deal'll sign. I mean, its all done. We can tell (Rollbanks) to get the hell out of my house. We did it. Its done. Its going to work. Rick … and I can assure you. So, the point is, hey, we're really close on the fund raising and we're going to get the fund raising. And, if not, I think my family's going to take it. Nate and Noah said we'd rather be poor than tolerate this shit. So, that's where they are.

NA: What do you mean, take it?

TN: I mean, don't tell the deal, but we're not going to be held hostage or anything like that. The Neugebauers are going to – GloriFi is like Secretariat, my favorite movie, GloriFi is running in the Belmont but I'm not going to give a bunch of a billionaires a freaking call option on the greatest unicorn in the history of unicorns. Cause that's what this is.

NA: So how – I guess, what is the instrument that would do that.

TN: One that we've got to prove to the equity owners today.

NA: Ok.

TN: The equity owners overwhelmingly – I think it was approved unanimous – but approved it today.

NA: So then why do we need anymore …

TN: I have to have their consent – that's what I spent my frigging thanksgiving on – on this. I can't loan money to the company without their consent.

NA: Where did that come from?

TN: I told you. At the time it happened. Vivek and Cason.

NA: Ok.

TN: That's what I spent my entire Thanksgiving week on.

NA: Ok. And, have you worked them on this and am I follow up. These are the details I need. I don't know if I'm cold calling.

TN: Let me take Vivek and Cason.

NA: Toby, this is … do you see what I'm saying?

TN: I've got Vivek. Here's who I need is, Loeffler. I don't even think we reach out to Jackson, he's done. Everyone's nodding, he's done. Make sure we take good notes cause he's looking to probably sue us, but ya. Ok. My group gets us 49.3% of the way there. And then I'm going to call Gertz right now. Gertz is a swing vote and I don't even need your guys. But here's the point, Nick, how insulting do these guys – they freaking did it for them – so, make it happen. I do need to get back to getting new materials, but I'm just telling you, we need to get her done.

NA: I'll … so, are you sending out everyone the term sheet or just me?

TN: The term sheet was on the deal today. (sidebar – Bryan, do we have the term sheet out or what?) Of course, its for everybody. We gave it to … yeah, and we have to have a board meeting tomorrow. And, just so you know, I think there's no more material … we've got to see the Adelson's. I cannot fund myself into a problem cause after the Rick Jackson email, I have nothing to do but fear myself and my family for working 16 fucking hours a day every day. That Rick Jackson email, any lawyer will tell you, was the biggest overt threat of all time. So, let's get it happening. Let's get a board meeting, coordinate it with that. I'm trying to get the

presentation out to them right now. I'm on it. But, I'm not missing the Adelson meeting cause I think they're going to do it. I think they're going to do it. And, you know what's going to happen? Is everyone's going to wish they had done it cause I'm not going to do the 750 deal after its filled. I can assure you. The people who did this to me, you can rest assured, I'm looking for the people who didn't do it, to fill it.

NA: What is the 750 deal?

TN: I agreed to put $10M in, that's what the whole thing was, at a $750m valuation to lead the round.

NA: ok

TN: That's what that whole shareholder meeting was about. Let me be clear, when that rounds final and everyone wants to get in when they realize it's the hot shit, that's going to be 1.2/1.3 and I won't even care. Cause, I now have come fully convinced. I am really really disappointed in our partners. Every employee who has been busting their ass for them is.

NA: OK. But Toby, … I just want to go through this. So, you're taking the lead on Vivek on Cason. So, you don't want me to call them.

TN: Well, you should call them and tell them to do it but I'm just tell you this. I actually have to respond to a Cason email today. I've been … he wanted to see the term sheet .. I've got a Lonsdale meeting he wants to happen on Monday. I've got .. they've renewed the affirmation that it is a $1.6b valuation. Basically, everything we've always said is true. So, it is true. I would encourage everyone to be on board. I mean, its going to be a horrible Thursday. I mean, what's funny is that we have a business and just cause of the valuation doesn't mean its liquidated, means it'll wipe out the convertibles, your friends … I have to be a fiduciary – I'm a fiduciary to the equity owners who have something that is worth more than the debt. They have unsecureds, like BlackKnight, they'll have to clear out. Cause, if we don't get funded where we can do this, then we're just going to basically sell the tech stack which I told you multiple times and every one of your friends, if I can't get the money for the launch, I'll just sell the tech stack. But, I need to clear out the contracts that are burdening the tech stacks. So I could file for bankruptcy. So, welcome to my wonderful wonderful Zip-a-Dee-Doo-Dah day.

NA: Ok. You're going to follow up initially. You'll text me after.

TN: No, I've been talking to Vivek and Cason all day. Not Cason, but Vivek, and Vivek fully gets this. Fully.

NA: So he's the consent?

TN: If you could get him to consent. Here's the deal, I want everyone on record cause I don't want to be sued for putting and saving the company. So, I'm going to want everyone on the record. You, my friend, will be the number one person who would want everyone to vote one way or the other so that they didn't get sued. Melissa and I do not deserve to be sued over this. And we will not.

NA: Well, based on that, how do you …

TN: You need to get everyone on the freaking phone and everybody vote. Because it's not fair to Melissa and I to guess whether Kelly and Jeff are suing us.

NA: But, let me tell you .. give me just 30 seconds. Getting them on the phone within 24 hours …

TN: Hey, hey. Jeff's a big boy. He comes from a trade where he makes trades for $20, $30 and $50 million. If this isn't kinder care, you guys are not at kinder care.

NA: I know.
TN: They're capable of evaluating the situation and making a decision of $20-$30million. So, that's why I just need you to get them on the phone because the world will laugh at them if they argue the kinder care defense. So, I'm not going to have a bunch of sharks take a free call option on Melissa and I. There's not one court in America who's going to say hey Jeff you didn't ask the right questions. OK? They need to get on the phone or I might not do it. OK? Those men making $20, $30, $50m trading decisions every minute. I'm asking them to consent on a $5m investment they made with their friend. It's the least decision all these people will make in their day.
NA: So, is there a call …
TN: If it's not fair for Melissa and I, we're not doing it. I'm going to file and when I do – a $2b idea – all hell's going to break loose. But, there's not one court in America where, well Toby didn't get the 18 freaking facts. Mr. Sprecher do you run all of the markets in the world everyday? Well, maybe. Hmmm, and you weren't able to ask Toby a question to ascertain whether that was a good or bad decision. The biggest mistake we ever made was bringing these high-profile guys in. I should have gone to Midland. Let's get this resolved. Melissa and I aren't going to do it. You can hate me, but I can't even believe you'd do it to Melissa. So, let's get this fixed. (NA tries to interrupt) I'm not going to be sued, just so you know, I will file. I've already told Bryan to call Winston's bankruptcy practice and we will file. And that's the end of the SPAC. (NA tries to interrupt) And you know why I have to do that Nick? It's called fiduciary obligation and if anyone accused me of not living up to my fiduciary obligation again, it won't be good. Cause everyone over here is like, the guy is freaking dying for us. You know what I should be doing? Think about how I've been with defense. Mortgage, win. Banking, win. These are all defensive moves. Credit card, win. Wonder what would happen if I didn't have to do this shit and actually go play offense. Gosh. Alright, make it happen. We've got to do it. This is it. I mean, there are vendors all over the world, lawyers, I mean, we're on track, on budget, go look at the presentation that we gave in January the 8th and where we are now. We are dead on budget. Think about it, the Ukraine war wiped out a good chunk of our flipping talent cause we can't even pay them anymore because it would be a … violation.
NA: Ok. So, are you calling them tonight?
TN: No, I'm emailing them tonight. But you need to call them. Here's what you got. This is like a West Wing situation. I'm getting on a plane at 11 central to go see the Adelsons. I actually think they're the most viable opportunity we have. It's not my charm and good looks. If Ty Kershner wasn't going with me, I wouldn't have that view. He has told me, he did a zoom time with her twice over this, before I even asked him to help. Ken Moelis has promised me he will call her and tell her she's all in. Now, Andy is going to call cause he's a follower, not a leader. And I need to follow up with Cason. … They're telling me I gotta focus on this … but here's the deal, it has to be done by 11. That's all I got to say Nick, tell 'em I love em.