| | |
|---|---|
| **From:** | Nathan Robinson |
| **Sent:** | Thursday, December 9, 2021 12:12 PM CST |
| **To:** | sierra@vivekramaswamy.com; vgvivek@gmail.com; na@ayersneug.com; bh@ayersneug.com; ben@vivekramaswamy.com; Toby Neugebauer; h.lutnick@cantor.com; Bryan Joiner; Keri Findley |
| **CC:** | Rodrigo Acuna |
| **Subject:** | RE: GloriFi Deck |
| **Attachments:** | GloriFi Deck_12.9.21.pdf |

Hi,

Please find attached a slightly revised & updated deck. Please use this attachment for the meeting today. Apologies for any confusion. Thanks!

**Nathan Robinson**
Finance and Accounting
325-370-9482
nathan@withpurpose.com

**From:** Nathan Robinson
**Sent:** Thursday, December 9, 2021 11:29 AM
**To:** sierra@vivekramaswamy.com; vgvivek@gmail.com; na@ayersneug.com; bh@ayersneug.com; ben@vivekramaswamy.com; Toby Neugebauer <toby@withpurpose.com>; h.lutnick@cantor.com; Bryan Joiner <bryan@withpurpose.com>
**Cc:** Rodrigo Acuna <rodrigo@withpurpose.com>
**Subject:** GloriFi Deck

Hi,

Please find attached the GloriFi Deck for the Intro Meeting call today with Howard, Vivek, Nick, & Toby. Bryan asked that I pass it along to the group. Thank you.

**Nathan Robinson**
Finance and Accounting
325-370-9482
nathan@withpurpose.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

EXHIBIT
226

EXHIBIT
Ex. 5


Proprietary & Confidential - Do Not Distribute
DRAFT
GLORIFI
FREEDOM ★ INDEPENDENCE

GLORIFI

# The GloriFi Platform




DRAFT - Proprietary & Confidential - Do Not Distribute



CONFIDENTIAL

GLORIFI

# Our total addressable market

4th largest economy in the world + industry leading tech + incomparable customer acquisition strategy

**OPPORTUNITY FOR US TO BE THE LARGEST MISSION-DRIVEN FINANCIAL SERVICES BUSINESS IN THE WORLD**



DRAFT - Proprietary & Confidential - Do Not Distribute

CONFIDENTIAL

GLORIFI

# Mission Statement

We are 100 million strong and empower like-minded Americans to take control of their finances. We only support policies that are pro-American, pro-capitalism, pro-faith, pro-law enforcement, and pro-freedom.

FREEDOM ★ INDEPENDENCE



DRAFT - Proprietary & Confidential - Do Not Distribute



CONFIDENTIAL

GLORIFI

# Brand Values



## OUR BELIEFS DEFINE US

- We the People are one Nation under God
- Our Bill of Rights is non-negotiable
- Those who support the 2nd Amendment are overwhelmingly responsible
- Capitalism is the fastest way to lift people out of poverty
- Our active military, law enforcement, and veterans, provide us the freedom to live, work, worship, and pursue the American dream

DRAFT - Proprietary & Confidential - Do Not Distribute



CONFIDENTIAL

WPI_Trustee_9019_00420351

GLORIFI

# Goals

## Create a Values Architecture to Drive Messaging:
Freedom & Independence

Protecting the American Dream

| | | |
|---|---|---|
| Values | The First Amendment means you have the right to speak your mind. And we agree. | Freedom & Independence |
| ↑ | | ↑ |
| Emotional Consequences | You should feel secure with who you do business with, knowing that we have your back. | Preserve the American Dream |
| ↑ | | ↑ |
| Practical Consequences | We protect your freedom to speak out on the issues that matter to you. | Protect People's freedoms |
| ↑ | | ↑ |
| Issues & Attributes | Cancel culture is vicious - no one should be attacked for their beliefs | End Cancel Culture |

**Sample Narrative**

GLORIFI

# Advanced Cockpit

The GloriFi Cockpit will be a contextual and personalized experience that will allow our members to engage with our community and strengthen their financial health.

## I'm 35 years old, married with 2 young kids and I make $135K per year

- My FICO score is 720, is that good or bad for someone like me?
- Am I spending too much on insurance?
- Am I spending too much in general each month?
- What are other people like me spending on housing per month?




## The GloriFi experience will...

**Increase** our members' financial literacy

**Encourage** positive behaviors that strengthens the financial position of our members and creates opportunities for cross-sell

**Incentivize** deepening engagement within the GloriFi ecosystem growing our share of wallet over time

# GLORIFI

Imagery of GloriFi members

Real-time financial statistics







Personalized news

Equities and crypto trading feed

GLORIFI

# Industry Leading Tech Partners

- Revolutionary platform built on an industry leading tech stack
- Real-time banking core
- Ability to scale horizontally & vertically
- Built around security & auditing capability
- Role based provisioning of Access Control Lists
- Constructed for continuous integration/development
- Engineered for data loss prevention



GLORIFI

# Exclusive revolutionary dataverse



GLORIFI

# Launch Product Offerings

- Digital Wallet
- Checking & Savings
- Credit Cards
- Debit Cards
- Mobile Deposit Capture
- Direct Deposit
- Real-Time Payments
- Mortgages
- Homeowners, Renters, Condo, Flood, Auto, & Pet Insurance



GLORIFI

# Lead Generation

Lead generation will come from 5 key areas:

- Enhanced proprietary political and consumer data
- Affinity group referrals and partnerships
- Minimal, strategic broadcast and cable tv ads
- Digital paid and organic media
- Influencer marketing, content, and outreach



GLORIFI

# Big Ideas in Big Markets...

GloriFi has significant follow-on opportunities on its roadmap:

- Full Brokerage Services for our community is a **fast follower.**
- Providing cloud services for the small businesses is a **priority**.
- Asset management in markets where we will vote their shares in conjunctions with their values.

**GloriFi is creating its own product stack while partnering with best-in-class operators.**




Target Market
A
Ω
DRAFT - Proprietary & Confidential - Do Not Distribute

GLORIFI

# Submarket: A Target Rich Environment

Luke Bryan, Jason Aldean, and Duck Dynasty, have a combined follower count of over **22.8 million**




Core Experience
DRAFT - Proprietary & Confidential - Do Not Distrib

GLORIFI

# We Reward Members for Engagement Rather Than Spending Alone

Join a Community of individuals with shared values →

**Attract**

**Engage** — Set goals based on current situation and aspirations

Family

Faith

Financial

Education

Charity

Community

**Experience** — Clear understanding of rewards

- Short Term:
  - Products
  - Events
  - GloriFi digital token: "Points for Purpose"
    - Useable for GloriFi financial products
    - Convertible into bitcoin / crypto
    - Giftable to law enforcement foundations, faith-led non-profits, etc
- Long Term:
  - Financial independence, well-being, stability
  - Civic engagement
  - Community involvement

**Experience** — Personalize and socialize progress and achievement

- Tailored dashboard experience houses digital wallet
- Provides status tracker for progress relative to goals
- Dashboard shows custom rankings relative to others in their geography, age, etc

**Reward & Encourage** — Earn digital currency for participation and behavior

- Referrals
- Attending or participating in GloriFi events
- Donating to like-minded foundations

Nudge to Improve

- Recommendations on steps for how to improve financial health
- Suggestions on setting future financial goals
- Establish path to financial independence

**OUR MEMBERS WILL BE THE FIRST TO KNOW HOW A POSITIVE, VALUES-AFFIRMING AND REWARDING FINANCIAL SERVICES INTERACTION FEELS**

Our version of the Black Card will be gifted to members with the highest percentage referral to GloriFi

GLORIFI

# Minimum Viable Product Release #1

| Administration | Platform / Onboarding | Banking* | Mortgage* | Insurance* |
|---|---|---|---|---|
| Internal screens<br>• Banking: Savana<br>• Mortgage: Black Knight<br>• Insurance: Unqork | KYC / AML / OFAC | Interest Checking<br>High Yield Savings<br>Money Market<br>CDs | Conventional, 15s / 30s<br>VA to follow | Homeowners<br>Renters<br>Condo<br>Flood<br>Auto<br>Pet |
| Document management | Fraud | Debit and credit card | POS and LOS | 3rd party int w carriers |
| Internal IT Infrastructure | Live Chat / Call Center | Overdraft protection | Pricing Engine | BPO / TPA access & connect |
| GRC | Customer Notification | Bill pay | Docutech | Lexis & data integration |
| General ledger | Chatbot | Payments (ACH, wire) | Property tax data | 15 second quotes process |
| QC / QA | | Direct Deposit | Closing fees | Digital underwriting |
| Exception Processing | | Mobile deposit capture | eSign, delivery and close | Self-Inspection |
| Call center (outsourced domestic voice) / CSR | | Payment processing | Compliance testing | Commission processing |
| Regulatory reporting | | P2P payment | Business intelligence | Claims |
| Identity management (Okta) | | KYC/BSA/AML/OFAC | Digital title / title attorneys | Payment processing |
| Asset/Liability management | | Fraud/Transaction monitoring | Mortgage CRM (Top of Mind in Black Knight) | Internal agency |
| Hiring / Staffing / Org Design | | eStatements | | Endorsements |

*In process and subject to a variety of state and federal approvals

GLORIFI

# GloriFi MVP Capabilities

Each capability may envision differing levels of depth pending feasibility for the code-cutoff and we welcome both 1) Accelerators and 2) A strong POV of maximizing the experience within the timeframe

Legend
- MVP
- Fast Fail
- Future Release

### FRICTIONLESS TRANSITIONS
- Smart Pre-Population
- Digital Authorization
- SSO (Single Sign-On)

### EXPERIENCE DESIGN
- Visualization
- System Guidance
- Registration
- Preferences
- Intelligent Search
- Notification / Alerts
- Save and Continue
- Progress Tracker
- Personalization
- ADA Compliant

### CUSTOMER TOUCHPOINTS
- Contact Center
- Native App
- Multichannel Coordination
- Responsive Web
- Wallet
- Apple Watch
- ATM
- Chat Bot
- Social
- Text Banking
- SMS / E-mail Notification
- Other IoT/Wearables

### ATTRACT
- Lead Generation
- Project Management
- Customer Segmentation
- Social Listening
- Campaign Management
- Engagement Messaging
- Event Management
- Eminence Management (IP)

### EXPLORE
- Product Catalogue
- Compare & Contrast
- Investment Tools
- Fee Calculators
- Tutorial / Education
- Feature Overview

### APPLY
- New Account Creation
- Product Eligibility Checks
- Client Data Capture
- eSignature
- Application Capture
- KYC Verifications
- Credit Risk Checks
- AML Checks
- Document Vault
- Application Fraud Screening
- Account Origination
- Credit Line Calculation

### ONBOARD
- Welcome Package
- Guided Tour
- Establish Preferences
- Fund Accounts
- Configure My Bank
- OTP

### CORE USER FUNCTIONALITY
- Login
- View Accounts Summary
- View Accounts Activity
- Face / Biometric Recognition
- Quick Glance
- Multi-Factor Authentication
- Deposit Checks
- Bill Pay
- E-Bill
- P2P Payments
- Transfer Money (Internally)
- Cross Border Remittance
- PFM Tools
- Account Aggregation
- Spend Categories
- Turn Card Off/On
- Card-Free ATM Access
- Find ATM
- Order Card
- Order Checks
- Manage Travel Plans
- View Check Images
- Statements & Documents
- SSO/Links: CC/ Brokerage/Other Servcies Integration
- Alerts Management
- 2-Way Secure Messaging
- Fraud / Dispute Resolution
- Stop Payments
- Push Notifications
- Customer Support
- Message Center
- Manage Profile
- Manage Preferences /Settings
- Targeted Offers / Promotions
- Loyalty & Rewards
- Termination Services

### ENTERPRISE
- Training
- Employee Payroll
- Employee Benefits
- Knowledge Management
- Content Management
- Supervision
- Change Management

### TECHNOLOGY
- IT Products & Services
- IT Vendor Management
- Disaster Recovery
- Release Management
- Information Security
- Continuous Integration

### CONTACT CENTER
- Design / Build
- Telephone / IVR
- Agent Desktop

### DATA & ANALYTICS
- Activity Management
- Predictive Analytics
- Client Activity Monitoring
- 360 View of Customer
- Data Integration
- Offer Eligibility Analytics
- Performance Analytics
- Social Media Analytics
- Behavior Scoring
- Customer Profiles
- Transaction Profiling

### RISK
- Risk Reporting
- AML / KYC
- CIAM

### CORE BANKING SERVICES
- Regulatory Reporting
- Account Management
- Dispute Management
- Case Management
- Asset & Liability Management
- Transaction Clearing
- Transaction Settlement
- Payment Methods Management
- Interest / Fee Calculation


Organizational Overview

GLORIFI

# GloriFi Organization



GLORIFI

# GloriFi Board of Directors*

## TOBY NEUGEBAUER
### Chairman & Co-Founder

Mr. Neugebauer is an entrepreneur, investor, developer, business owner, and philanthropist serving as managing partner of multiple companies. After working at Kidder, Peabody & Co., Mr. Neugebauer co-founded Windrock Energy (sold to Macquarie) and subsequently Quantum Energy Partners where he was co-managing partner investing in energy related assets globally. After five consecutive funds at Quantum, Mr. Neugebauer partnered with leading executives and technologists to build and invest in companies at the forefront of demographic and technological changes. Mr. Neugebauer has focused his philanthropy on family formation and preservation in the inner cities of the United States. Abroad he has worked with orphanages in China, helped build and maintain schools in Africa, specifically in Rwanda and Zambia, and supported children in Africa financially. He also heads an organization encouraging philanthropy and generosity.He is originally from West Texas and received his Bachelor of Business Administration Finance in 1993 from New York University. He lives in Dallas and Aspen with his wife and has two boys, Nate and Noah.

## NICK AYERS
### Vice Chairman & Co-founder

Mr. Ayers is one of America's leading public policy and business strategists and investors. Most recently, Mr. Ayers served as Chief of Staff to Vice President Mike Pence between July 2017 and January 2019. He had previously served as national chairman for Pence's vice-presidential campaign in 2016, and as the former executive director of the Republican Governors Association from 2007 to 2010.

Today, Mr. Ayers invests in and advises organizations in healthcare, software, financial services, and business services. Nick recently partnered with Insight Venture Partners to acquire Veeam Software, where he now serves as a member of Veeam's board of directors.

Time Magazine named Mr. Ayers one of the "40 most influential people in politics under the age of 40" and The Wall Street Journal called him a "political prodigy." The World Economic Summit nominated Mr. Ayers to join the forum as a Young Global Leader. He received a Bachelor of Political Science degree from Kennesaw State University.

Mr. Ayers lives in Atlanta with his wife Jamie and their three children.

## KERI FINDLEY*
### Director

Prior to joining SuRo, Ms. Findley pioneered a unique form of asset-based lending to venture-backed companies. Among others, she lent funds to companies backed by top-tier VCs.

Before that Ms. Findley was Partner at Third Point LLC, a hedge fund founded and run by Daniel Loeb, from 2009 to 2017, having joined the firm to start and build its structured credit business.

Prior to joining Third Point, Ms. Findley was an analyst with EOS Partners, an alternative investment firm, and before that with D.B. Zwirn & Co., a special situations investment firm spun off from Highbridge Capital Management (now part of JPMorgan Chase).

Ms. Findley serves as an advisor at 8VC, a venture capital firm founded by Joe Lonsdale, and on the boards of directors of Clearbanc, Point Digital, Shogun, and tokenvault.

Ms. Findley earned a B.S. in Operations Research from Columbia University.

*Subject to co-founders final approval and fifth member to be named.

GLORIFI

# Bancorp Board of Directors

## TOBY NEUGEBAUER
### Chairman & Co-founder

Toby is an entrepreneur, investor, developer, business owner, and philanthropist serving as managing partner of multiple companies. After working at Kidder, Peabody & Co., Toby co-founded Windrock Energy (sold to Macquarie) and subsequently Quantum Energy Partners where he was co-managing partner investing in energy related assets globally. After five consecutive funds at Quantum, Toby briefly worked in politics before partnering with leading executives and technologists to build and invest in companies at the forefront of demographic and technological changes.

Toby has focused his philanthropy on family formation and preservation in the inner cities of the United States. Abroad he has worked with orphanages in China, helped build and maintain schools in Africa, specifically in Rwanda and Zambia, and supported children in Africa financially. He also heads an organization encouraging philanthropy and generosity.

He is originally from West Texas and received his Bachelor of Business Administration Finance in 1993 from New York University. He lives in Dallas and Aspen with his wife and has two boys, Nate and Noah.

## NICK AYERS
### Vice Chairman & Co-founder

Nick is one of America's leading public policy and business strategists and investors. Most recently, Nick served as Chief of Staff to Vice President Mike Pence between July 2017 and January 2019. He had previously served as national chairman for Pence's vice-presidential campaign in 2016, and as the former executive director of the Republican Governors Association from 2007 to 2010.

Today, Nick invests in and advises organizations in healthcare, software, financial services, and business services. Nick recently partnered with Insight Venture Partners to acquire Veeam Software, where he now serves as a member of Veeam's board of directors.

Time Magazine named Nick one of the "40 most influential people in politics under the age of 40" and The Wall Street Journal called him a "political prodigy." The World Economic Summit nominated Nick to join the forum as a Young Global Leader. He received a Bachelor of Political Science degree from Kennesaw State University.

Nick lives in Atlanta with his wife Jamie and their three children.

## ANNA BOFA
### Director

Anna currently the Founder and CEO of Curiti, is a Board member of Spacehive, and an investor and Commercial Director of Verum Inventa.

Anna was the Global Head of Community Partnerships Programs at Facebook where she oversaw a global team responsible for conceptualizing and building services, initiatives, and product concepts and taking them to market. The programs support an audience of millions of users across all of their platforms.

Before joining Facebook Anna ran her own consulting arm, working to help businesses scale in Africa and Europe. Prior to that Anna was an early member of the Pinterest business team, responsible for their monetization strategy pre IPO, where she helped launch their first money-making initiatives and helped to build the sales & partnerships teams and strategy.

Anna was also an early employee at Dropbox, pre-revenue, where she helped build their enterprise offering and focused on user growth and partnerships as an early member of the team. Anna began her career at Google on the New Business Development team. She is a graduate of Dartmouth College and has lived and worked in 6 different countries, currently based in London and was born and raised in California.

## MILES EVERSON
### Director

Miles Everson joined MBO Partners in 2019 as Chief Executive Officer. Most recently, Everson served as Global Advisory and Consulting CEO for Pricewaterhouse Coopers, LLP (PwC), leading the company's Asia Pacific Americas Advisory and Consulting businesses.

Before joining MBO, Everson had a rich career with PwC, almost three decades in total. He began in the firm's Assurance practice, moving to leadership roles within Advisory/Consulting in both Canada and the U.S., including several Financial Services leadership roles, and eventually became the U.S. Advisory/Consulting Vice Chairman. In 2015, he stepped into the new role of Asia Pacific Americas Advisory and Consulting Leader to help globalize the Advisory/Consulting practice.

Everson has worked with many of the world's largest and most prominent organizations, specializing in executive management. He helps companies balance growth, reduce risk, maximize return, and excel in strategic business priorities.

He is a sought-after public speaker and contributor and has been a case study for success from Harvard Business School. Everson is a Certified Public Accountant, a member of the American Institute of Certified Public Accountants and Minnesota Society of Certified Public Accountants. He graduated from St. Cloud State University with a B.S. in Accounting.

**GLORIFI**

# Bancorp Board of Directors

## KEITH MOORE
### Director

Mr. Moore served as CEO of West Texas National Bank for thirty-eight years where he remains on the Board of Directors and serves on selected committees. Mr. Moore was a Director of First National Bank of Pecos, Seminole National Bank, and First National Bank - Alpine before JL Davis/West Texas Gas combined them into West Texas National Bank and entered the Midland market in 2000. Mr. Moore led WTNB through 20 years of uninterrupted growth and progress. He continues to mentor and advise key management in the Bank. Mr. Moore began as Controller for various JLD companies, including then newly formed West Texas Gas. He served as CFO, General Manager of WTG Fuels, and President of Gascard.

## CATHY LEMIEUX
### Director

Ms. Lemieux is executive vice president in charge of supervision and regulation at the Federal Reserve Bank of Chicago. She directs the supervision and regulation of more than 800 banking organizations including bank holding companies, state-chartered member banks, bank and savings and loan holding companies, financial holding companies and U.S. foreign bank branches within the Seventh Federal Reserve District. Additionally, she co-chairs the Supervision Performance and Planning Committee.

Ms. Lemieux began her career with the Federal Reserve System at the Kansas City Fed in 1990. She joined the Chicago Reserve Bank as a senior examiner, and has assumed a number of management positions of increasing responsibility within the department. She has more than 30 years of experience in the industry, serving as a lender, professor, policy analyst and bank regulator. She holds a Ph.D. from Texas A&M University.

## STEPHEN CURRY
### CEO, Bancorp and CEO, Bank

Mr. Curry has been providing advisory services to management teams and boards of national and regional banks, financial services companies, technology ventures and private investor groups for the last decade since leaving Bank of America. He has successfully guided banks through acquisitions, divestitures, merger integrations, digital transformations, operational restructurings, implemented growth strategies and resolved complex regulatory issues. Prior to joining Animo, Mr. Curry was Chairman & CEO at Gateway First Bank, where he led the transformation of Gateway Mortgage into a full-service bank. His previous leadership roles include COO level, Business Development and Strategic Planning executive roles in Corporate & Investment Banking and Wealth Management at Bank of America, and other operating and financial management roles at predecessors NationsBank and NCNB. He began his career in Dallas, Texas at Republic Bank in 1986.

## MANUEL RIOS
### President GloriFi Bank, CEO Insurance

Mr. Rios has over 36 years of property casualty experience, with deep knowledge in property underwriting. Mr. Rios was part of the core team and or the CEO of three different successful start ups to include, Chief Underwriter Homesite Group a pioneer in real time quoting and binding of homeowner insurance, CEO Tower Hill Specialty which is a specialty property writer (mobile homes, specialty homeowners, and landlords insurance), and Co-founder & Chief Underwriter of Honeycomb Insurance Programs which writes commerical habitational using advance AI modeling applications. Mr. Rios served as a Director of property insurance at Allstate insurance, Chief Underwriter at USAA all insurance lines, and CEO of American Modern insurance Group, which writes specialty risks from watercraft to collector vehicles. Mr. Rios has a track record of successfully growing companies while maintaining consistent profitability. Mr. Rios is known for his early use of geo spatial technology, and developing strategies to help create more effective customer interactions. Mr. Rios has served on many boards from the United Way of Cincinnati, to IBM's North American Advisory Council, and the North American Diversity and Inclusion Council. Mr. Rios has a BA in Business Administration from Benedictine College Atchison, Kansas, and a Masters Degree in Organizational Development University of Incarnate Word, San Antonio Texas. Mr. Rios served in the U.S Army National Guard and ROTC.


Current State of Affairs
HAMILTON, OHIO
THE MOSLER SAFE CO.
DRAFT - Proprietary & Confidential - Do Not Distribute

GLORIFI

# Latest Round at a Glance

**$53MM Funded**

- 11/2 Capital Raise Begins
- 11/7 Initial indication of oversubscription
- 11/10 GloriFi Announces Successful Close of Investment Round
- 11/29 Closed

GLORIFI
FREEDOM ★ INDEPENDENCE

## Backed by leading investors including...

Peter Thiel / Founders Fund

Jeff Sprecher, CEO of ICE & Fmr Chair of NYSE

Ken Griffin, Citadel

Ed Mule, Silver Point Capital

Joe Lonsdale, 8VC

Jim Blanchard, Fmr Chairman & CEO, Synovus

## Founder, Employees, and their Families

$14 million funded


Proprietary & Confidential - Do Not Distribute
DRAFT
GLORIFI
FREEDOM ★ INDEPENDENCE