**ACTION BY UNANIMOUS WRITTEN CONSENT**

**BY THE BOARD OF DIRECTORS OF**

**WITH PURPOSE, INC.**

**JANUARY 3, 2022**

The undersigned, constituting all of the members of the Board of Directors (the "***Board***") of With Purpose, Inc., a Delaware corporation doing business as GloriFi, Inc. (the "***Company***"), and acting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware, consent to the adoption of the following resolutions:

**Amended and Restated Certificate of Incorporation**

**WHEREAS**, the Board deems it to be advisable and in the best interests of the Company to amend and restate the Company's Certificate of Incorporation (the "***Prior Certificate***"), by filing with the Secretary of State of the State of Delaware the Third Amended and Restated Certificate of Incorporation in the form attached hereto as **Exhibit A** (the "***Restated Certificate***") to, among other things: (i) increase the number of authorized shares of the Company's Class A Common Stock, par value $0.0001 per share (the "***Class A Common Stock***"), to 11,000,000 shares, and (ii) make certain other changes, all as more specifically set forth in the Restated Certificate.

> **NOW, THEREFORE, BE IT RESOLVED**, that, subject to the affirmative vote of the required number of the Company's stockholders, the Restated Certificate be, and it hereby is, adopted and approved.
>
> **RESOLVED FURTHER**, that, subject to the affirmative vote of the required number of the Company's stockholders, the officers of the Company be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file the Restated Certificate with the Secretary of State of the State of Delaware.
>
> **RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to solicit the stockholders of the Company for their consent to the filing of the Restated Certificate.
>
> **RESOLVED FURTHER**, that the officers of the Company are each hereby authorized and directed to take such further action and to execute and deliver such further documents as they deem necessary, to carry out the purposes and intent of the foregoing resolutions and the transactions authorized hereby and thereby, and any prior actions of the officers of the Company in regard to the foregoing resolutions are hereby ratified and approved.

EXHIBIT
227

**Approval of Convertible Promissory Note Financing**

**WHEREAS,** the Board has determined that it is in the best interests of the Company and its stockholders to raise up to $40,000,000 (the "***Proceeds***") pursuant to a convertible note financing (the "***Financing***");

EXHIBIT
tabbies
8

**NOW, THEREFORE, BE IT RESOLVED,** that the Financing be, and hereby is, approved.

**RESOLVED FURTHER**, that the form, terms and provisions of that certain Form of Convertible Note related to the Financing (the "***Convertible Note***") be, and hereby is, approved in substantially the same form as attached hereto as **Exhibit B**.

**RESOLVED FURTHER**, that the form, terms and provisions of that certain Subscription Package (including the Subscription Agreement) related to the Financing (the "***Subscription Agreement***" and, together with the Convertible Note, the "***Financing Documents***") be, and hereby is, approved in substantially the same form as attached hereto as **Exhibit C**.

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute the Financing Documents.

**RESOLVED FURTHER**, that the officers of the Company are each hereby authorized and directed to take such further action and to execute and deliver such further documents as they deem necessary, to carry out the purposes and intent of the foregoing resolutions and the transactions authorized hereby and thereby, and any prior actions of the officers of the Company in regard to the foregoing resolutions are hereby ratified and approved.

**General Authority and Ratification**

**RESOLVED**, that the authorized officers of the Company be, and each of them hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to prepare or cause to be prepared and to execute, deliver, verify, acknowledge, file or record any documents, instruments, certificates, statements, papers, or any amendments thereto, as may be deemed necessary or advisable in order to effectuate the transactions contemplated by the agreements and actions approved herein, and to take such further steps and do all such further acts or things as shall be necessary or desirable to carry out the transactions contemplated by the foregoing resolutions.

**RESOLVED FURTHER**, that the authority and power given hereunder be deemed retroactive and any and all acts authorized hereunder performed prior to the passage of these resolutions, are hereby ratified, approved and confirmed.

(*Signature Page Follows*)

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Unanimous Written Consent of the Board of Directors on the date set forth below, which may be executed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument. This action shall be filed with the minutes of the proceedings of this Board. Any copy, facsimile or other reliable reproduction of this action (including, without limitation, transmission by .pdf) may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile or other reproduction be a complete reproduction of the entire original writing.

____________________________________
Toby R. Neugebauer, *Director*

____________________________________
Date

____________________________________
James Nicholas Ayers, *Director*

____________________________________
Date

____________________________________
Keri Findley, *Director*

____________________________________
Date

## Exhibit A

## RESTATED CERTIFICATE

**Exhibit B**

**CONVERTIBLE NOTE**

# Exhibit C

## SUBSCRIPTION AGREEMENT