**From:**
**Sent:** Saturday, February 26, 2022 12:47 PM CST
**To:** Keri Findley; Keri Findley
**CC:** Jonathan Pennington; Bryan Joiner; Toby Neugebauer
**Subject:** Meeting Thursday

Hi Keri –

Crowe is close to wrapping up their audit over With Purpose Inc., and as a result they have requested a meeting with you on Thursday to complete their required Audit Committee communication. Prior to this meeting, Jonathan & I will provide to you the latest copy of the financial statements (likely Monday) and are happy to have a quick call to discuss any questions you might have prior to the Thursday meeting.

Will you please give me a few times that work for you on Thursday? I'll coordinate w/ Crowe and get schedules aligned.

Thanks,

**Gardner Bell**
Director of Accounting
GloriFi / Animo
205-569-9257
Gardner.Bell@Glorifi.com

GLORI · FI

EXHIBIT
228

EXHIBIT
20