**From:** Keri Findley
**Sent:** Tuesday, March 8, 2022 7:23 AM CST
**To:** Toby Neugebauer
**Subject:** Re: Credit card

I mean couldn't you put up a penny and be the buyer? And we finance the rest?
Get Outlook for iOS
**From:** Toby Neugebauer <toby@Glorifi.com>
**Sent:** Tuesday, March 8, 2022 7:14:01 AM
**To:** Keri Findley <Keri.Findley@glorifi.com>
**Subject:** Re: Credit card

I can put up some liquidity
But the lawyers are telling me we have to have 200mm in cash for the bank app
For us that's a lot of cash

Sent from my iPad

On Mar 8, 2022, at 6:33 AM, Keri Findley <Keri.Findley@glorifi.com> wrote:

You can be the buyer.....let's chat.
Get Outlook for iOS
**From:** Toby Neugebauer <toby@Glorifi.com>
**Sent:** Tuesday, March 8, 2022 3:45:53 AM
**To:** Keri Findley <Keri.Findley@glorifi.com>
**Subject:** Credit card

Worked Rails bank hard yesterday

They won't proceed (it's really their partner bank)without doing due diligence on the entity buying the receivables

I explained we could not put together the warehouse line without knowing the partner bank

The chicken vs egg

The issue is rails really likes to buy the assets themselves

My solution and I am open to anything was to have our lawyers immediately form a warehouse line and Spv. I told them write if you are writing it on behalf of the group taking the first loss… I know you are going to need your own attorney but want to save time

The thought is we have a 100mm spv they can diligence….we fill in the rest later

Happy to discuss further

EXHIBIT
229

EXHIBIT
23

Sent from my iPad
The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.