FINAL

WITH PURPOSE INC. D/B/A GLORIFI INC.

$30 MILLION SENIOR SECURED CONVERTIBLE NOTE

**Summary of Principal Terms and Conditions 1**

| | |
|---|---|
| Issuer: | With Purpose, Inc. d/b/a/ GloriFi, Inc. (the ***"Company"***). |
| Purchaser: | Neugebauer Family Enterprise, LLC (the "***Purchaser***"). |
| Note: | Senior Secured Convertible Note issued by the Company in the aggregate principal amount of $30 million (the "***Note***"). |
| Availability: | $10 million will be available at the initial closing, and the balance may be drawn in accordance with the terms of the Note. |
| Use of Proceeds: | Working capital and other general corporate purposes. The proceeds of the Note will be deposited into the bank account of Animo Services d/b/a GloriFi Tech Services. |
| Interest Rate: | PIK interest at 12% per annum, capitalized quarterly (the "***Interest***"). |
| Maturity: | Two years after the initial closing (the "***Maturity Date***"). |
| Prepayment: | At any time without penalty. |
| Amortization: | None. Principal and accrued uncapitalized interest will be payable on the Maturity Date, unless earlier converted. |
| Security and Collateral: | The Note will be a senior secured debt security collateralized by (i) an all assets lien on the assets of the Company, (ii) an equity pledge by the Company of the shares in all of the Company's subsidiaries (including Animo Services), (iii) a guarantee from each of the Company's subsidiaries and (iv) an all assets lien on the assets of the Company's subsidiaries. |

1 *This Summary of Principal Terms and Conditions does not purport to summarize all the terms, conditions, representations, warranties and other provisions with respect to the transactions referred to herein and is provided for discussion purposes only. The terms of this Summary of Principal Terms and Conditions are non-binding, and is not a commitment, should not be construed as a commitment and does not constitute an offer, agreement, or commitment by any Purchaser or any of its affiliates to enter into any transaction in any form.*

***The terms and provisions summarized herein shall expire on March 31, 2022 at 1:00 PM CST.***

EXHIBIT 31

EXHIBIT 230

| | |
|---|---|
| Conversion: | **Optional conversion**: At any time at the election of the Purchaser, all or any portion of the Note may be convertible into Class A Common Stock of the Company.<br><br>In an optional conversion, the number of Class A Common Shares issued will be equal to the outstanding principal balance under the Note *divided by* of $53.06 per share (i.e. the same conversion price, as the optional conversion price for the proposed Series 2 Convertible Notes to be issued by the Company, none of which are currently outstanding ("**Series 2 Notes**"). The optional conversion price for the Series 2 Notes was based on a company valuation of $750,000,000).<br><br>**Mandatory conversion**: In connection with a Next Equity Financing (as set forth in Section 4.2 of the Series 2 Notes), this Note shall convert into that number of shares of the same class of shares issued in the Next Equity Financing equal to the outstanding principal balance under the Note *divided by* the lesser of a $750 M valuation or a 15% discount (matching the terms for the Series 2 Notes).<br><br>In connection with a or a Liquidity Event Conversion (as set forth in Section 4.3 of the Series 2 Notes), this Note shall convert into that number of Class A Common Shares equal to the outstanding principal balance under the Note *divided by* $53.06 per share (matching the terms for the Series 2 Notes).[2]<br><br>The Purchaser shall enter into the agreements and execute the instruments reasonably required by the Company to effect the issuance of the Conversion Stock on the same terms (other than as to price) as the agreements executed by the other investors purchasing Conversion Stock. |
| Warrants: | The Purchaser will receive penny warrants to purchase Class A common shares representing 2.5% of the Company's issued and outstanding shares as of the date of issuance (excluding the Series 1 Convertible Notes). If the Company prepays the loan within 30 days, or if the Note is converted in connection with a Next Equity Financing Conversion, the warrants will terminate. The warrants will include customary weighted average anti-dilution and other customary protective provisions. The warrant will be a post-closing deliverable. |
| Representations and Warranties: | Usual and customary for transactions of this type. |

2 *For clarity: this Note will have stand-alone conversion provisions. The comparison to the Series 2 Notes is for ease of reference only.*

Covenants: Usual and customary for transactions of this type, including:

- No dividends or distributions or repayments on any equity or debt securities unless approved by the Purchaser.
- No incurrence of debt unless approved by the Purchaser.

Conditions to Closing: Usual and customary for transactions of this type, and including:

- **Conditions to first $10M draw** (unless waived by the Purchaser):
    - The Company's approval of the (i) Asset Purchase and Assumption Agreement and (ii) the marketing agreement, in each case between the Company and Animo Bank.
    - The Company's receipt of commitments from other investors to purchase debt and/or equity securities totaling at least $35 million.
    - Receipt of satisfactory consents, releases and waivers from current shareholders and noteholders.
    - Receipt of satisfactory legal opinions, corporate records and documents from public officials and officers' certificates.
- **Conditions to subsequent draws:**
    - The Company's receipt of investments in debt and/or equity securities totaling at least $35 million.
    - The satisfactory completion of any other milestones required by the Purchaser.

Most Favored Nation: Purchaser shall have the option, but not the obligation, to exchange the Note for a debt security of any other type issued by the Company (the "**Other Debt Security**"), and such exchanged security issued to the Purchaser shall have an original issue price or principal amount (as applicable) equal to the then outstanding principal and accrued uncapitalized interest of the Note. The exchanged security issued to the Purchaser shall be on the same terms as the Other Debt Security.

Events of Default: Customary for transactions of this type, including the termination or resignation for good reason by the Company's CEO.

Assignability: The Company shall not assign its rights or obligations under the Note without the consent of the Purchaser. The Purchaser may freely sell participations in the Note and, if the Purchaser wishes to assign all or

| | |
|---|---|
| | any portion of the Note, the Company will work with the Purchaser in good faith to facilitate such assignments. |
| Indemnification Expenses: | Customary and appropriate provisions relating to indemnity, expense reimbursement and related matters. |
| Confidentiality: | The existence of this term sheet and the individual terms and conditions are of a confidential nature and shall not be disclosed to anyone, except as may be required by applicable law or regulation. |
| Advance Fee: | There will be 3% advance fee, paid in shares, and calculated by reference to the amount of advances then made by the Purchaser. The advance fee will be paid in common shares at the earliest of conversion, prepayment, or maturity. The number of shares to be issued on payment of the advance fee shall be based on either the Next Equity Financing conversion price, or the optional conversion price, as applicable. |