**From:** Keri Findley <keri.findley@gmail.com>
**Sent:** 3/31/2022 6:32:40 AM -0500
**To:** Toby Neugebauer <toby@glorifi.com>
**CC:** Vivek Ramaswamy <vgvivek@gmail.com>
**Subject:** Re: At the end of our call

Toby, you have a term sheet from DHC that you won't show me. Chris said it's executable. You said you would put in the first 10mm of the capital for DHCs termsheet on the call with ALL of your investors Sunday. Put in the 10mm you said you would and let DHC come w the rest over the next 30 days. This is the only option you have and you promised your investors you would do it.

I can't understand what is going on here.

Sent from my iPhone

> On Mar 31, 2022, at 3:15 AM, Toby Neugebauer <toby@glorifi.com> wrote:
>
> Chris acknowledged it was a path to a fundraise more than term sheet
>
> Some people are interested that he is close to
>
> Sent from my iPhone
> The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

EXHIBIT
231

EXHIBIT
32