**Findley Deposition Excerpts**

Depo. Ex. 2 (Tr. Ex. 224)

Depo. Ex. 4 (Tr. Ex. 225)

Depo. Ex. 5 (Tr. Ex. 226)

Depo. Ex. 8 (Tr. Ex. 227)

Depo. Ex. 20 (Tr. Ex. 228)

Depo. Ex. 23 (Tr. Ex. 229)

Depo. Ex. 31 (Tr. Ex. 230)

Depo. Ex. 32 (Tr. Ex. 231)

Depo. Ex. 34 (Tr. Ex. 232).

9:3-5

11:20-25

12:9-16

16:6-10

16:17-25

17:12-16

17:21-25

19:9-13

21:5-21

22:20-24

23:15-25

24:23-25:16

26:16-27:3

27:4-10

27:20-28:6

32:18-33:3

33:4-11

36:9-18

36:25-37:10

37:16-38:1

38:2-7

38:13-16

39:4-11

48:2-13

49:2-8

49:16-22

50:4-15

52:7-11

53:1-12

54:15-19

56:20-24

58:7-18

60:23-61:10

61:14-16

61:17-24

62:10-15

65:15-67:3

67:19-68:4

69:16-70:2

70:23-71:11

71:14-19

78:22-79:1

80:4-6

80:13-23

81:11-13

81:14-16

82:8-10

83:6-8

83:9-11

83:24-84:24

85:12-16

86:11-87:7

88:12-18

89:10-15

90:7-10

90:21-91:11

92:3-7

93:6-18

94:9-15

97:25-99:2

99:7-11

99:17-100:7

100:14-101:1

102:18-103:5

103:6-9

105:11-14

108:11-16

109:19-110:2

112:18-24

115:12-20

116:2-13

117:2-20

118:15-18

119:3-11

119:12-15

119:20-120:18

122:8-15

122:16-123:8

126:6-18

127:5-128:2

128:3-7

128:12-21

130:23-131:1

134:19-135:6

135:11-12

135:23-136:14

138:2-14

139:1-25

149:23-150:5

150:15-22

150:23-151:9

153:17-154:4

154:18-156:21

158:4-159:13

161:13-25

164:4-18

165:18-22

166:23-167:21

168:11-169:1

181:2-11

186:16-187:4

188:21-189:4

195:5-12

196:10-19

198:13-21

199:2-16

199:17-21

200:6-11

200:24-201:5

201:6-12

203:7-9

204:19-22

204:23-205:2

205:10-21

207:3-14

207:15-17

209:12-210:11

210:13-20

211:23-212:4

212:11-19

212:20-23

212:24-213:7

215:25-216:4

216:5-8

218:24-219:14

220:21-221:5

221:6-9

221:14-25

226:8-16

227:7-8

228:18-229:19

236:14-238:18

238:24-239:10

240:16-241:2

241:9-243:4

243:16-24

243:25-244:4

244:15-245:14

247:4-248:4

248:5-249:6

249:7-19

249:20-250:7

252:9-14

253:21-254:9

256:16-24

256:25-257:3

261:9-11

264:12-265:10

265:11-17

265:24-266:22

267:5-268:15

268:16-270:2

270:3-9

270:17-23

271:10-14

271:15-21

271:22-24

272:8-273:1

273:16-23

274:2-11

276:1-6

279:19-280:3

280:4-9