Paul M. Rosenblatt, Esq.
Northern District of Texas Bar No. 614522GA
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
-and-
2001 Ross Avenue
Suite 4400
Dallas, TX USA 75201
Telephone: (404) 815-6321
Email: prosenblatt@kilpatricktownsend.com

*Counsel to Jackson Investment Group, LLC
and GloriFi Acquisitions, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-30246-mvl-7 |
| WITH PURPOSE, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

**JOINDER TO TRUSTEE'S OBJECTION
TO MOTIONS FOR STAY PENDING APPEAL**

Jackson Investment Group, LLC and GloriFi Acquisitions, LLC (collectively, "JIG"), by and through its undersigned counsel, hereby joins in the Trustee's Objection (ECF Nos. 425) to Motions for Stay Pending Appeal (ECF Nos. 411 and 413) (the "Motions").

**WHEREFORE**, the Motions should be denied, and the Court shall grant such other relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 3rd day of February, 2025.

**KILPATRICK TOWNSEND &
STOCKTON LLP**


*/s/ Paul M. Rosenblatt*
Paul M. Rosenblatt, Esq.

US2008 31013671 1

>Paul M. Rosenblatt, Esq.
>Northern District of Texas Bar No. 614522GA
>1100 Peachtree Street NE, Suite 2800
>Atlanta, GA 30309-4528
>-and-
>2001 Ross Avenue
>Suite 4400
>Dallas, TX USA 75201
>Telephone: (404) 815-6321
>Facsimile: (404) 541-3373
>Email: prosenblatt@kilpatricktownsend.com
>
>*Counsel to Jackson Investment Group, LLC and GloriFi Acquisitions, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 3rd day of February, 2025, a true and correct copy of this document was electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel of record.

>*/s/ Paul M. Rosenblatt*
>Paul M. Rosenblatt, Esq.

US2008 31013671 1