| | |
|---|---|
| Frank J. Wright | Ryan Downton |
| State Bar No. 22028800 | State Bar No. 24036500 |
| frank@fjwright.law | ryan@thetexastrialgroup.com |
| Jeffery M. Veteto | The Texas Trial Group, PC |
| State Bar No. 24098548 | 875 Carr 694, Ste. 103 |
| jeff@fjwright.law | Dorado, Puerto Rico 00646 |
| Law Offices of Frank J. Wright, PLLC | Telephone: 512-680-7947 |
| 1800 Valley View Lane, Suite 250 | Joshua N. Eppich |
| Farmers Branch, TX 75234 | State Bar No. 24050567 |
| Telephone: (214) 935-9100 | joshua@bondellis.com |
| | Christian Ellis |
| Jeffrey S. Levinger | State Bar No. 24007154 |
| State Bar No. 122588300 | christian@bondsellis.com |
| jlevinger@levingerpc.com | Eric T. Haitz |
| J. Carl Cecere (Of Counsel) | State Bar No. 24101851 |
| State Bar No. 24050397 | eric.haitz@bondsellis.com |
| ccecere@cecerepc.com | C. Joshua Osborne |
| Levinger PC | State Bar No. 24065856 |
| 1445 Ross Avenue, Suite 2500 | c.joshosborne@bondsellis.com |
| Dallas, TX 75202 | Bonds Elis Eppich Shafer Jones LLP |
| Telephone: 214-855-6817 | 420 Throckmorton Street, Suite 1000 |
| Facsimile: 214-855-6808 | Fort Worth, Texas 76102 |
| | Telephone: 817-405-6900 |
| | Facsimile: 817-405-6902 |
| *Counsel for With Purpose, Inc.* | *Counsel for WPI Collateral Management, LLC* |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-30246-MVL-7** |
| **WITH PURPOSE, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

## CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES

An Amended Notice of Appeal having been filed in the above-referenced matter on January 31, 2025 (Doc. 420), Appellants With Purpose, Inc. and WPI Collateral Management, LLC (collectively "**Appellants**") and Appellees Scott M. Seidel, Trustee, Jackson Investment Group, LLC, and GloriFi Acquisitions, LLC (collectively

1

"**Appellees**") hereby certify to the Court under 28 U.S.C. §158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2)(A)(iii) exists, warranting a direct appeal to the United States Court of Appeals for the Fifth Circuit.

1. This certification arises in an appeal from the following orders entered by the United States Bankruptcy Court for the Northern District of Texas: (a) the oral bench ruling entered on December 6, 2025; (b) the Memorandum Opinion Denying Conversion to Chapter 11 and Granting the Trustee's Compromise with Jackson Investment Group Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure entered on January 22, 2025; (c) the Order Denying Motion to Convert Case to Chapter 11 entered on January 24, 2025; and (d) the Order Granting Trustee's Motion for Approval of Compromise and Settlement With, and Sale to, Jackson Investment Group, LLC, entered on January 24, 2025 (collectively, the "Orders on Appeal").

2. All of the Appellants and all of the Appellees jointly certify that an immediate appeal of the Orders on Appeal to the U.S. Court of Appeals to the Fifth Circuit may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).

Dated: February 19, 2025

Respectfully submitted,

*/s/ Ryan Downton*

Ryan Downton
State Bar No. 24036500
ryan@thetexastrialgroup.com
The Texas Trial Group, PC
875 Carr 694, Ste. 103
Dorado, Puerto Rico 00646
Telephone: 512-680-7947

*/s/ Frank J. Wright*

Frank J. Wright
frank@fJwright.law
Jeffery M. Veteto
jeff@fJwright.law
Law Offices of Frank J. Wright, PLLC
1800 Valley View Lane, Suite 250
Farmers Branch, TX 75234
Telephone: (214) 935-9100

| | |
|---|---|
| Joshua N. Eppich | Jeffrey S. Levinger |
| joshua@bondellis.com | jlevinger@levingerpc.com |
| Christian Ellis | J. Carl Cecere (Of Counsel) |
| christian@bondsellis.com | ccecere@cecerepc.com |
| Eric T. Haitz | Levinger PC |
| eric.haitz@bondsellis.com | 1700 Pacific Ave., Suite 2390 |
| C. Joshua Osborne | Dallas, TX 75201 |
| c. joshos boroe@bondsellis.com | Telephone: 214-855-6817 |
| Bonds Elis Eppich Shafer Jones LLP | Facsimile: 214-817-4509 |
| 420 Throckmorton Street, Suite 1000 | |
| Fort Worth, Texas 76102 | *Attorneys for Appellant With Purpose, Inc.* |
| Telephone: 817-405-6900 | |
| Facsimile: 817-405-6902 | |

*Attorneys for Appellant WPI Collateral Management, LLC*

| | |
|---|---|
| */s/ Davor Rukavina* | */s/ Paul M. Rosenblatt* |
| Davor Rukavina | Paul M. Rosenblatt |
| drukavina@munsch.com | prosenblatt@ktslaw.com |
| Thomas D. Berghman | Kilpatrick Townsend & Stockton LLP |
| tberghman@munsch.com | 1100 Peachtree Stret NE, Suite 2800 |
| Munch Hardt Kopf & Harr, P.C. | Atlanta, GA 30309 |
| 500 N. Akard Street, Suite 4000 | |
| Dallas, Texas 75201 | *Attorneys for Appellees Jackson Investment Group, LLC And GloriFi Acquisitions, LLC* |
| *Attorneys for Appellee Scott M. Seidel, Trustee* | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, a true and correct copy of the foregoing document was served on all Notice Parties and all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas.

*/s/ Frank J. Wright*
Frank J. Wright