CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 2, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **WITH PURPOSE, INC.,** | § | |
| | § | **Case No. 23-30246-mvl-7** |
| **Debtor.** | § | |

## ORDER GRANTING TRUSTEE'S NOTICE REGARDING DATA HOSTING PLATFORM AND MOTION TO PAY ASSOCIATED EXPENSES

CAME ON FOR CONSIDERATION the *Notice Regarding Data Hosting Platform and Motion to Pay Associated Expenses* (the "Motion")[1] filed by Scott M. Seidel (the "Trustee"), the chapter 7 trustee for the estate ("Estate") of With Purpose, Inc. (the "Debtor") in the above-captioned bankruptcy case ("Bankruptcy Case"), whereby the Trustee provides notice that the administrative privileges to the DISCO Database have been transferred from Munsch Hardt, as General Counsel, to IMcP, Special Counsel, and seeks authority to pay a total of up to $150,000.00 for the DISCO Expense as an expense of the Estate.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Having considered the Motion, and the record and docket of the Bankruptcy Case, including the *Limited Response* filed at Docket No. 781, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) the Motion constitutes a core proceeding pursuant to 28 U.S.C. § 157(b) as to which this Court has the constitutional authority to enter this final order; (iii) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and (iv) that the administrative privileges to the DISCO Database have been transferred from Munsch Hardt to IMcP.

Accordingly, it is hereby:

ORDERED that the Motion is GRANTED as set forth herein, and all objections and responses to the Motion are hereby OVERRULED on the merits, with prejudice; it is further

ORDERED that, pursuant to Section 363(b)(1) of the Bankruptcy Code, the Trustee is hereby authorized and directed to pay the DISCO Expense, in a total amount of up to $150,000.00, as an expense of the Estate; it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry and that no stay shall apply to the effectiveness of this Order upon entry. Rather, the fourteen (14) day stay of this Order provided under Bankruptcy Rule 6004(h), and any other rule, is hereby expressly waived for all purposes; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**# # # END OF ORDER # # #**